LAFONZO R. TURNER
C.S.P SAC
PO BOX 290066
REPRESA CA. 95671
— PRO-PER —

FILED
CLERK, U.S. DISTRICT COURT

MAR — 7 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATE DISTRICT COURT
DISTRICT OF CALIFORNIA

LAFONZO R. TURNER
    PLAINTIFF,

    V.

B.M. CASH, ET AL, 1
        DEFENDANTS

CASE NO. CV14-4758-JVS (AGR)
MOTION EXHIBITS, DECLARATION POINTS AND AUTHORITIES FOR THE SUPPORT OF COMPETENCY HEARING AND/OR APPOINTMENT OF COUNSEL - PER RULE (17)(C)

PLAINTIFF HEREBY ASK THE COURTS TO CONDUCT A COMPETENCY HEARING TO DETERMINE WHETHER PLAINTIFF IS COMPETENT UNDER THE APPROPRIATE STANDARD FOR CIVIL LAW SUIT PROCEDURE[S].

A PARTY PROCEEDING PRO'SE IN A CIVIL LAW SUIT IS ENTITLED TO A COMPETENCY DETERMINATION WHEN SUBSTATIAL EVIDENCE OF INCOMPETENCE IN FACT CAUSES HIM TO FAIL TO PROCEED ACCORDINLY UNDER CIVIL LAW SUIT PROCEDURE PRE FED RULE CIVIL PROCEDURE 17 (C) WHICH MUST BE APPLIED. PERSUANT TO FED. R. CIV. P. 17 (C) COURTS ARE REQUIRED TO APPOINT A GARDIAN AD LITEM FOR AN INCOM-PETENT PERSON NOT OTHERWISE REPRESENTED IN AN ACTION OR SHALL MAKE SUCH OTHER ORDER AS DEEMS PROPER FOR THE PROTECTION OF THE INCOMPETENT PERSON, RULE (17) (C) APPLIES TO CIVIL LITIGANTS WHEN THERE'S FURTHER REASON THAT WHEN A SUBSTANTIAL QUESTION

1.

EXSIST REGARDING THE MENTAL COMPETENCE
OF A PARTY PROCEEDING PRO'SE THE PROPER
PROCEDURE IS FOR THE DISTRICT COURT TO CON-
DUCT A HEARING TO DETERMINE COMPETENCE.
SO A GUARDIAN AD LITEM CAN BE APPOINTED
WHEN NECESSARY. PLAINTIFF HAS PROVIDED
FOR THE FOLLOWING EXHIBITS IN ORDER FOR
THE COURTS TO REALLY, TRUELY, RECOGNIZE
THAT THE PLAINTIFF HAS SUNK MENTALLY AND THE
LIFE GUARD HAS LEFT THE BUILDING.
EQUITY RULE   /ENGLISH RULE UNDER THE JUDICAT-
* URE ACT (THE ANNUAL PRICTICE, 1937) O-16. r.r.
16-21
* ALLEN V. CALDERON, 123 Fed APPX. 767, 2005 U.S.
APP LEXUS 1760 (2005)
* FED. R. CIV. P. 41
* R. GOVERNING §§ 2254 U.S. DIST. CTS 8 (c)
* 28 USC
* BELLER V. FORD, 542 U.S. 225, 124 S. CT. 2441, 2445-46
156 L. ED 2d 338 (2004)
* LAWS V. LAMARQUE, 351 F.3d 919, 922 (9th CIR 2003)
* ROBERTS V. CORROTHERS, 812 F.2d 1173, 1177 (9th cir 1998
* MALENG V. COOK, 490 U.S. L ed 2d s.CT. 1923 (1998)

DATE: 3.2.2016

RESPECTFULLY SUBMITTED:
Mr. Lafonza R. Turner

## MENTAL HEALTH TREATMENT PLAN

**IX. DIAGNOSIS, CURRENT DSM**

| | | |
|---|---|---|
| Axis I. | 309.0 | Adjustment Disorder, Depressed mood (history) |
| Axis II. | 799.9 | Deferred |
| Axis III. | see VHR | |
| Axis IV. | Incarceration | |

**Axis V.** GAF= 50   Specify Functional Impairment:   1 = Mild   (2 = Moderate)   3 = Severe

Work/School   ADL   Medical   (Interpersonal)   Behavior   Psychological

**X. TREATMENT TEAM MEMBERS (Please Print)**

| Name | Position/Title | Signature |
|---|---|---|
| T. Brady, PsyD | IDTT Leader | T. Brady PsyD |
| A. Chidsekel, Ph.D | Case Mgr / Prim. Clinician | |
| D. Conard | | |
| J. Anway | Psychologist | |
| T. Karllwez, LCSW | Social Worker | |
| J. Van Roosen | CCF | |
| R. J. Elstad, MD | Psychiatrist | Robert J. Elstad, MD |

INSTITUTION CSP-LAC   CLINICIAN CHIDSEKEL, Ph.D

INMATE BED NUMBER   DATE 5/26/09

Name (Last, First, MI), CDC Number, DOB

TURNER, LAFONZO

G-05794

**MENTAL HEALTH TREATMENT PLAN**
CDCR 7388 (Rev. 06/06)

Confidential Client/Patient Information
Page 5 of 6

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

## MENTAL HEALTH TREATMENT PLAN

### IX. DIAGNOSIS, CURRENT DSM

| | | |
|---|---|---|
| Axis I. | 296.9 | mood Disorder NOS |
| Axis II. | 301.7 | Antisocial P. O. |
| Axis III. | VHR | Foot drop |
| Axis IV. | Incarceration | |

| Axis V. | GAF= 50 | Specify Functional Impairment: | 1 = Mild | 2 = Moderate | 3 = Severe |
|---|---|---|---|---|---|

| 1 Work/School | 1 ADL | 1 Medical | 2 Interpersonal | 2 Behavior | 2 Psychological |
|---|---|---|---|---|---|

### X. TREATMENT TEAM MEMBERS (Please Print)   Position/Title   Signature

| Name | Position/Title | Signature |
|---|---|---|
| A. Chidekel, Ph.D. | IDTT Leader | |
| T. Stubbs Ste(s)(?) | Case Mgr / Prim. Clinician | |
| J. VanCossen | Soc. Worker | |
| R. J. Elstad, MD | Psychiatrist | Robert J. Elstad MD |

| INSTITUTION CSP-LAC | CLINICIAN Chidekel, Ph.D. | |
|---|---|---|
| INMATE BED NUMBER | DATE 8/11/09 | Name (Last, First, MI), CDC Number, DOB |

TURNER, LAFONZO
G-05794

**MENTAL HEALTH TREATMENT PLAN**
CDCR 7388 (Rev. 06/06)

Confidential Client/Patient Information
Page 5 of 6

State of California
**Interdisciplinary Progress Note – General Psychiatry**
CDCR MH-7230F (Rev. 01/12)

Department of Corrections and Rehabilitation

| II. Comments (cont.) |
| --- |

**A – Assessment**

*(Include diagnosis, rationale and any collateral information.)*

IP non compliant with Paxil due it being prescibed as an am dose.  Just took first pm dose last night so will have to re ducat to evaluate effectiveness.

Axis I Schizoaffective disorder
    II Personality disorder NOS
    III Asthma, physical disability from GSW with chronic pain.
    IV Incarceration
    V 43

**P – Plan**

*(Note medication refusals and completion of CDCR 7225.  Include rational for admission, any medication changes, and note heat risk medications prescriptions.)*

Paxil 20mg po qpm will be continued

May consider addition of an antipsychotic in the future

Return in 2 to 3 weeks.

**E – Education**

Discussed medication benefits and side effects.

D. Lidge, M.D.            9-9-13

| Interdisciplinary Progress Note – General Psychiatry<br>CDCR MH-7230F (Rev. 01/12)<br><br>Confidential Inmate-Patient Information | Inmate's Name (Last, First, MI), CDC Number, DOB<br><br>Turner, Lafonzo<br>G05794<br>9/16/1972 |
| --- | --- |

Confidential Saved 2014-04-15T17:07:24Z

# MENTAL HEALTH TREATMENT PLAN

| ☐ Initial | ☐ Update | ☐ Weekly MHCB Review | ☑ Quarterly Review | ☐ Annual Review |

## I. General Information

Treatment Setting   _EOP_

Arrival Date This Treatment Setting:   /   /

From:   _____

Custody Level: I/ II / III / IV / AdSeg / SHU

Current Level of Care:  ☐ NONE   ☐ CCCMS
☑ EOP   ☐ MHCB   ☐ OTHER _____

Current Housing:  ☐ RC   ☑ GP   ☐ CTC
☐ ASU   ☐ PSU   ☐ SHU   ☐ OTHER: _____

EPRD: _____

TODAY'S DATE

**MAR 5**

NEXT UPDATE

_90 days_

| Date Reviewed: | Initials: | Date: | Initials: | Date: | Initials: |

## II. CLINICAL SUMMARY

yr o/o Black Male serving 50 to life for murder. Endorses AH at times,
Depressive Sx & extreme paranoia (cameras in cell, poisoned
food) At times extremely weird, clear, coherent such as when explaining inmate
system of extortion + victimization in prison. Juvenile hx of MH tx. Poly-substance abuse.
Denies SI/HI.

## III. PROBLEM LIST

| Number | Problem | Intervention/Clinician | Goal | Progress / Date |
|--------|---------|------------------------|------|-----------------|
| | ↑ paranoia | Medication compliance, 1:1, groups, | | |
| | AH | program, Utilize coping skills, reality | | |
| | Depressive Sx | testing re: paranoia + AH. ↑ socialization | | |
| | | ↓ isolation resulting in ↑ depression + paranoid | | |

## IV. PSYCHOTROPIC MEDICATION

| Number | Problem/Target Symptom | Medication | Goal | Progress / Date |
|--------|------------------------|------------|------|-----------------|
| | AH paranoia | Geodon | | |
| | Depressive Sx | Pavil | | |
| | | | | |
| | | | | |

## V. CURRENT RISK FACTORS/BEHAVIORAL ALERTS:

☐ Suicidal   ☐ Self Injurious   ☐ Assaultive   ☐ Keyhea

See Form _____   Dated _____   For Detailed Description

Summary: Held in observation · denied SI/HI last CM contact

## VI. RECOMMENDED HOUSING:

☐ Single Cell   ☐ Double Cell   ☐ No Recommendation

## VII. TRANSFER/DISCHARGE TO:

☐ Non-MHSDS   ☐ CCCMS   ☑ EOP   ☐ MHCB   ☐ APP   ☐ ICF   ☐ DTP   ☐ Parole

Remain in EOP. Re-evaluate 90 days.

| INSTITUTION _LACRC_ | CLINICIAN A. Larman, Ph.D Clinical Psychologist | Name (Last, First, MI), CDC Number, DOB |
| INMATE BED NUMBER | DATE   **MAR 5 2009** | Turner, Lalanzo   G06794 |

**MENTAL HEALTH TREATMENT PLAN**
CDCR 7388 (Rev. 06/06)

Confidential Client/Patient Information

Page 1 of 6

# MENTAL HEALTH TREATMENT PLAN

## X. DIAGNOSIS, CURRENT DSM

| | | |
|---|---|---|
| Axis I. | 295.30 | Schizophrenia, paranoid type<br>Polysubstance abuse by hx |
| Axis II. | 799.90 | deferred |
| Axis III. | | see UHR |
| Axis IV. | | incarcerated |

Axis V. GAF= 2/5 Specify Functional Impairment:   1 = Mild      2 = Moderate      3 = Severe

| Work/School | ADL | Medical | Interpersonal | Behavior | Psychological |
|---|---|---|---|---|---|

## X. TREATMENT TEAM MEMBERS (Please Print)

| Name | Position/Title | Signature |
|---|---|---|
| T. Brady Psy.D<br>J. Larman, Ph.D<br>Clinical Psychologist | IDTT Leader | |
| | Case Mgr / Prim. Clinician | |
| D. Pixon | CCs | |
| E. Feldman, L.C.S.W. | case mgr | |
| R. HANDY L.C.S.W. | soc wker | R Handy LCSW |

| INSTITUTION CSP LAC | CLINICIAN J. Larman, Ph.D<br>Clinical Psychologist | |
|---|---|---|
| INMATE BED NUMBER | DATE MAR 5 2009 | Name (Last, First, MI), CDC Number, DOB<br><br>Turner<br><br>G05794 |

**MENTAL HEALTH TREATMENT PLAN**
CDCR 7388 (Rev. 06/06)

Confidential Client/Patient Information
Page 5 of 6

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

# MENTAL HEALTH TREATMENT PLAN

☐ Initial  ☑ Update  ☐ Enweekly MHCB Review  ☐ Quarterly Review  ☐ Annual Review

## I. General Information

Treatment Setting: *EOP*

Arrival Date This Treatment Setting: /  /

From: _____

Custody Level: I/ II / III /IV /AdSeg / SHU

Current Level of Care: ☐ NONE  ☐ CCCMS  ☑ EOP  ☐ MHCB  ☐ OTHER

Current Housing: ☐ RC  ☑ GP  ☐ CTC  ☐ ASU  ☐ PSU  ☐ SHU  ☐ OTHER: _____

EPRD: _____

TODAY'S DATE: 12·1·08

NEXT UPDATE: 3.11.09

Date Reviewed: ____ Initials: ____ Date: ____ Initials: ____ Date: ____ Initials: ____

## II. CLINICAL SUMMARY

26 y.o. African American male. Tends to isolate, keep to self. Prefers yard activity to process groups. Has been observed talking to self by custody. Grooming & ADL's appropriate.

## III. PROBLEM LIST

| Number | Problem | Intervention/Clinician | Goal | Progress / Date |
|---|---|---|---|---|
|  | Depression | 1:1, therapy groups, ↑ Rx | ↑ perceived mood by 50% |  |
|  | Psychosis | 1:1, therapy groups, 4/m | ↓ A/H by 50% |  |

## IV. PSYCHOTROPIC MEDICATION

| Number | Problem/Target Symptom | Medication | Goal | Progress / Date |
|---|---|---|---|---|
|  | Depression | Paxil 40mg | ↓ Depressive symptoms 50% |  |
|  | Sleep | Benadryl 150 | 7+ hrs sleep 75% |  |
|  | Psychosis | Geodon 160 | ↓ A/H |  |

## V. CURRENT RISK FACTORS/BEHAVIORAL ALERTS:
☐ Suicidal  ☐ Self Injurious  ☐ Assaultive  ☐ Keyhea

See Form _____ Dated _____ For Detailed Description

Summary:

## VI. RECOMMENDED HOUSING:
☐ Single Cell  ☐ Double Cell  ☑ No Recommendation

## VII. TRANSFER/DISCHARGE TO:
☐ Non-MHSDS  ☐ CCCMS  ☐ EOP  ☐ MHCB  ☐ APP  ☐ ICF  ☐ DTP  ☐ Parole

INSTITUTION: CSP LAC

CLINICIAN: J. Kelsch, LCSW

INMATE BED NUMBER: 205L

DATE: 12.11.08

Name (Last, First, MI), CDC Number, DOB

TURNER, Alonzo
LaFonzo
~~G0594~~
G05794

**MENTAL HEALTH TREATMENT PLAN**
CDCR 7388 (Rev. 06/06)

Confidential Client/Patient Information

Page 1 of 6

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## MENTAL HEALTH TREATMENT PLAN

### IX. DIAGNOSIS, CURRENT DSM

| | | |
|---|---|---|
| Axis I. | 309.0 | Adjustment disorder c̄ depressed mood |
| Axis II. | 799.9 | Deferred |
| Axis III. | | See CHR |
| Axis IV. | | Incarcerates |

Axis V.   GAF= 42  Specify Functional Impairment:   1 = Mild      2 = Moderate      3 = Severe

| Work/School | ADL | Medical | Interpersonal | Behavior | Psychological |
|---|---|---|---|---|---|

### X. TREATMENT TEAM MEMBERS (Please Print)

| | Position/Title | Signature |
|---|---|---|
| | IDTT Leader | |
| **J. Kelsch, LCSW** | Case Mgr / Prim. Clinician | |
| R. HANDY L.C.S.W. | Soc Wker | R Handy LCSW |
| P. Bong, MD | Psychiatrist | |
| D. Pixley | CCT | |

| INSTITUTION CSP-LAC | CLINICIAN Kelsch | |
|---|---|---|
| INMATE BED NUMBER | DATE 12-11-08 | Name (Last, First, MI), CDC Number, DOB |
| | | TURNER, Lafonzo |
| | | G05794 |

**MENTAL HEALTH TREATMENT PLAN**
CDCR 7388 (Rev. 06/06)

Confidential Client/Patient Information
Page 5 of 6

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Institution: _Vac_   Clinician: **L. Hernandez, L.C.S.W.**   Date: 6/26/08

**VIII. Mental Status Examination**

**A. Appearance:** _mal odorous._

**B. Behavior/Cooperation:** _cooperative_

**C. Orientation:** ☑ WNL

**D. Speech:** ☐ WNL — _low tone, barely audible at times_

**E. Affect:** ☐ WNL — _flat_

**F. Mood:** ☐ WNL — _dysphoric_

**G. Sleep/Appetite** ☐ WNL — _poor appetite_

**H. Cognition:**
- Fund of Information ☐ WNL
- Intellectual Functioning ☐ WNL
- Concentration ☐ WNL
- Attention ☐ WNL
- Memory ☐ WNL

_poor historian, distracted during interview, appeared internally preoccupied during interview, talked like a dvs._

**I. Thought Processes:** ☐ WNL  ☐ Tangential  ☐ Circumstantial  ☐ Loose

**J. Perception:**
- Hallucinations ☐ None — _A/H_

**K. Thought Processes:**
- Delusions ☐ None
- Ideas of Reference ☐ None
- Obsessions ☐ None
- Magical Thinking ☐ None

_need to assess further_

**L. Insight** ☐ WNL
**Judgment** ☐ WNL — _fair_

**MENTAL HEALTH TREATMENT PLAN**
CDCR 7388 (Rev. 06/06)
Page 3 of 6

Inmate's Name (Last, First, MI), CDC Number, DOB

_Turner_

STATE OF CALIFORNIA   DEPARTMENT OF CORRECTIONS AND REHABILITATION

## MENTAL HEALTH TREATMENT PLAN

**IX. DIAGNOSIS, CURRENT DSM**

| | |
|---|---|
| Axis I. | 298.9   psychotic dis NOS |
| Axis II. | 799.9   defered |
| Axis III. | see UHR |
| Axis IV. | incarceration 50 years to life |

Axis V.   GAF= 45   Specify Functional Impairment:   1 = Mild   2 = Moderate   3 = Severe

Work/School   ADL   Medical   Interpersonal   Behavior   Psychological

**X. TREATMENT TEAM MEMBERS (Please Print)**

| Name | Position/Title | Signature |
|---|---|---|
| Dr. McGuinness | IDTT Leader | |
| L. Hernandez, L.C.S.W. | Case Mgr / Prim. Clinician | |
| Dr. Morong Shnayder | psychiatrist | |
| Pixley | CCF | O.P.G |
| Feldman LCSW | case mgr. | |
| Doherty | LPT | Doherty |

INSTITUTION  lac

CLINICIAN   L. Hernandez, L.C.S.W.

INMATE BED NUMBER   EOP

DATE   6/20/08

Name (Last, First, MI), CDC Number, DOB

Turner

**MENTAL HEALTH TREATMENT PLAN**
CDCR 7388 (Rev. 06/06)

Confidential Client/Patient Information
Page 5 of 6

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

California State Prison San Quentin                                    Department of Corrections and Rehabilitation

## MENTAL HEALTH TREATMENT PLAN (7388 p.)                              5/28/08

### Administrative Information

| | | | | | |
|---|---|---|---|---|---|
| Type of Review: | Update | Setting: | EOP | Gender | Male | Date Entered Tx Level | 2/29/08 |
| SQ Arrival | 2/21/08 | Comit Time | | Points | | County Comit | Contra Costa |
| Initial Arrival | | Term | | Custody | UNCL | Ethnicity | BLA |
| From | CC | Commit Date | | DOB | 9/16/82 | Language | English |
| Release Type | | Commiting Offenses | Murder | | | Vict/Pred Priv/Wrk Group | A |
| Release Date | | | | | | SS# | 546330076 |
| Housing | B 1 -043L | | | | | | |
| IDTT Date | 5/28/08 | TB Code | 22 | Hepatitis Code | 0 | HIV Code | 0 | Veteran | No |

### Clinical Summary

IM's 35 y.o. African American in prison for murder, serving 50 to life, denied mood symptoms, but presents odd, delayed speech, some disorganized thought process, impaired concentration, recent auditory and visual hallucinations; with history of marijuana usage from 12 y.o. to 32 y.o. (when jailed), taking Zyprexa/Paxil/Depakote

### Problem List

| Number | Problem | Intervention/Clinician | Goal | Progress |
|---|---|---|---|---|
| 1 | Disorganized Thinking | Medication Mgmt | Reduce Psychotic Symptoms | Remains the same |
| 2 | Difficulty Programming | 1:1 Contact | Improve Coping Skills | Remains the same |
| 3 | Depression | 1:1 Contact | Decrease Depression | Remains the same |

### Current Risk Factors/Behavioral Alerts:

| Alerts: | Suicide | Aggression | Self Injury | Unpredictable | Sexual | Grave Disability |
|---|---|---|---|---|---|---|
| **Behavior Alerts** | Negligible | Low | Negligible | Low | Negligible | Low |

IM denied current/recent/history of suicidality, and has some protective factors

| | | **Suicide Risk Factors** | | **Current Suicide Information** | |
|---|---|---|---|---|---|
| Previous Attempts | No | History of Substance Abuse | | Ideation: | No |
| # of Previous Attempts | 0 | History of Violence<br>History of Mental Illness<br>Long or life sentence, three strikes | | Intent: | No |
| Year of Last Attempt | | First prison term<br>History of poor impulse control or poor coping skills | | Plan: | No<br>CDCR History: No |
| Method | | Level 4 Custody Score<br>Chronic serious or terminal illness | | Family History: No | |

| MENTAL HEALTH TREATMENT PLAN CDCR 7388 | LEVEL OF CARE | CDC# | G05794 | | |
|---|---|---|---|---|---|
| Page 1 of 3 Confidential Client/Patient Information | EOP | Last | Turner | First | Lafonzo |
| | | DOB | 9/16/82 | Institution | SQ |
| Department of Corrections and Rehabilitation          State of California | Date Printed 6/3/08 | Eth | Bla | House | B 1 -043L |

California State Prison San Quentin                                    Department of Corrections and Rehabilitation

## MENTAL HEALTH TREATMENT PLAN (7388 p2)                              5/28/08

**Mental Status Examination**

| | |
|---|---|
| General Appearance: | Odd, Clean |
| Mood/Affect: | Within Normal Limits |
| Thought Content/Process: | Some DisorganizedDelayed |
| Judgement/Insight: | Fair judgment, Poor insight |
| Level of Activity: | Within Normal Limits |
| Perceptual Disorders: | Reports AH/VH |
| Memory/Information: | Fair Memory |
| Concentration/Abstraction: | Poor Concentration |
| Sleep/Appetite: | Broken Sleep, Eating Well |
| Attention/Orientation: | Within Normal Limits |
| Suicidality/Violence: | Not Present |

**MSE Comments:**

35 yo AA male with long history of 'voices' starting reportedly at 19 yo reported that he hears 'Chinese people' saying that they are 'gods and control things' // reported that he 'turned invisible' the other day.  Reports that he talks to animals and sometimes through the television.  Reports periods of depression lasting a week reporting that he just 'gets quiet' but nothing changes during that time. denies mania

**Functionality**

| Work/School | 2 | Medical | 1 | Behavioral Control | 1 |
|---|---|---|---|---|---|
| ADL | 1 | Interpersonal | 1 | Mental Illness | 2 |
| | | Functional Score | 8 | | |

0=None  1=Mild  2=Moderate  3=Severe     18 Best 0 Worst

**Structured Theraputic Activity for:**

| | |
|---|---|
| Hours Received | |
| Hours Refused | |

Ind Contacts
Group Hours
RT Hours
OT Hours
Work Hours

| Participation | Motivation | Condition | ICC Advocate |
|---|---|---|---|
| Active | Fair | Stable | Yes |

**Current Medications:**                                    **Target Symptoms**

| | |
|---|---|
| Depakote 500 Mg | Po Bid |
| Paxil 20 Mg | Po Qhs |
| Zydis 25 Mg | Po Qhs |
| | |
| | |
| | |
| | |

Med Adherence    Yes
Drug Allergies   None Known

**Side Effects:**

| Weight (lbs) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | | | | | | | |
| % Change | | | | | | | |

**Physical Disabilities**
None Known

| | | |
|---|---|---|
| **MENTAL HEALTH TREATMENT PLAN** **CDCR 7388** Page 2 of 3 **Confidential Client/Patient Information** Department of Corrections and Rehabilitation   State of California | **LEVEL OF CARE** **EOP** Date Printed 6/3/08 | CDC#  G05794 Last  **Turner**   First  **Lafonzo** DOB  **9/16/82**   Institution  **SQ** Eth  **Bla**   House  **B 1 -043L** |

California State Prison San Quentin | Department of Corrections and Rehabilitation

| MENTAL HEALTH TREATMENT PLAN (7388 p3) | 5/28/08 |

**Current Working Diagnosis**

**Axis I**

|  | Schizophrenia, Undifferentiated Type, Provisional |
| 311 | Depressive Disorder, NOS, Provisional |
| 304.30 | Cannabis Dependence, In a Controlled Environment, by History |

**Axis II**

| 799.9 | Diagnosis Deferred on Axis II |

AIMS   Date

**Axis III**
Shot in the back of neck (1996)

Keyhea Expires

**Axis IV**
Incarceration

**Axis V**

| 53 | Calculated GAF |

| 45 | 55 | 55 | 55 | Medical Impairment | 55 |
| Psych Impair | Soc Skill | Danger | ADL | Ancillary Impairment | 50 |

**Diagnostic Comments:**

**35 yo AA male with long history of psychotic sx meeting criteria for schizophrenia.  Referred to CCCMS for med/sx mgmt**

| History of Exhibitionism | No |

Details

Transfer/Discharge To:

_____

| Patient Needs to be Seen by IDTT within: | 30 Days |
| Next Review before: | 6/27/08 |
| DD Category | NCF |
| Recommended Housing: |  |
| Date/Time Finished | 6/3/08 3:46 PM |

| Treatment Team | Title | Signature |
| --- | --- | --- |
| Brenner | Team Leader |  |
| Wong | Case Manager |  |
| Brame | P.T. |  |
| Mastain | R.T. |  |
|  |  | Present |
| Rosnik | Counselor | X |
| Woodford | Supervisor | X X |

| MENTAL HEALTH TREATMENT PLAN CDCR 7388 | LEVEL OF CARE | CDC# | G05794 |
| Page 3 of 3 | EOP | Last | Turner | First | Lafonzo |
| Confidential Client/Patient Information |  | DOB | 9/16/82 | Institution | SQ |
| Department of Corrections and Rehabilitation        State of California | Date Printed 6/3/08 | Eth | Bla | House | B 1 -043L |

**Chronological Interdisciplinary Progress Notes** State of California. Department of Corrections -Pelican Bay State Prison

Date: 04-30-2012 Time: 1000 Chart available?  NO  Reason for visit:  MH FU 7 DAY EOP          Location of Visit:  MH EOP

Entry By: JOHNSON, PH.D., RONN                Entry Dt/Tm: 04-30-2012 1424

MH EOP / SRAC Addendum


TURNER, LAFONZO RAY
CDC #: G05794 (H43844, H54873, H72847 D/C 05.13.01)
DOB: 09.16.72 (39)
RACE: Black

CDC Arrival: 02.21.08
Release Date: 07.19.55
PBSP Arrival: 04.25.12 (from Lancaster SP)
Classification: 166, Close A
Legal HX: (2004) Prev/Diss Witness from Testifying
(2003) Murder-1
(1996) Poss FA Ex-felon
(1991) Poss/Sale Cocaine for sale

DECS Review: DDP: NCF, TABE: none, DP: none, Healthcare Appliance: Brace
                      Physical Limitations:  May Not Work in Dusty Areas,
PERMANENT, 04-17-2013 Months
MHSDS Code: EOP (B3 Arrival: 05.25.12)
    LOC HX: EOP (01.31.12)< CCCMS (07.01.10)< EOP (06.26.08)< CCCMS (03.03.08)

Last IDTT:
SRAC: 04.30.12
MH2/7:
Axis I: 298.90 Psychotic NOS
Axis II: V71.01 Antisocial Adult Behavior
Axis III: Asthma, chronic pain, hypertension, left foot drop due to GSW
RX: Haldol 5 mg bid, Cogentin 1 mg bid

DATE: 04.30.12
TIME: 10:00 - 10:30
LOCATION: CM Office


Effective Communication (EC): Pt provided substantive and appropriate responses
to questions asked.

Mr. Turner (Pt) was seen in a confidential setting today. Pt presented w/NAD,
appropriate hygiene/ grooming/attire, reported "they are not giving me my
medication," and denied current SI or currnt MH distress. [Medical reported Pt
has been refusing his RX x 4 days.]  Pt reported he suffers from chronic pain
2nd 1996 GSW to his "T3," bc which he was "paralyzed" and underwent surgery and
Tx in SF General Hospital. Pt reported he "always heard voices," and that
his RX "kept them quiet", and that his recent RX changes have resulted in
becoming "locked up" and a "swollen tongue." Pt reported a HX self-cutting -
"it helps with the voices." CM asked to see the scars on his arms from cutting;
Pt bared his arms but CM saw no evidence of cutting BX. Pt then said he used to
bite himself, but not to the point of breaking skin, bc it "over-rode the
voices." Pt said he sometimes talks back and /or yells at the voices. Pt
claimed to experience episodic feelings of "hopelessness" and "despair, and he
reads the Bible." Pt then modified his story to say that he only began cutting
since he arrived at PBSP. This led to a discussion that Pt is anxious about
being at PBSP and did not want to transfer to PBSP. Pt reported he has enemies

☒SEE PAGE 2

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTE MH3 (10/11/02) Confidential Client/Patient Information See W & I Code, Section 5328 | Level of Care INPATIENT Outpatient | Last Name: TURNER CDC#: G05794 | First Name: LAFONZO HOUSE: B03U221L | MI: R |
|---|---|---|---|---|

Confidential Saved 2014-04-15T15:35:39Z

**Chronological Interdisciplinary Progress Notes** State of California. Department of Corrections -Pelican Bay State Prison

| Entry By:  JOHNSON, PH.D., RONN | Entry Dt/Tm: 04-30-2012 1424 |
|---|---|

at PBSP and feels there is a custody conspiracy to kill him, bc he knows "the truth about the world." Pt mentioned he has "environmental "concerns, mentioned the Illuminati, again mentioned that he has episodic feelings of "hopelessness, and said that "talking helps me stay grounded." Pt asked CM, "Do you think they're trying to kill me?" Pt reported he believes Custody is using "subliminal" messages to get to him. Pt said he used to have a lower tier/bunk chrono, bc his injuries, and said he almost fell down the stairs a few days ago, and that today he feels groggy. CM gave Pt the Informed Consent form to read, which Pt did but refused to sign. Pt said he doesn't like to sign forms bc he is dyslexic and confuses words and letters. Pt said bc he could get confused, and is afraid that he could sign something that would allow "them to kill me…a contract to take my life." Pt reported Depression and Anxiety about "my environment" and does not trust anyone. Pr reported poor sleep maintenance and is awakened by AH, but that his appetite is "OK," although he only eats two meals a day (not lunch).  Pt said he attempted to kill himself "a very long time ago," and then changed this to say it was in 2010 when he tried to hang himself. CM asked if they had to cut him down, and Pt affirmed this and that he was taken to the hospital. When CM said that could be easily verified in both Medical and Custody files, Pt said he did not remember if they had to cut him down – bc he passed out – but he thinks so.  When asked about HX Substance / ETOH abuse, Pt said he used "everything…whatever was free." Pt said he in in contact with a girl friend from the SF area, that he lost contact with his family after incarceration; his father died and his mother cannot drive bc medical problems. Pt denied having every married or produced children, and said his girlfriend last visited him in RC. Pt was asked what groups he attended at Lancaster, and Pt replied he had not gone to and does not like to go to Rec groups. CM explained to Pt that EOP is a group oriented program and that his attendance will be expected as long as he is at EOP LOC. CM also educated Pt about the goal of EOP LOC is to move inmates back out to CCCMS/GP and that to this end all cases are reviewed q 90 days.

NOTE:  as this interview progressed, Pt's affect cleared and became almost normal, his references to AH and delusional content dropped away, his posture gradually straightened up and his eye contact normal. LPT reported Pt has been observed to be a avid and quick reader, and waves off LPT at RX pass "dismissively." PN from 03.02.12 stated Pt was "not reporting or demonstrating any other signs or evidence of significant psychological distress, Mood DO, psychosis or Axis I DO." Pt was attacked by his cellmate on 03.26.12, increased his reports of PI and SI, and threatened his CM in March after learning he was being transferred to PBSP. Pt's plethora broad based SXs lacks credibility, and his presentation is inconsistent across settings.

SRAC Addendum (04.30.12) LOW ACUTE RISK
Long-Term / Static Risk Factors:
Pt is a 39yo Black single, male, multi-termer incarcerated in a Level IV prison, serving  LIFE for murder-1. He arrived to CDC for this term in 2008. His reports about self-cutting and SIB changed during the course of this interview. He reported SIB by hanging in 2010, and an extensive HX of substance/alcohol abuse – "whatever was free." He carries an Axis I DX of Psychosis NOS. His last SI was determined to be manipulative (March 2012) bc learning he was being transferred to PBSP. He receives chronic care for asthma. This speaks to poor impulse control.

Dynamic Risk Factors:

| Signature: MPIMSRMJ1, JOHNSON, F | Print Name: JOHNSON, PH.D. , RONN | Phd / LCSW / MD / PsyTech/ Other: |
|---|---|---|

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTE MH3 (10/11/02) Confidential Client/Patient Information See W & I Code, Section 5328 | Level of Care INPATIENT Outpatient | Last Name: TURNER CDC#: G05794 | First Name: LAFONZO HOUSE: B03U221L | MI: R |
|---|---|---|---|---|

Confidential Saved 2014-04-15T15:35:39Z

**Chronological Interdisciplinary Progress Notes**  State of California. Department of Corrections -**Pelican Bay State Prison**

Entry By:  JOHNSON, PH.D., RONN                    Entry Dt/Tm: 04-30-2012 1424

Pt claimed SI some five weeks ago, but was not admitted to the MHHCB. He reports episodic anxiety, depression, insomnia, feelings of hopelessness and despair, safety concerns, is currently single-celled, and is currently refusing his RX.

Protective Factors:
Pt reports support from family (mother and aunt) and girlfriend, and exercise. Pt will be assigned to 10+ hours of group activities per week and be expected to find a cellmate he is compatible with.

No acute intervention indicated at this time.
RTC 7 days
Medical agreed to look at Pt's arms for evidence of cutting behavior, and attempt to ascertain what Pt is reading in his cell.

| | |
|---|---|
| **O:**  Appearance, Behavior, Speech, LOC, Orientation, Cognition, Memory, Concentration, Affect, Mood, Insight, Judgement, Thought processes and content, Suicidal and/or homicidal Ideation | Appearance - NAD, hygiene and grooming wnl.  Behavior - changed across time during interview; suggesting manipulative.  Speech - prosody wnl, Pt expressed PI.  Orientation - x3.  Cognition - est normal range.  Memory - STM intact - nop prob tracking CM questions and interview topics.  Concentration - good.  Affect - stable.  Mood - reported episodic Dep/Anx; presented euthymic.  Insight - complained about not getting RX, reported as refusing RX.  Judgement - Refusing RX.  Thought processes and content - possible dissembling.  Suicidal and/or homicidal ideation - denied current SI. |

| | Diagnosis | Axis | GAF | GAF Basis | | Notes |
|---|---|---|---|---|---|---|
| **Diagnosis & Discussion**  Treatment team's diagnosis per MH 2 _first._ then concur, purpose, etc..., _with supportive discussion_ condition case formulation, data analyses, etc... | V71.01 - ADULT ANTISOCIAL BEHAVIOUR | II | | | | |
| | 999999 - INCARCERATION, LIFE SENTENCE | IV | | | | |
| | 301.90 - PERSONALITY DISORDER NOS | II | | | | |
| | 298.90 - PSYCHOTIC DISORDER NOS | I | | per sending institution | | |
| | 999999 - SEVERAL - SEE UHR | III | | | | |

Entry By:                                      Entry Dt/Tm:

ignature: MPIMSRMJ1, JOHNSON, I Print Name: JOHNSON, PH.D. , RONN          Phd / LCSW / MD / PsyTech/ Other:

| **MENTAL HEALTH**<br>**INTERDISCIPLINARY PROGRESS NOTE**<br>**MH3 (10/11/02)**<br>Confidentail Client/Patient Information<br>See W & I Code, Section 5328 | Level of Care<br><br>INPATIENT<br><br>Outpatient | Last Name:<br><br>TURNER<br><br>CDC#: G05794 | First Name:<br><br>LAFONZO<br><br>HOUSE: B03U221L | MI:<br><br>R |
|---|---|---|---|---|

Confidential Saved 2014-04-15T15:35:39Z

**Chronological Interdisciplinary Progress Notes**  State of California. Department of Corrections -**Pelican Bay State Prison**

| | |
|---|---|
| Follow-up appt., *medication changes without rationale,* treament recommendations, AIMS, consents, diagnositc studies, patient education, etc... | **Entry By:** JOHNSON, PH.D., RONN       **Entry Dt/Tm:** 04-30-2012 1546<br><br>1) No acute intervention indicated at this time.<br>2) Medical agreed to look at Pt's arms for evidence of cutting behavior, and attempt to ascertain what Pt is reading in his cell.<br>3) RTC 7 days |

**PSYCHIATRIC MEDICATIONS** (optional for clinicians):

| Drug | Dosing | Duration | Target Symptom(s) |
|---|---|---|---|
| | | | |

Response, blood level, lab results, **compliance** , anticipated duration, etc...

| Entry By: | Entry Dt/Tm: |
|---|---|
| | |

| | | | | |
|---|---|---|---|---|
| **Signature:** MPIMSRMJ1, JOHNSON, F | **Print Name:** JOHNSON, PH.D. , RONN | | **Phd / LCSW / MD / PsyTech/ Other:** | |
| **MENTAL HEALTH**<br>**INTERDISCIPLINARY PROGRESS NOTE**<br>**MH3 (10/11/02)**<br>Confidentail Client/Patient Information<br>See W & I Code, Section 5328 | Level of Care<br><br>INPATIENT<br><br>Outpatient | Last Name:<br>TURNER<br><br>CDC#: G05794 | First Name:<br>LAFONZO<br><br>HOUSE:  B03U221L<br>Confidential Saved 2014-04-15T15:35:39Z | MI:<br><br>R |

**Chronological Interdisciplinary Progress Notes** State of California. Department of Corrections -**Pelican Bay State Prison**

**Date:** 04-29-2012 **Time:** 0800 **Chart available?** NO **Reason for visit?** PSYCH TECH NOTE  **Location of Visit:** EOP-UNIT

**Entry By:** SNYDER, LPT, RITA               **Entry Dt/Tm:** 04-29-2012 1054

DECS Review: DDP: NCF, TABE: none, DP: none, Healthcare Appliance: Brace
          Physical Limitations:  May Not Work in Dusty Areas, PERMANENT
S&O) EC not achieved as I/P waived this writer away during med pass; refusing
his meds. Asked him a 2nd time and he looked irritated and waived me away again.
I/P appears to be responding to unseen stimuli; mumbling to himself (or someone
else?) incoherently at this point. Is mad that I disturbed his sleeping,
apparantely.
A&P) deferred
P) at noon med pass I will go by his cellfront and see what he is doing; how he
is behaving. Introduce myself and try to welcome him to EOP and ask him if
there is anything we can do for him. Con't to monitor. It appears this I/P is
NOT taking his meds. Will inform Psych MD, CM, and RN tomorrow...Monday...of
this I/P's doings.

| | |
|---|---|
| **O:**  Appearance, Behavior, Speech, LOC, Orientation, Cognition, Memory, Concentration, Affect, Mood, Insight, Judgement, Thought processes and content, Suicidal and/or homicidal ideation | |

| **A:** Diagnosis & Discussion | **Entry By:** | **Entry Dt/Tm:** |
|---|---|---|
| Treatment team's diagnosis per MH 2 _first,_ then concur, purpose, etc..., _with supportive discussion_ condition case formulation, data analyses, etc... | | |

| **P:** Follow-up | **Entry By:** | **Entry Dt/Tm:** |
|---|---|---|
| care/appt., _medication changes without rationale,_ treament recommendations, AIMS, consents, diagnositc studies, patient education, etc... | | |

☒ SEE PAGE 2

**Signature:** MPIMSRCS, SNYDER, LPT **Print Name:** SNYDER, LPT , RITA          **Phd / LCSW / MD / PsyTech/ Other:**

| **MENTAL HEALTH** INTERDISCIPLINARY PROGRESS NOTE **MH3 (10/11/02)** Confidentail Client/Patient Information See W & I Code, Section 5328 | Level of Care INPATIENT Outpatient | **Last Name:** TURNER **CDC#:** G05794 | **First Name:** LAFONZO HOUSE: B03U221L | **MI:** R |
|---|---|---|---|---|

Confidential Saved 2014-04-15T15:35:39Z

**Chronological Interdisciplinary Progress Notes**  State of California. Department of Corrections -**Pelican Bay State Prison**

P\_\_CHIATRIC MEDICATIONS (optional for clinicians):

| Drug | Dosing | Duration | Target Symptom(s) |
|------|--------|----------|-------------------|

Response, blood level, lab results, **compliance** , anticipated duration, etc...

Entry By:                                          Entry Dt/Tm:

Signature: MPIMSRCS, SNYDER, LPT **Print Name:** SNYDER, LPT , RITA          Phd / LCSW / MD / PsyTech/ Other:

| **MENTAL HEALTH**<br>**INTERDISCIPLINARY PROGRESS NOTE**<br>**MH3 (10/11/02)**<br>Confidentail Client/Patient Information<br>See W & I Code, Section 5328 | Level of Care<br><br>INPATIENT<br><br>Outpatient | Last Name:<br>TURNER<br><br>CDC#: G05794 | First Name:<br>LAFONZO<br><br>HOUSE:  B03U221L | MI:<br><br>R |

Confidential Saved 2014-04-15T15:35:39Z

**Chronological Interdisciplinary Progress Notes**  State of California. Department of Corrections -Pelican Bay State Prison

Date: 04-27-2012 Time: 1130 Chart available? NO  Reason for visit?  MH NEW ARRIVAL    ·Location of Visit:  MH EOP

Entry By: JOHNSON, PH.D., RONN              Entry Dt/Tm: 04-27-2012 1432

MH EOP New Arrival

TURNER, LAFONZO RAY
CDC #: G05794 (H43844, H54873, H72847 D/C 05.13.01)
DOB: 09.16.72 (39)
RACE: Black

CDC Arrival: 02.21.08
Release Date: 07.19.55
PBSP Arrival: 04.25.12 (from Lancaster SP)
Classification: 166, Close A
Legal HX: (2004) Prev/Diss Witness from Testifying
(2003) Murder-1
(1996) Poss FA Ex-felon
(1991) Poss/Sale Cocaine for sale

DECS Review: DDP: NCF, TABE: none, DP: none, Healthcare Appliance: Brace
              Physical Limitations:  May Not Work in Dusty Areas, PERMANENT
                          04-17-2013 Months
MHSDS Code: EOP (B3 Arrival: 05.25.12)
     LOC HX: EOP (01.31.12)< CCCMS (07.01.10)< EOP (06.26.08)< CCCMS (03.03.08)

Last IDTT:
SRAC:
MH2/7:
·Axis I: 298.90 Psychotic NOS
Axis II: V71.01 Antisocial Adult Behavior
Axis III: Asthma, chronic pain, hypertension, left foot drop due to GSW
RX: Haldol 5 mg bid, Cogentin 1 mg bid

DATE: 04.27.12
TIME: 11:30 - 11:45
LOCATION: PSU (ASU status)

Effective Communication (EC): EC was attempted via simple planguage, repetition,
open-ended questions and monitoring Pt responses. EC was largely unable to be
accomplished bc Pt apeared to be responding to internal stimuli, disoriented
and disorganized in speech.

Mr. Turner (Pt) was seen in tandem with EOP Psychiatrist in PSU interview room,
bc Pt is on ASU status pending invetgation into a 115 from the sending
institution (Lancaster) re: threats against staff/CO.

Pt is a tall (est height 6'3", weight 190lbs) Black male (marital status
unknown) transferred 2 days ago to PBSP at EOP ·LOC. He was escorted in
restraints by Custody to a reinforced interview room. His hygiene/grooming
appered wnl and his clothing was the usual temporary white jumpsuit. Dr.
Arcuri, EOP Psychiatrist had advised CM that he had seen Pt yesterday,
presenting at
that time as disoriented (see psychiatry notes 04.26.12) and, as a result,
Dr. Arcuri reducd Pts Haldol dose from 20 mg bid to 5 mg bid.

From the initiation of this interview, Pt appeared disoriented and psychotic,

⊠SEE PAGE 2

gnature: MPIMSRMJ1, JOHNSON, I Print Name: JOHNSON, PH.D. , RONN    Phd / LCSW / MD / PsyTech/ Other:

| **MENTAL HEALTH**<br>**INTERDISCIPLINARY PROGRESS NOTE**<br>**MH3 (10/11/02)**<br>Confidentail Client/Patient Information<br>See W & I Code, Section 5328 | Level of Care<br><br>INPATIENT<br><br>Outpatient | Last Name:<br>TURNER<br><br>CDC#: G05794 | First Name:<br>LAFONZO<br><br>HOUSE: B03U221L | MI:<br>R |
|---|---|---|---|---|

Confidential Saved 2014-04-15T15:35:39Z

**Chronological Interdisciplinary Progress Notes** State of California. Department of Corrections -**Pelican Bay State Prison**

Entry By:  JOHNSON, PH.D., RONN                    Entry Dt/Tm: 04-27-2012 1432

looking around the room smiling at the walls, asking bizarre questions (do cats
have belly buttons?). Eye contact was poor bc apparent distraction to internal
stimuli. CM introduced himself and EOP Psychiatrist to Pt, who did not appear
to recognize the psychiatrist from yesterday's contact. Pt professed to not
know the name of the prison he had been transferred to but provided the name of
the sending institution. Pt professed to not know the year - "I don't care...I
don't think about that"), month, day, day of week. Pt was continually scratching
his arms and reported to feel something crawling on his arms and on his face,
but he said he could not see what was crawling on his arms. Three times Pt
interrupted CM during MSE to ask if cats have belly buttons. The last time Pt
look at the wall, smiled, and said "he wants to know if cats have belly
buttons." CM attempted to review with Pt Informed Consent and EOP Psychiatrist
needed also to complete RX consent w/Pt, but Pt apeared to be in a state of
delirium, so CM and Psychiatrist decided to postpone the consent procedures
until early next week. Custody was advised of Pt's condition. No acute
intervention indicated at this time. RTC 7 days.

| **O:** Appearance, Behavior, Speech, LOC, Orientation, Cognition, Memory, Concentration, Affect, Mood, Insight, Judgement, Thought processes and content, Suicidal and/or homicidal ideation |
|---|

Appearance - nad, hygiene wnl.  Behavior - rubbing chest and arms, smiling at wall, appeared responding to internal stimuli.  Speech - reflected disorientation and psychosis, unable to participate in consent discuss.  Orientation - disoriented to place and time.  Cognition - unable to assess.  Memory - impaired stm.  Concentration - unable to concentrate on MSE task / interview.  Affect - stable.  Mood - did not present as either anxious or depressed.  Insight - impaired.  Judgement - unable to assess.  Thought processes and content - psychotic.  Suicidal and/or homicidal ideation - none reported.

| **A:** Diagnosis & Discussion |
|---|
| Treatment team's diagnosis per MH 2 *first.* then concur, purpose, etc..., *with supportive discussion* condition case formulation, data analyses, etc... |

| Diagnosis | Axis | GAF | GAF Basis | Notes |
|---|---|---|---|---|
| V71.01 - ADULT ANTISOCIAL BEHAVIOUR | II | | | |
| 999999 - INCARCERATION, LIFE SENTENCE | IV | | | |
| 298.90 - PSYCHOTIC DISORDER NOS | I | | per sending institution | |
| 999999 - SEVERAL - SEE UHR | III | | | |

Entry By:                                   Entry Dt/Tm:

Signature:  MPIMSRMJ1, JOHNSON, I  Print Name: JOHNSON, PH.D. , RONN    **Phd / LCSW / MD / PsyTech/ Other:**

| **MENTAL HEALTH** **INTERDISCIPLINARY PROGRESS NOTE** **MH3 (10/11/02)** Confidentail Client/Patient Information See W & I Code, Section 5328 | Level of Care INPATIENT Outpatient | Last Name: TURNER CDC#: G05794 | First Name: LAFONZO HOUSE: B03U221L Confidential Saved 2014-04-15T15:35:39Z | MI: R |
|---|---|---|---|---|

**Chronological Interdisciplinary Progress Notes**  State of California. Department of Corrections -**Pelican Bay State Prison**

| | |
|---|---|
| Follow-up f/appt., *medication changes without rationale,* treament recommendations, AIMS, consents, diagnositc studies, patient education, etc... | **Entry By:** JOHNSON, PH.D., RONN          **Entry Dt/Tm:** 04-27-2012 1440<br><br>1) Pt appears in delirium, being followed by Psychiatry<br>2) Postpone Consent tasks until Pt alert and oriented<br>3) RTC 7 days |

**PSYCHIATRIC MEDICATIONS** (optional for clinicians):

| Drug | Dosing | Duration | Target Symptom(s) |
|---|---|---|---|
| | | | |

Response, blood level, lab results, **compliance** , anticipated duration, etc...

**Entry By:**                                          **Entry Dt/Tm:**

---

**Signature:** MPIMSRMJ1, JOHNSON, I **Print Name:** JOHNSON, PH.D. , RONN          **Phd / LCSW / MD / PsyTech/ Other:**

| **MENTAL HEALTH**<br>**INTERDISCIPLINARY PROGRESS NOTE**<br>**MH3 (10/11/02)**<br>Confidentail Client/Patient Information<br>See W & I Code, Section 5328 | Level of Care<br><br>INPATIENT<br><br>Outpatient | Last Name:<br>TURNER<br><br>CDC#: G05794 | First Name:<br>LAFONZO<br><br>HOUSE:  B03U221L | MI:<br>R |

Confidential Saved 2014-04-15T15:35:39Z

**Chronological Interdisciplinary Progress Notes**  State of California. Department of Corrections -Pelican Bay State Prison

Date: 04-27-2012 Time: 0930 Chart available? NO  Reason for visit?  MH FU          Location of Visit: MH EOP

Entry By: ARCURI, PSYMD, MICHAEL                Entry Dt/Tm: 04-27-2012 1433

PSYCHIATRIST INITIAL MEDICATION EVALUATION  Date: 04/27/12    Time: 11:35 –
11:50 Pre/post interview prep time:  30 min + data entry

TURNER, L. G05794     39-year-old African-American     EOP     DEC: NCF    Tabe:
None listed Placement score: 166  CDCR release: 07/19/2055.

Target symptoms: mood, anxiety, delusions, hallucinations, sleep, and ability
to function in EOP.

Yesterday, in the initial psychiatric meeting (see below) the inmate/patient
was found to have signs of a psychotic process, BUT his sensorium was not
clear. Orientation, short term memory, attention, and concentration were all
impaired. This meeting, 24 hours later is to reassess these issues.  Today the
inmate/pt was seen in holding cell with is primary clinician present. He was
cooperative and involved with the interview. Effective communication was still
not established, due to the inmate/patient still not having sufficient
orientation, concentration, and attention. However, it was clear that he was
much improved compared to 24 hours earlier. He made better eye contact, his
statements were much more logical and no longer as fragmented, and he could
nearly accurately recall his birthday: "Sept 18, 1972 (the computer lists
09/16/72). He still could not recall what prison he was in, or the date,
despite many rehearsals yesterday, saying "I don't care, I don't think about
it. Am I in trouble about that?" From time to time he rubbed his arms, stating,
"There's stuff on me," but he could not describe it further and he denied
seeing bugs" on his skin or other visual hallucinations. His primary clinician
could not obtain informed consent for taking therapy because the inmate/patient
could not state the reasons (despite restatement several times to him), why his
confidentiality might have to be broken (dangerousness to self/others).
Assessment: possible resolving delirium. Plan: continue present medications and
reassess early next week. Another pending issue was an RVR 115 written 04/23/12
for threatening to kill a non-prisoner (i.e. his primary clinician) during a
cell-front interview when he was being assessed for suicidal statements.
Informed, that his cell would need to be searched to assess it for safety, he
stated, "Now I want to kill you!" At this time we have learned that his RVR 115
was changed to a "128" and he will remain in EOP. Further document review
reveals:  Prior medication trials have included Abilify 10 mg/d + Cogentin 3 mg
HS daily for 3 months, Zyprexa 10 mg/d, Lithium 300 mg/d, Geodon 160 mg/d,
Buspar 60 mg/d, Paxil 40 mg/d, Effexor 150 mg am + Remeron 15 mg HS,  and
Benadryl 50 mg am and 150 HS/d.

On 04/26/12, Prior to the meeting below, the eUHR was reviewed but had only
limited information, MD psychiatric notes were on 7389s for recent months and
were very terse. On 01/30/12 the MD note indicated a possible Hx of NAPA State
Hospital at age 9. He has been in the CDCR since 2008 at either CCCMS or EOP
levels of care. He has never been to DMH. He was in the CTC twice, in 11/09 to
19/09 after a clear suicide gesture, following a RVR 115, as he saw a CO
approaching his cell. In 07/02-08/10 he was in the CTC for the following: While
on 1:1 suicide precautions, he placed a sheet around his neck. Intervention we
immediate with no marks of CT scan evidence of injury. Diagnoses have varied
from Adjustment Disorder, to Psychotic Disorder, NOS, to Bipolar, to
Schizoaffective Disorder 295.70. All 3 volumes of the 3 volume paper UHR were
then reviewed in medical records, but it had no mental health notes of any kind
since 07/07/11.

☒ SEE PAGE 2

Signature: MPIMSMAA1, ARCURI, PS Print Name: ARCURI, PSYMD , MICHAEL    Phd / LCSW / MD / PsyTech/ Other:

| **MENTAL HEALTH** **INTERDISCIPLINARY PROGRESS NOTE** **MH3 (10/11/02)** Confidental Client/Patient Information See W & I Code, Section 5328 | Level of Care INPATIENT Outpatient | Last Name: TURNER CDC#: G05794 | First Name: LAFONZO HOUSE: B03U221L | MI: R |
| --- | --- | --- | --- | --- |

Confidential Saved 2014-04-15T15:35:39Z

| Institution: CSP-LAC | Clinician: CHIDEKEL, PL.D | Date: 9/8/06 |

## VIII. Mental Status Examination

**A. Appearance:** Ilm is a tall, thin AA of. He is clean, dressed neatly, and his hair is braided.

**B. Behavior/Cooperation:** I/m became angry, accused writer of trying to "set me up" when told of impending IDTT

**C. Orientation:** ☒ WNL

**D. Speech:** ☐ WNL  Ilm stutters at times. Sometimes he talks slowly. with peers his speech is wnl

**E. Affect:** ☐ WNL  Angry

**F. Mood:** ☐ WNL  Angry

**G. Sleep/Appetite:** ☒ WNL

**H. Cognition:**   Unable to assess. I/m became angry and left mtg. In general
Fund of Information ☐ WNL   he appears to understand prison life.
Intellectual Functioning ☐ WNL
Concentration ☐ WNL   I/m = WCF.
Attention ☐ WNL
Memory ☐ WNL

**I. Thought Processes:** ☒ WNL   ☐ Tangential   ☐ Circumstantial   ☐ Loose

**J. Perception:**
Hallucinations ☐ None   I/m reports AH, but has not seen observed to be internally preoccupied, distracted, or otherwise confused

**K. Thought Processes:**   I/m reports paranoid ideation. He is able to program with in
Delusions ☐ None   close proximity to others, hangs a red cloth over his window which
Ideas of Reference ☐ None   attracts attn; and interacts well in groups
Obsessions ☐ None
Magical Thinking ☐ None

**L. Insight** ☐ WNL  Poor   I/m's conduct may lead to ↑ IIC's and will delay transfer
Judgment ☐ WNL  Poor   to level III facility.

**MENTAL HEALTH TREATMENT PLAN**
CDCR 7388 (Rev. 06/06)
Page 3 of 6

Inmate's Name (Last, First, MI), CDC Number, DOB

TURNER, LAFONZO
G-05794

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS AND REHABILITATION

 

## MENTAL HEALTH TREATMENT PLAN

### X. DIAGNOSIS, CURRENT DSM

| | | |
|---|---|---|
| Axis I. | 309.4 | Adjustment Disorder c mixed disturbance of Emotions + Conduct |
| | 304.3 | Cannabis Dependence, Institutional Remission |
| Axis II. | 301.7 | APD |
| Axis III. | See UHR | |
| Axis IV. | Incarceration Medical Issues (T3 SC's 2° gunshot in vivd, radiating pain + foot drop) | |

| Axis V. | GAF= 61 | Specify Functional Impairment: | 1 = Mild | 2 = Moderate | 3 = Severe |
|---|---|---|---|---|---|

| Work/School | ADL | Medical | Interpersonal | Behavior | Psychological |
|---|---|---|---|---|---|

### X. TREATMENT TEAM MEMBERS (Please Print)

| Name | Position/Title | Signature |
|---|---|---|
| Chris Carroll, Psy.D | IDTT Leader | [signature] |
| A. CHZDERSL, Ph.D | Case Mgr / Prim. Clinician | |
| R. J. ELSTAD, MD | Psychiatrist | Robert J. Elstad, MD |
| A. Ruiz MD | Chief Psychiatrist | A. Ruiz MD |
| | | |
| | | |
| | | |
| | | |

| INSTITUTION CSP-LAC | CLINICIAN CHZDERSL, Ph.D | Name (Last, First, MI), CDC Number, DOB |
|---|---|---|
| INMATE BED NUMBER | DATE | TURNER, LAFONZO G-05744 |

**MENTAL HEALTH TREATMENT PLAN**
CDCR 7388 (Rev. 06/06)

Confidential Client/Patient Information
Page 5 of 6

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## MENTAL HEALTH TREATMENT PLAN

| ☐ Initial | ☐ Update | ☐ BiWeekly MHCB Review | ☒ Quarterly Review | ☐ Annual Review |

### I. General Information

| | | |
|---|---|---|
| Treatment Setting **EOP** | Current Level of Care: ☐ NONE  ☐ CCCMS  ☒ EOP  ☐ MHCB  ☐ OTHER | TODAY'S DATE **8/11/05** |
| Arrival Date This Treatment Setting: **5/28/08** | Current Housing: ☐ RC  ☒ GP  ☐ CTC | NEXT UPDATE **11/11/05** |
| From: **San Quentin 3ms** | ☐ ASU  ☐ PSU  ☐ SHU  ☐ OTHER: | |
| Custody Level: I/ II/ III/ ☒IV  AdSeg / SHU | EPRD: **7/19/2055** | |

| Date Reviewed: | Initials: | Date: | Initials: | Date: | Initials: |

### II. CLINICAL SUMMARY

Ilm is a 36 y.o. AA of serving 54 years for 187. Ilm has been identified by custody as a predator. He has been caught of the store contents of at least 2 I/m's. He has been caught stealing in many P.S. Ilm has an inconsistent presentation across providers over time & some & discloses. Some deem Ilm to be fine. Others believe Ilm is attempting to mask a more serious mental illness. His group attendance is consistent. His attendance @ 1:1 meetings is inconsistent. Ilm has expressed an interest in transferring to N. California to be closer to relatives particularly since his cousin recently left this EOP. Ilm also disclosed receipt of a "Dear John" letter from his wife.

### III. PROBLEM LIST

| Number | Problem | Intervention/Clinician | Goal | Progress / Date |
|---|---|---|---|---|
| ① | Bizarre Behavior | Individual 3/week<br>Group 10hrs/week<br>Socialization Med | Clarify diagnostic picture | |
| ② | Poor Prison Adjustment | " | Develop 3 coping strategies to reduce incidents/reports of Ilm acting out | |

### IV. PSYCHOTROPIC MEDICATION

| Number | Problem/Target Symptom | Medication | Goal | Progress / Date |
|---|---|---|---|---|
| | | Diphenhydramine 50mg caps 3 capp bedtime | | |
| | | Geodon 80 mg cap 2capp bedtime | | |
| | | Paroxetine HCL 40mg tab 4tab bedtime | | |

### V. CURRENT RISK FACTORS/BEHAVIORAL ALERTS:   ☐ Suicidal   ☐ Self Injurious   ☐ Assaultive   ☐ Keyhea

See Form _____  Dated _____  For Detailed Description

Summary:  Ilm denies SI & and H/I

### VI. RECOMMENDED HOUSING:   ☐ Single Cell   ☐ Double Cell   ☒ No Recommendation

### VII. TRANSFER/DISCHARGE TO: ☐ Non-MHSDS  ☐ CCCMS  ☐ EOP  ☐ MHCB  ☐ APP  ☐ ICF  ☐ DTP  ☐ Parole

Retain @ EOP level of care. Work w/ CCR to determine if possible up north is available to Ilm

| INSTITUTION **CSP-LAC** | CLINICIAN **CMcBriere, Ph.D** | |
|---|---|---|
| INMATE BED NUMBER | DATE **8/11/09** | Name (Last, First, MI), CDC Number, DOB<br><br>**TURNER, LAFONZO**<br>**G-05794** |

**MENTAL HEALTH TREATMENT PLAN**
CDCR 7388 (Rev. 06/06)

Confidential Client/Patient Information

Page 1 of 6

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CALIFORNIA DEPARTMENT OF CORRECTIONS

**NAME: TURNER**                       CDC #: **G05794**                       BED: **D1-109L**

REFER TO CSR RX RESCIND KVSP 180  ENDORSEMENT AND RX TX  SAC 180 EOP W/ALT PBSP 180 EOP AT I/M REQ.   ACCEPT EOP-LOC PENDING TX, ESTABLISH WG/PG A1/A, PSYCH UNASSIGN, CLO/A, NO GATE PASS,  D/C APPROVED.

**COMMITTEE'S COMMENTS**

Inmate TURNER appeared before California State Prison, L.A. County's (LAC's) Facility D Unit Classification Committee (UCC) today for his Initial EOP Review. TURNER stated that his health was good and was willing to proceed. TURNER received his 72-hour notice for the purpose of this review. Prior to committee reviewing and discussing this case, TURNER was introduced to the committee members. Based upon a review of TURNER'S Central File, case factors, and through discussion with him, committee elects to: REFER TO CSR RX RESCIND KVSP 180  ENDORSEMENT AND RX TX  SAC 180 EOP W/ALT PBSP 180 EOP AT I/M REQ.   ACCEPT EOP-LOC PENDING TX,  WG/PG A1/A, PSYCH UNASSIGN, CLO/A, NO GATE PASS,  D/C APPROVED.

On 1/22/2012 Turner was received on Fac.D from Fac. A for GP housing. The move to Fac. D was due to the inmate not meeting the criteria for the LAC Fac. A PPF, and the conversion of Fac. D from a Reception Center to General Population. Prior to the move to Fac. D the inmate was referred for transfer to a 180 design institution. Noting the inmates need for \"physical therapy\" (as cited on the CDC 128-C3 dated 8/6/2010) that committee elected to refer to KVSP 180 and PBSP 180 over the inmates request for SAC 180. The CSR endorsed the inmate KVSP IV 180 on 10/19/2011.  On 11/30/2011 a new CDC 128 C3 was generated, clearing the need for physical therapy. It is also noted that the inmates MHSDS LOC was increased to EOP. As such Committee elects to refer to the CSR to rescind the KVSP 180 endorsement, and refer for transfer to an appropriate 180 design EOP institution. . The inmate requested SAC IV 180 EOP due to family ties, with PBSP 180 EOP named as the alternate.  Committee notes that Turner meets the criteria for 180 housing due to reason A-1. This transfer is adverse in nature, and the inmate will retain CLO/A custody and WG/PG A1/Aat the receiving institution.

Turner meets the criteria for inclusion into the Mental Health Delivery System (MHDS) at the  Enhanced Outpatient (EOP) Level of Care (LOC) as per CDC128C dated 1/30/2012. This is a therapeutic placement and as such, A1 statusis appropriate based on his participation in the EOP program per CDC Title 15, 3044(E).

The CDC forms 812, 812-c, 127, and MSF have been reviewed and updated as required. A review of the Case Factors, in conjunction with the inmate's time to serve, escape history, and disciplinary was conducted and it was determined by this committee to maintain custody at CLO/A based on CCR criteria 3377.1, noting Turner is serving a total term of 50 years to Life. T.B. code is 22 per the CDC128-C dated 4/25/2011. There are no DDP/DPP concerns noted.  All other case Factors remain the same as those noted on the CDC 128-G dated 6/25/2008.  Committee notes that the inmate has a pending RVR dated 1/22/2012 for \"Contraband\". That RVR was heard on 1/27/2012 with a finding of guilt for a Division D Offense. The points have been assessed and the final copies will be placed in the file prior to transfer.

During the pre-committee interview C/O D. Hunter acted as Staff Asst. The proposed committee actions were explained to Turner speaking slowly and clearly, using simple English and sentences.     Turner stated that he understood the proposed actions and that he agreed with them.  Turner was able to repeat the proposed actions to myself and C/O Hunter using his own words.   At U.C.C. effective communication was established by speaking slowly and clearly, using simple English and sentences, and by allowing the inmate to ask questions and express his understanding of the committee's actions. It was apparent during the committee that    did not require any other communications aids or devices, i.e. sign/foreign language interpreter, hearing aids, etc.. All members  of the committee agreed that effective communication had been established. As Turner  is a participant in the MHSDS at the EOP-LOC, C/O Gant was assigned as Staff Asst.

At the conclusion of this review, TURNER was informed of his Appeal Rights with regards to this committee's actions. TURNER acknowledged his understanding and agreement with committee's actions.

STAFF ASSISTANT

Assigned: (Issues complex and/or Inmate participant in MHSDS)  C/O Gant

| DATE | TIME | |
|---|---|---|
| /3/12 | 1335 | |

**COMMENTS (USE S. O. A. P. E. FORMAT)**

1. CHECKED TABE, LD AND/OR I
3. METHOD USED TO DETERMIN
☐ Pt reiterated in his own words w
☐ Pt asked appropriate questions
☐ Pt. Provided appropriate subste
☐ Other

1. Disability Code:
☐ TABE score ≤ 4.0
☐ DPH  ☐ DPV ☐ LD
☐ DPS ☐ DNH
☐ DNS ☐ DDP

2. Accommodation:
☐ Additional time
☐ Equipment ☐SLI
☐ Louder ☐Slower
☒ Basic ☐Transcribe
☐ Other*
4. Comments:

3. Effective Communication:
☒ P/I asked questions
☐ P/I summed information
Please check one:
☐ Not reached*  ☒ Reached*
*See chrono/notes

FFECTIVE COMMUNICATION:
ead document to Pt
gn Language Interpreter
p Reading
mple English
t stated he did not need any
stance for effective comm.

IP 1:1 PC cell side.

(S).  IP continues to report paranoid thinking noted in previous contacts.  He focused upon recent

notification that he has been endorsed to Pelican Bay where he says he has numerous enemies.  When I

questioned whether he had given their names to custody he stated that he is unwilling tio do so because

of fears there will be retribution from both thr persons named and the custody offcers who he says are

attempting to kill him.  IP became angry and accused me of participating in the conspiracy to harm him.

He also stated that as a result of these fears his feelings of anxiety and depression as well as SI have

increased.  When questioned he denied suicide intent or plan.  IP continues to report AH noted in

previous contacts in the absence of objective signs of psychosis.   Not demonstrating or reporting any

other signs or sxs of significant psychological distress, Mood DO, psychosis, or AXIS I DO.  Attempted to

address target problem of paranoid thinking but IP became angry and accused me of participating in the

conspiracy to harm him.

(O) Generally cooperative.  Mood dysthymic/anxious/angry; Affect congruent.  Speech clear; Thinking

linear.  Denies SI/HI; Denies VH but endorses AH.  ADLS/Sleep/Appetite/Cell condition WNL.  Offered to

address target problem of paranoid thinking but IP declined.

(A)  IP continues to demonstrate sxs of target problem of paranoia/AH.

(P) Continue to monitor psychological status and provide 1:1 weekly PC and interventions per treatment

plan

(E) Continue to encourage active participation

| INSTITUTION | CLINICIAN | BED NUMBER | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|---|
| CSP-LAC | S. Moore, PhD Psychologist | BED NUMBER | CDC #:  g05794<br>NAME:  TURNER, LAFONZO<br>D.O.B.: |

INTERDISCIPLINARY PROGRESS NOTES
CDCR  7230 MH (Rev. 06/06)
Confidential Client/Patient Information

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS AND REHABILITATION

Confidential Saved 2014-04-15T15:35:39Z

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, LAFONZO R. TURNER , am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

C.S.P. SAC
P.O. BOX 290066
REPRESA, CA.
95671

On, March 2, 2016, I served the following documents:

MOTION FOR counsel

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. U.S.D.C.
OFC. OF CLERK
U.S. COURT HOUSE RM 68,
LOS ANGELES, CA.
90012

2.

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 2 day of MARCH , 2016 , at California State Prison - Sacramento, Represa, California.

(Signature) Mr. Lafonzo R. Turner

MR. LAFONZO . R . TURNER # 605794
C.S.P. SAC
P.O. BOX 290066
REPRESA, CA . 95671

Legal mail

AGR

TO : UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURTHOUSE , ROOM G8
LOS ANGELES , CALIFORNIA . 90012

RECEIVED
MAR 03 2016
CSP-SAC-MAILROOM

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR - 7 2016
CENTRAL DISTRICT OF CALIFORNIA
CSP-SAC



U.S.POSTAGE >> PITNEY BOWES
ZIP 95630
02 4W
0000338428
$ 002.30
MAR 03 201

