LAFONZO R. TURNER #G05794
<small>Name and Prisoner/Booking Number</small>

C.S.P. SAC A8-112
<small>Place of Confinement</small>

P.O. BOX 290066
<small>Mailing Address</small>

REPRESA, CA. 95671
<small>City, State, Zip Code</small>

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**LODGED**
CLERK, U.S. DISTRICT COURT

MAY 6 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ kl _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. LAFONZO R. TURNER, <br> <small>(Full Name of Plaintiff)</small>    Plaintiff, <br><br> vs. <br><br> (1) B. CASH <br> <small>(Full Name of Defendant)</small> <br> (2) C. FORTSON <br><br> (3) M. BUECHTER <br><br> (4) A. CAIN <br> Defendant(s). <br> ✓ Check if there are additional Defendants and attach page 1-A listing them. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

CASE NO CV-04758 JVS (AGR)
(To be supplied by the Clerk)

A DEMAND FOR TRIAL
CIVIL RIGHTS COMPLAINT
BY A PRISONER

☐ Original Complaint
☐ First Amended Complaint
☒ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983.

    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 351 (1971).

    ☐ Other: _____

2. Institution/city where violation occurred: _____

## B. DEFENDANTS

1. Name of first Defendant: __B.CASH__. The first Defendant is employed as:
__WARDEN__ at __LANCASTER STATE PRISON__.
          (Position and Title)                          (Institution)

2. Name of second Defendant: __C. FORTSON__. The second Defendant is employed as:
__CAPTAIN__ at __LANCASTER STATE PRISON__.
          (Position and Title)                          (Institution)

3. Name of third Defendant: __M. BUECHTER__. The third Defendant is employed as:
__CAPTAIN__ at __LACASTER STATE PRISON__.
          (Position and Title)                          (Institution)

4. Name of fourth Defendant: __A. CAIN__. The fourth Defendant is employed as:
__LIEUTENANT__ at __LANCASTER STATE PRISON__.
          (Position and Title)                          (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? __3__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __LAFONZO R. TURNER__ v. __WOOD__
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __SETTLEMENT__

   b. Second prior lawsuit:
      1. Parties: __LAFONZO R. TURNER__ v. __SACRAMENTO COUNTY SHERIFF__
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __DISMISSED__

   c. Third prior lawsuit.
      1. Parties: __LAFONZO R. TURNER__ v. __CATE MATTHEW ET AL./__
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __PENDING LITEG ATION.__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## B. DEFENDANTS

5   Name of 5th Defendant: __N. ROMERO__ . The 5th Defendant is employed as:
__CORRECTIONAL OFFICER__ at __LANCASTER STATE PRISON__ .
(Position and Title)                         (Institution)

6   Name of 6th Defendant: __C. SPENCER__ . The 6th Defendant is employed as:
__CORRECTIONAL OFFICER__ at __LANCASTER STATE PRISON__ .
(Position and Title)                         (Institution)

7   Name of 7th Defendant: __B. POLLARD__ . The 7th Defendant is employed as:
__CORRECTIONAL OFFICER__ at __LANCASTER STATE PRISON__ .
(Position and Title)                         (Institution)

8   Name of 8th Defendant: __A. FEARS__ . The 8th Defendant is employed as:
__CORRECTIONAL OFFICER__ at __LANCASTER STATE PRISON__ .
(Position and Title)                         (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?   ☐ Yes    ☐ No

2.   If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a.   First prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____
      3.   Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

   b.   Second prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____
      3.   Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

   c.   Third prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____
      3.   Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## B. DEFENDANTS

9.   Name of 9th. Defendant: __W. PUCKETT_____. The 9th. Defendant is employed as:
__CORRECTIONAL OFFICER__ at __LANCASTER STATE PRISON__.
(Position and Title)                                    (Institution)

10.   Name of 10th. Defendant: __J. MENDOZA_____. The 10th. Defendant is employed as:
__CORRECTIONAL OFFICER__ at __LANCASTER STATE PRISON__
(Position and Title)                                    (Institution)

11.   Name of 11th. Defendant: __M. GODINA_____. The 11th. Defendant is employed as:
__CORRECTIONAL OFFICER__ at __LANCASTER STATE PRISON__
(Position and Title)                                    (Institution)

12.   Name of 12th. Defendant: __K. THOMAS_____. The 12th. Defendant is employed as:
_____ at __LANCASTER STATE PRISON__
(Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?         ☐ Yes         ☐ No

2.   If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a.   First prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____
      3.   Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _____

   b.   Second prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____
      3.   Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _____

   c.   Third prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____
      3.   Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## B. DEFENDANTS

13   Name of 13ᵀʰ Defendant: __T. CROMWELL__ . The 13ᵀʰ Defendant is employed as:
__LIEUTENANT__ at __LANCASTER STATE PRISON__ .
(Position and Title)                                           (Institution)

14   Name of 14ᵀʰ Defendant: __O. FERNANDEZ (GALPON)__. The 14ᵀʰ Defendant is employed as:
__LIEUTENANT__ at __LANCASTER STATE PRISON__ .
(Position and Title)                                           (Institution)

15   Name of 15ᵀʰ Defendant: __S. LETT__ . The 15ᵀʰ Defendant is employed as:
__PSY-TECT__ at __LANCASTER STATE PRISON__ .
(Position and Title)                                           (Institution)

16   Name of 16ᵀʰ Defendant: __L. CRAWFORD__ . The 16ᵀʰ Defendant is employed as:
__PSY-TECT__ at __LANCASTER STATE PRISON__ .
(Position and Title)                                           (Institution)

ALL DEFENDANTS ARE SUED IN THEIR INDIVIDUAL & OFFICIAL CAPACITY
If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☐ No

2.   If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a.   First prior lawsuit:
       1.   Parties: _____ v. _____
       2.   Court and case number: _____
       3.   Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
       _____

   b.   Second prior lawsuit:
       1.   Parties: _____ v. _____
       2.   Court and case number: _____
       3.   Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
       _____

   c.   Third prior lawsuit:
       1.   Parties: _____ v. _____
       2.   Court and case number: _____
       3.   Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
       _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

. CAUSE OF ACTION

## FACTS

1. State the constitutional or other federal civil right that was violated: _EIGHTH AND FORTEENTH AMENDMENTS RIGHTS TO THE UNITED STATE CONSTITUTION_

2. Count I. Identify the issue involved. Check only one. State additional issues in separate counts.

- [ ] Basic necessities
- [ ] Mail
- [ ] Access to the court
- [ ] Medical care
- [ ] Disciplinary proceedings
- [ ] Property
- [ ] Exercise of religion
- [ ] Retaliation
- [x] Excessive force by an officer
- [ ] Threat to safety
- [ ] Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

17. ON JUNE 26, 2010 PLAINTIFF WAS IN THE CUSTODY OF CDCR LANCASTER STATE PRISON AND WAS A PARTICIPANT IN THE MENTAL HEALTH DELIVERY SYSTEM AT THE CCCMS LEVEL OF CARE.

18. PLAINTIFF HAD BEEN DIAGNOSED WITH ASTHMA AND A LEFT FOOT DROP RE- QUIRING ASSISTIVE DEVICES BY CDCR MEDICAL HEALTH CARE SYSTEM.

19. AT APPROXIMATELY 0720 HOURS DEFENDANT THOMAS APPROACHED CELL 136 SOLEY OCCUPIED BY PLAINTIFF.

20. DEFENDANT THOMAS HAVING ALREADY KNOWN PLAINTIFF HAD BEEN BOARDED UP (CELL DOOR COVERED) SINCE THE PRIOR DAY JUNE 25, 2010 IN PEACEFUL PROTEST TO UNLAWFUL CELL MANAGEMENT ASSERTIONS BY CUSTODY.

21. SAID CELL MANAGEMENT STATUS WAS BEING RATIFIED AND MAINTAINED BY DEFENDANTS: CASH, FORTSON, BUECHTER, CAIN, CROMWELL AND FERNANDEZ AND THOMAS AS SUPERVISOR. WITHOUT AFFORDING DISCIPLINARY HEARING, PRIOR TO DEPRIVATIONS. PROTECTED LIFE AND LIBERTY INTEREST.

22. SAID MANAGEMENT STATUS WAS BEING APPLIED UNLAWFULLY FOR 10 DAYS WITH THE DEPRIVATION OF ALL CLOTHING (EXCEPT A T-SHIRT AND UNDERWEAR)

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

_____

_____

_____

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  [x] Yes  [ ] No
   b. Did you submit a request for administrative relief on Count I?  [x] Yes  [ ] No
   c. Did you appeal your request for relief on Count I to the highest level?  [x] Yes  [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _I DID SEEK ALL AVAILABLE ADMINISTRATIVE RELIEF / REMEDIES AT SAID INSTITUTION._

1.   State the constitutional or other federal civil right that was violated: _____
_____

2.   Count II.  Identify the issue involved.  Check only one.  State additional issues in separate counts.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3.   Supporting Facts.  State as briefly as possible the FACTS supporting Count II.  Describe exactly what each Defendant did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

BEDDING, LEGAL MATERIAL, CANTEEN, YARD AND MEDICAL DEVICES.
23. WHEREIN DEFENDANT THOMAS ASKED TO UNCOVER HIS CELL DOOR AND
CUFF-UP TO BE SUBJECTED TO SAID CONDITIONS, AT WHICH PLAINTIFF TOLD
DEFENDANT THOMAS (HE) HAD CONSTITUTIONAL RIGHTS TO HIS BASIC HUMAN
NECESSITIES NOT TO BE TAKEN.
24. DEFENDANT THOMAS MADE DEROGATORY STATEMENTS TOWARD PLAINTIFF
AND SAID WHERE COMING IN THERE WHEN I GET BACK.
25. AT APPROXIMATELY 0745 HOURS DEFENDANT CAIN AND THOMAS APPROACH
ED PLAINTIFF CELL AND ASKED PLAINTIFF TO REMOVE THE CELL DOOR COVERING
26. AGAIN PLAINTIFF EXPLAINED HE WAS WILLING TO COMPLY, BUT FELT NO
NEED TO CUFF-UP ACCEPT DEFENDANTS INTENT TO DEPRIVE PLAINTIFF OF
HIS BASIC HUMAN NEEDS.
27. PLAINTIFF EXPRESSED AGAIN HE HAD RIGHTS TO CLOTHING, BEDDING,
CONSISTANT TO OTHER LIKELY INMATES, LEGAL MATERIAL TO ACCESS THE
COURTS, YARD, AND HIS MEDICAL ASSISTIVE DEVICES. AS WELL AS A HEAR-
ING ON/TO THE DICIPLINARY FOR THIS SUBJECTION TO SAID DEPRIVATIONS
BEFORE BEING PLACED ON CELL MANAGEMENT STATUS OR BEING DEP-
RIVED ANY LIBERTY INTREST.

4.   Injury.  State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5.   Administrative Remedies.
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b.   Did you submit a request for administrative relief on Count II? ☐ Yes ☐ No
   c.   Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

Count III

1. State the constitutional or other federal civil right that was violated: _____
_____

2. Count III. Identify the issue involved. Check only one. State additional issues in separate counts.
   ☐ Basic necessities         ☐ Mail           ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property        ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

28. DEFENDANT CAIN AT THAT POINT TURNED TO DEFENDANT THOMAS AND STATED ASSEMBLE A CELL EXTRACTION TEAM, FOR A POSSIBLE EXTRACTION.

29. AT APPROXIMATELY 9:00 HOURS DEFENDANTS LEFT AND CRAWFORD CAME TO PLAINTIFF'S CELL AND ASKED PLAINTIFF TO COME OUT, BECAUSE PLAINTIFF WAS COMING OUT ONE WAY OR ANOTHER AFTER ABOUT 1 MINUTE 1/2 THEY LEFT.

30. AT APPROXIMATELY 11:00 AM DEFENDANT CROMWELL CAME TO PLAINTIFFS CELL PLAINTIFF EXPLAINED HIS RIGHTS, AND WAS STILL ASKED BY DEFENDANT CROMWELL TO CUFF-UP BECAUSE HE WAS ON CELL MANAGEMENT STATUS.

31. AT APPROXIMATELY 12:00 PM DEFENDANT FERNANDEZ CAME TO PLAINTIFF CELL, PLAINTIFF SAID HE WAS BEING DENIED DUE PROCESS AND SUBJECT TO FUTURE RISK OF HARM, DEFENDANT FERNANDEZ ASKE PLAINTIFF TO COMPLY WITH THE UNLAWFUL MANAGEMENT STATUS.

32. AT APPROXIMATELY 12:30 PM PLAINTIFF WAS STILL PEACEFULLY PROTESTING THE UNLAWFUL MANAGEMENT STATUS, WHEN DEFENDANT FORTSON CAME AND PLAINTIFF EXPLAINED ALL RIGHT AND VIOLATIONS TO HIM.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                          ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?          ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

1.   State the constitutional or other federal civil right that was violated: _____
_____
_____

2.   Count     Identify the issue involved. Check only one. State additional issues in separate counts.
☐ Basic necessities          ☐ Mail          ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion       ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____ _____

3.   Supporting Facts. State as briefly as possible the FACTS supporting Count     Describe exactly what each
Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal
authority or arguments.

33. DEFENDANT FORTSON, ASKED PLAINTIFF TO COMPLY WITH THE UNLAWFUL
MANAGEMENT STATUS OR ELES HE WOULD APPROVE A CELL EXTRACTION.
34. AT APPROXIMATELY 1300 HOURS DEFENDANT FORTSON GAVE THE OK
TO DEFENDANTS CAIN AND THOMAS AND THEREAFTER THEY IDENTIFIED
THEMSELFS AND READ THE CELL EXTRACTION ADMONZSHMENTS AUTHOR-
IZING TO EXTRACT.
35. THE CELL EXTRACTION TEAM CONSIST OF DEFENDANTS: THOMAS, ROMERO, SPENCER
POLLARD, FEARS, PUCKETT, MENDOZA AND GODINA, WHEREIN DEFENDANT THOMAS AT
1305 HOURS SPRAYED MK-9 CELL BUSTER INTO PLAINTIFFS CELL UNDER THE DOOR.
36. DEFENDANTS: CAIN, FORTSON, FERNANDEZ, CROMWELL, LETT AND CROWFORD ALL
WHERE PRESENT AND DENIED PLAINTIFF THE EQUAL PROTECTION BY FAILING TO
PROTECT, INTERVIEN OR STOP THE EXCESSIVE FORCE THEY KNEW OR SHOULD HAVE
KNOWN WAS CAUSING PLAINTIFF HARM, WITHOUT AFFORDING HIM DUE PROCESS OF
A HEARING ON/FOR THE DISIPLINARY DEPRIVATION BEING ASSERTED.
37. DEFENDANT THOMAS AGAIN AT 1306 HOURS ADMINISTERED MK-9 CELL
BUSTER INTO PLAINTIFF CELL. UNDER THE DOOR.
38. DEFENDANT THOMAS AGAIN AT 1308 HOURS ADMINISTERED MK-9 CELL
BUSTER INTO PLAINTIFFS CELL UNDER THE DOOR.

4.   Injury. State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5.   Administrative Remedies.
a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your
institution?                                                              ☐ Yes   ☐ No
b.   Did you submit a request for administrative relief on Count    ?      ☐ Yes   ☐ No
c.   Did you appeal your request for relief on Count    to the highest level?   ☐ Yes   ☐ No
d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
did not. _____
_____

COUNT I

1. State the constitutional or other federal civil right that was violated: _____
_____

2. Count I. Identify the issue involved. Check only one. State additional issues in separate counts.
   ☐ Basic necessities      ☐ Mail              ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property        ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

39. DEFENDANT THOMAS AGAIN AT 1309 HOURS ADMINISTERED MK-9 CELL BUSTER INTO PLAINTIFFS CELL UNDER THE DOOR.

40. DEFENDANTS FEARS AT 1313 UTILIZED THE X-10 BARRICADE REMOVAL DEVICE, AS DEFENDANT THOMAS DEPLOYED Z-505 PEPPER SPRAY INTO THE PLAINTIFF CELL UNDER THE DOOR AND IN THE AIR VENT.

41. AT 1316 DEFENDANT THOMAS AGAIN DEPLOYED Z-505 PEPPER SPRAY INTO PLAINTIFFS CELL UNDER THE DOOR AND INTO THE AIR VENT.

42. AT 1320 HOURS DEFENDANT DEPLOYED ONE T-16 GRENADE INTO PLAINTIFFS CELL THROUGH THE FOODPORT.

43. AT 1324 HOURS DEFENDANTS FEARS AND THOMAS AGAIN UTILIZED THE X-10 BARRICADE DEVICE AND DEFENDANT THOMAS ADMINISTERED MORE Z-505 PEPPER SPRAY INTO PLAINTIFF.

44. AT 1327 DEFENDANT FEARS UTILIZED THE X-10 BARRICADE DEVICE, AS DEFENDANT THOMAS ADMINISTERED AGAIN SOME MORE Z-505 PEPPER SPRAY INTO PLAINTIFFS CELL UNDER THE DOOR AND INTO THE AIR VENT SYSTEM WITHOUT HAVING EVER SEEN PLAINTIFF DURING THIS ENTIER TIME.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?    ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?    ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

1.   State the constitutional or other federal civil right that was violated: _____

_____

2.   Count III.  Identify the issue involved.  Check only one.  State additional issues in separate counts.
   ☐ Basic necessities       ☐ Mail         ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property    ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3.   Supporting Facts.  State as briefly as possible the FACTS supporting Count III.  Describe exactly what each Defendant did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

45. PLAINTIFF CONTENDS DEFENDANTS: CASH, FORTSON, BURCHTER, CAIN, CROMWELL FERNANDEZ, THOMAS, ROMERO, SPENCER, POLLARD, FEARS, PUCKETT, MENDOZA, GODINA LETT AND CRAWFORD ALL FAILED TO AFFORD PLAINTIFF EQUAL PROTECTION BY FAILING TO PROTECT, TRAIN, BE TRAINED, INTERVIEN AND/OR AFFORD PLAINTIFF WITH DUE PROCESS OF A HEARING FOR THE DICIPLINE THE SAID EXCESSIVE FORCE AND DEPRIVATION WHERE BEING ASSERTED.

46. AT 1330 HOURS DEFENDANT THOMAS DEPLOYED YET ANOTHER T-16 GRENADE INTO PLAINTIFFS CELL THROUGH THE FOODPORT.

47. AT 1338 DEFENDANT FEARS AGAIN UTILIZED THE X-10 BARRACADE DEVICE AS, DEFENDANT THOMAS DEPLOYED MORE Z-505 PEPPER SPRAY INTO PLAINTIFF CELL.

48. AT 1343 HOURS DEFENDANT THOMAS INSTRUCTED THE CELL EXTRACTION TEAM TO ENTER PLAINTIFF'S CELL.

49. AT 1348 HOURS THE CELL EXTRACTION TEAM ENTERED PLAINTIFFS CELL, DEFENDANTS ROMERO, AND POLLARD ENTERED FIRST WITH THEIR BATTONS OUT OPEN HELD-UP IN AN UPWARD POSITION TO STRIKE. AND DEFENDANTS ROMERO AND POLLARD DID START STRIKING PLAINTIFF IN THE HEAD AND UPPER BODY AREA AS DEFENDANT SPENCER PENT.

4.   Injury.  State how you were injured by the actions or inactions of the Defendant(s).

_____

_____

5.   Administrative Remedies.
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                ☐ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Count III?                           ☐ Yes   ☐ No
   c.   Did you appeal your request for relief on Count III to the highest level?                  ☐ Yes   ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

1.   State the constitutional or other federal civil right that was violated: _____

_____

2.   Count      Identify the issue involved.  Check only one.  State additional issues in separate counts.

☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care

☐ Disciplinary proceedings          ☐ Property          ☐ Exercise of religion          ☐ Retaliation

☐ Excessive force by an officer          ☐ Threat to safety   ☐ Other: _____

3.   Supporting Facts. State as briefly as possible the FACTS supporting Count      Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

PLAINTIFF DOWN WITH THE SHIELD.

50. AS DEFENDANT SPENCER PENT PLAINTIFF EXPOSING HIS HEAD AND ½ OF HIS UPPER BODY, DEFENDANTS ROMERO AND POLLARD CONTINUED TO STRIKE PLAINTIFF IN THE HEAD, FACE AND UPPER BODY WHICH PLAINTIFF COULD NOT EVEN PROTECT.

51. PLAINTIFF WAS ALREADY INCAPACITATED BY THE PEPPER SPRAY TURNING HIS CELL INTO A GAS CHAMBER, BUT DEFENDANT STILL USED EXCESSIVE FORCE.

52. DEFENDANTS ROMERO AND POLLARD CONTINUED TO STRIKE PLAINTIFF WITH THEIR BATTONS, CLOSED FIST AND CHOCKED PLAINTIFF AS HE LIED THERE INCAPACITATED.

53. DEFENDANTS FEARS, GODINA AND PUCKETT ENTERED AND AT THE SAME TIME STARTED PUNCHING, KICKING, AND STRIKING PLAINTIFF WITH THEIR BATTONS IN HIS LOWER BODY AND LEGS. AND PLACED PLAINTIFF IN LEG RESTRAINTS.

54. DEFENDANTS: ROMERO AND POLLARD, SPENCER PLACED PLAINTIFF INTO CUFFS, EVEN AFTER PLAINTIFF WAS RESTRAINED DEFENDANTS CONTINUED TO STRIKE PLAINTIFF WITH THEIR BATTONS, KICKING AND PUNCHING FOR AN APPROXIMATE 7 MORE MINUTE'S AND ½ CAUSIN INJURIES AND HARMS TTI PLAINTIFF BOTH PHYSICAL AND EMOTIONAL INJURIES.

4.   Injury. State how you were injured by the actions or inactions of the Defendant(s).

_____

_____

_____

5.   Administrative Remedies.

   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☐ Yes     ☐ No

   b.   Did you submit a request for administrative relief on Count  ?          ☐ Yes     ☐ No

   c.   Did you appeal your request for relief on Count    to the highest level?          ☐ Yes     ☐ No

   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

1.   State the constitutional or other federal civil right that was violated: _____
_____

2.   Count        Identify the issue involved.  Check only one.  State additional issues in separate counts.

- [ ] Basic necessities
- [ ] Mail
- [ ] Access to the court
- [ ] Medical care
- [ ] Disciplinary proceedings
- [ ] Property
- [ ] Exercise of religion
- [ ] Retaliation
- [ ] Excessive force by an officer
- [ ] Threat to safety
- [ ] Other: _____   _____

3.   Supporting Facts. State as briefly as possible the FACTS supporting Count      Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

55. DEFENDANT MENDOZA WAS MANING THE VIDIO CAMERA AT ALL TIMES RELEV
ANT TO THE ABOVE EXCESSIVE FORCE, AND DEFENDANT MENDOZA DID PAN THE
CAMERA DOWN WHEN HE KNEW WHAT WAS EXCESSIVE PHYSICAL FORCE WAS BEING
USED AND HARMING PLAINTIFF INCLUDING THE EXCESSIVE CHEMICALS AGENTS.
56. AT ALL TIMES MENTION PLAINTIFF UPON INFORMATION AND BELIEF,
ALLEGES THAT DEFENDANTS: CASH AND BUECHTER RATIFIED, MAINTAIN AND
ASSERTED THIS UNLAWFUL CELL MANAGEMENT PRACTICE, CUSTOM, POLICY AND
USEAGE AND DURING PLAINTIFFS INCIDENT HAD PRIOR KNOWLEDGE
AND CONSENTED TO SAID USE OF FORCE. WITHOUT DUE PROCESS TO A HEARING.
57. ADDITIONALLY DEFENDANT GODINA PACIFICALLY WAS WITNESSED BY
PLAINTIFF AFTER THE EXTRACTION DESTROYING BAGS OF PLAINTIFFS LEGAL
PROPERTY THROWING AWAY BOOKS, DOCUMENTS CHATTEL AND PERSONAL PROPERTY.
58. ALL OF PLAINTIFF PROPERTY LEGAL CHATTEL, PERSONAL PROPERTY, MEDICAL
APPLIANCES, EVEN ALL CLOTHING EXCEPT A T-SHIRT AND UNDERWEAR HE
WAS WEARING, BEDDING EVEN PLAINTIFFS MATRESS WAS TAKEN AND PLAINT-
IFF WAS PLACED BACK INTO THESE CONDITION UNTIL 5 DAYS LATER WHEN
PLAINTIFF WHENT TO A CRISIS BED.

4.   Injury. State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5.   Administrative Remedies.

a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   [ ] Yes   [ ] No

b.   Did you submit a request for administrative relief on Count   ?   [ ] Yes   [ ] No

c.   Did you appeal your request for relief on Count   to the highest level?   [ ] Yes   [ ] No

d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

1.   State the constitutional or other federal civil right that was violated: _____

_____

2.   Count _____ Identify the issue involved.  Check only one.  State additional issues in separate counts.

☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____    _____

3.   Supporting Facts.  State as briefly as possible the FACTS supporting Count _____ Describe exactly what each Defendant did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

59. PRIOR TO THE ABOVE NAMED/MENTIONED INCIDENT PLAINTIFF RECEIVED THREE R.V.R DICIPLINARY REPORTS, BUT PLAINTIFF NEVER RECEIVED A HEARING TO REFUTE BY WITNESSES, DOCUMENTARY EVIDENCE ETC. TO REFUTE THE CHARGES GIVING RISE TO THE USE OF EXCESSIVE FORCE AND PROPERTY DEPRIVATION. CALLED CELL MANAGEMENT STATUS.

60. PURSUANT TO PRISON PROCEDURE PLAINTIFF FILED A ADMINISTRATIVE APPEAL WITH DEFENDANTS POINTING OUT, SAID R.V.R. DICIPLINARY REPORTS DID NOT ESTABLISH PLAINTIFF AS A PROGRAM FAILURE WITHOUT BEING HEARD, AND THAT NO POLICY EXSIST FOR A 10 DAY CELL MANAGEMENT STATUS SAID APPEAL WAS DENIED, LOST, IMPEDED AND PURPOSELY DESTROYED BY DEFENDANT THIS IS BASED ON INFORMATION AND BELIEF.

61. AS A OF DEFENDANTS ACTING UNDER THE COLOR OF LAW EACH AND ALL OF THEM, ACTIONS OR FAILING TO ACT, AFFORD EQUAL PROTECTION, BY FAILING TO PROTECT AND GIVE PLAINTIFF DUE PROCESS OF A HEARING PRIOR TO DEPRIVATION AND VIOLATION MENTIONED ABOVE, PLAINTIFF WAS HARMED, LOST CIVIL CASE # _____ AND HIS FIRST HABEAS CORPUS CHALLENGING THE CRIMINAL CONVICTION OF HIS UNLAWFUL INCARCERATION, PERSONAL AND LEGAL PROPERTY CHATTEL LOSSES, PHYSICAL AND EMOTIONAL INJURIES.

4.   Injury.  State how you were injured by the actions or inactions of the Defendant(s).

_____

_____

_____

5.   Administrative Remedies.
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                          ☐ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Count ___?          ☐ Yes   ☐ No
   c.   Did you appeal your request for relief on Count ___ to the highest level?  ☐ Yes   ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

14

COUNT **I**

1. State the constitutional or other federal civil right that was violated: **EIGHTH AND FORTEENTH AMENDMENTS**

2. Count   Identify the issue involved.  Check only one.  State additional issues in separate counts.
   ☐ Basic necessities      ☐ Mail            ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property        ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: **DENIAL OF EQUAL PROTECTION BY FAILING TO PROTECT AND DENIAL OF DUE PROCESS**

3. Supporting Facts.  State as briefly as possible the FACTS supporting Count   Describe exactly what each Defendant did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments. **DEFENDANTS : CASH , FORTSON, BUECHTER, CAIN , FERNANDEZ AND CROMWELL , AT ALL TIMES MENTIONED ABOVE, ACTED UNDER COLOR OF LAW .**
**62. DEFENDANTS, CASH , FORTSON, BUECHTER, CAIN, FERNANDEZ AND CROMWELL HAVE BEEN ON NOTICE SINCE 1994 THAT THE USE OF FORCE BY CUSTODY ON PRISONERS WITH MENTAL ILLNESS**
**63. DEFENDANTS, CASH , FORTSON, BUECHTER, CAIN, FERNANDEZ AND CROMWELL ADOPTED RATIFIED MAINTAINED, POLICIES , PROCEEDURES AND PRACTICES THAT PERMITED AND CONDONED THE UNREASONABLE USE OF FORCE AGAINST PLAINTIFF, HIS EIGHTH AND FORTEENTH AMENDMENT.**
**64. DEFENDANTS AS WELL FAILED TO AFFORD EQUAL PROTECTION BY FAILING TO PROTECT ENSURE HIS DUE PROCESS, PROVIDE ADEQUATE TRAINING TO RESPECT CONSTITUTIONAL LIMIT ON THE USE OF FORCE , AND FAILED TO PROVIDE ADEQUT SUPERVISION TO OFFICER'S**
**65. DEFENDANTS ALSO WITH DELIBERATE INDIFFERANCE STOOD BY AND ALLOWED / SUPPORTED MISUSE OF FORCE ON PLAINTIFF VIOLATING EIGHT AND FORTEENTH AMENDMENT RIGHTS . CAUSING WANTON INFLICTION OF PAIN AND SUFFERING .**
**66. AS A PROXIMATE RESULT OF DEFENDANTS, CASH, FORTSON, BUECHTER, CAIN, FERNANDEZ AND CROMWELL PLAINTIFFS RIGHTS TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT, DENIAL OF EQUAL PROTECTION AND FAILING TO BE PROTECTED FROM HARMS SUCH AS DUE PROCESS TO A HEARING PRIOR TO DEPRIVATION, PLAINTIFF SUFFERED WITHOUT LIMITATION, ACTIVE CIVIL AND CRIMINAL LITIGATION, LEGAL CHATTEL , PERSONAL PROPERTY, PHYSICAL AND MENTAL INJURIES .**

4. Injury.  State how you were injured by the actions or inactions of the Defendant(s).
   _____
   _____
   _____

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                      ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count   ?              ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count   to the highest level?     ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

COUNT II

1.  State the constitutional or other federal civil right that was violated: EIGHTH AND FORTEENTH AMENDMENTS

2.  Count   Identify the issue involved. Check only one. State additional issues in separate counts.
    ☐ Basic necessities              ☐ Mail                  ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings       ☐ Property              ☐ Exercise of religion     ☐ Retaliation
    ☒ Excessive force by an officer  ☐ Threat to safety      ☒ Other: DENIAL OF EQUAL PROTECTION BY FAILING TO PROTECT AND DENIAL OF DUE PROCESS.

3.  Supporting Facts. State as briefly as possible the FACTS supporting Count   Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. DEFENDANTS, THOMAS, ROMERO, POLLARD, FEARS, PUCKETT, MENDOZA AND GODINA, AT ALL TIMES MENTIONED ABOVE ACTED UNDER COLOR OF LAW.
    67. DEFENDANTS VIOLATED PLAINTIFF'S RIGHTS TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT, DENIAL OF DUE PROCESS, EQUAL PROTECTION OF THE LAW BY FAILING TO PROTECT WHICH IS GUARANTEED BY THE EIGTH AND FORTEENTH AMENDMENTS.
    68. DEFENDANTS, THOMAS, ROMERO, POLLARD, FEARS, PUCKETT, MENDOZA, AND GODINA KNEW OR SHOULD HAVE KNOWN THAT THEIR EXCESSIVE FORCE DECISION CONDUCT AND ACTIONS CREATED AN UNREASONABLE RISK OF HARM TO PLAINTIFF AND DEP-RIVE HIM DUE PROCESS AND EQUAL PROTECTION.
    69. DEFENDANTS BY THEIR ACTIONS OF EXCESSIVE FORCE, DISCRIMINATION, RESTR-ICTION, DEPRIVING, INFRING UNREASONABLE TO UNLAWFUL, POLICIES, CUSTOMS, PRACTICES, AND USAGES CAUSED PLAINTIFF WITH DELIBERATE INDIFFERANT WANTON PAIN SUFFERING AND LOSSES WITHOUT LIMITATION
    70. DEFENDANTS, THOMAS, ROMERO, POLLARD, FEARS, PUCKETT, MENDOZA, AND GODINA ACTION AND CONDUCT MENTIONED ABOVE DEMONSTRATED MALICIOUS AND SADISTIC STATE OF MIND, INTENT AND UNREASONABLE HARM, AND AS A DIRECT RESULT PLAINTIFF SUFFERED INJURIES/LOSSES OF LEGAL LITIGATION LEGAL CHATTEL, PERSONAL PROPERTY, AND PHYSICAL ASWELL AS MENTAL INJURIES ALL IN VIOLATION OF PLAINTIFF EIGTHT AMENDMENT AND FORTEENTH.

4.  Injury. State how you were injured by the actions or inactions of the Defendant(s).
    _____
    _____
    _____

5.  Administrative Remedies.
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                          ☐ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Count  ?          ☐ Yes  ☐ No
    c.  Did you appeal your request for relief on Count    to the highest level? ☐ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

COUNT III

1.  State the constitutional or other federal civil right that was violated: EIGHTH AND FORTEENTH AMENDMENTS

2.  Count    Identify the issue involved. Check only one. State additional issues in separate counts.
    ☐ Basic necessities          ☐ Mail              ☐ Access to the court    ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion   ☐ Retaliation
    ☒ Excessive force by an officer  ☐ Threat to safety  ☒ Other: DENIAL OF EQUAL PROTECTION BY FAILING TO PROTECT AND DENIAL OF DUE PROCESS

3.  Supporting Facts. State as briefly as possible the FACTS supporting your claim.   Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. DEFENDANTS, LETT AND CROWFORD, AT ALL TIMES MENTION ABOVE ACTED UNDER THE COLOR OF LAW, SUBCONTRACTED BY CDCR FOR MENTAL HEALTH CARE. 71. DEFENDANTS, LETT AND CROWFORD WITH DELIBERATE INDIFFERENCE, FAILED TO AFFORD PLAINTIFF EQUAL PROTECTION, BY FAILING TO PROTECT, INTERVIEW AND DEPRIVING MENTAL HEALTH CARE BY ONLY DOING A 1 MINUTE AND A 1/2 INTERVENTION. 72. DEFENDANTS, LETT AND CROWFORD HAVE BEEN ON NOTICE SINCE 1994 THAT DIS- CIPLINING PRISONERS WITH MENTAL ILLNESSES TO PUNITIVE MEASURE RATHER THAN PROVIDE NECESSARY CARE AND INTERVENTION. VIOLATES PLAINTIFFS RIGHTS. 73. DEFENDANTS LETT AND CROWFORD KNEW OR SHOULD HAVE KNOWN THEIR ACTIONS OR INACTION'S CREATED AN UNREASONABLE RISK OF HARM AND DEPRIVATION TO PLAINTIFFS RIGHTS TO THE EIGTHT AND FORTEENTH AMENDMENT. THE ALLEGATIONS CONTAINED IN PARAGRAPHS 1 THROUGH 73 INCLUSIVE ARE HEARBY INCORPORATED BY REFFERANCE; 74. ALL NAMED DEFENDANTS ABOVE, AS A DIRECT AND FORESEEABLE RESULT OF DEFENDANTS VIOLATING PLAINTIFFS EIGTHT AND FORTEENTH AMENDMENT RIGHTS BY DEFENDANTS ACTION'S OR INACTIONS, POLICIES, PRACTICES, OR CUSTOM'S PLAINTIFF HAS SUFFERED. PHYSICAL INJURIES, LEGAL INJURIES, LEGAL CHATTEL, SAID LITIGATION CIVIL CASE WITH A REQUESTED RELIEF OF 500,000 PRAYED FOR AND CRIMINAL CASE CHALLENGING PLAINTIFFS CONVICTION, WHERE LOSS.

4.  Injury. State how you were injured by the actions or inactions of the Defendant(s).
    _____
    _____
    _____

5.  Administrative Remedies.
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                          ☐ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Count ?          ☐ Yes  ☐ No
    c.  Did you appeal your request for relief on Count to the highest level?  ☐ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

1.   State the constitutional or other federal civil right that was violated: _____
_____

2.   Count ___ Identify the issue involved. Check only one. State additional issues in separate counts.

☐ Basic necessities          ☐ Mail              ☐ Access to the court       ☐ Medical care
☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion      ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____ _____

3.   Supporting Facts. State as briefly as possible the FACTS supporting Count ___. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

75. DEFENDANTS ALL OF THEM, ACTS WERE CONSPIRITAL, WATON, DESPICABLE, IN CONSCIOUS DISREGARD OF PLAINTIFF'S RIGHTS ENTITLING PLAINTIFF TO A AWARD OF COMPENSATORY, PUNITIVE AND EXEMPLARY DAMAGES..

"PRAYERS FOR RELIEF"

A. THE DEFENDANTS ACTIONS COMPLAINED OF HEREIN VIOLATED/ PLAINTIFFS RIGHTS UNDER THE UNITED STATES CONSTITUTION AND AS OTHERWISE ALLEGED HEREIN AND PLAINTIFFS DEMANS A TRIAL.

B. AWARD PLAINTIFF MONETARY DAMAGES AS SET FORTH: COMPENSATORY DAMAGES IN THE AMOUNT OF: 2,500,000.00 AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY TO WIT: CASH, FORTSON, CAIN, BUECHTER, CROMWELL, FERNANDEZ, THOMAS, ROMERO, POLLARD, SPENCER, FEARS, PUCKETT, MENDOZA, GODINA, LETT AND CROWFORD

C. AWARD PLAINTIFF MONETARY DAMAGES AS SET FORTH: PUNITIVE DAMAGES IN THE AMOUNT OF: 100,000.00 AGAINST EACH DEFENDANT SEVERALLY TO WIT: THOMAS, ROMERO POLLARD, SPENCER, FEARS, PUCKETT, MENDOZA, AND GODINA.

D. AWARD PLAINTIFF MONETARY DAMAGES AS SET FORTH: PUNITIVE DAMAGES IN THE AMOUNT OF: 10,000.00 AGAINST EACH DEFENDANT SEVERALLY TO WIT: CASH, FORTSON, BUECHTER, FERNAN-DEZ, CAIN, CROMWELL, LETT AND CROWFORD.

4.   Injury. State how you were injured by the actions or inactions of the Defendant(s).

BACK INJURY, CUTS, BRUSES, LACERATIONS, TO FACE, CHEST, BACK, ARMS AND LEGS, PAIN FROM AIC INCCUDING CHEMICALS TO MY LUNGS, CIVIL & CRIMINAL LITIGATION, LEGAL CHATTEL, AND PERSOAL PROPERTY, EMOTIONAL DISTRESS AND ANGUISH.

5.   Administrative Remedies.
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                      ☐ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Count ___?                ☐ Yes   ☐ No
   c.   Did you appeal your request for relief on Count ___ to the highest level?       ☐ Yes   ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

E. AWARD PLAINTIFF THE COST OF SUIT AND REASONABLE ATTORNEY FEE'S, GRANT PLAINTIFF THE APPOINTMENT OF COUNSEL AS THE ISSUSE, AND DEFEND ANTS ARE NUMEROUS AND COMPLEX REQUIRING SIGNIFICANT RESEARCH AND INVESTIGATION, AND PLAINTIFF HAS SEVERLY LIMITTED ACCESS TO THE LAW LIBRARY  ALL PURSUANT TO 28 U.S.C. §§ 1915 (E) (1) AND IN THE INTRESS OF JUSTICE TO LOWER COST AND EXSPENSES  IN LITEGATING  THIS MATTER. GRANT ANY SUCH OTHER AND FURTHER RELIEF THE COURT DEEMS JUST AND PROPER.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 5/3/2016 _____
DATE

SIGNATURE OF PLAINTIFF

_____ — SAME AS ABOVE — _____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____ * IN PRO 'SE * _____
(Signature of attorney, if any)

_____

_____

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# PROOF OF SERVICE
## (C.C.P §2015.5, 28 U.S.C. 1745)

I, _LAFONZO R. TURNER_, am over the age of eighteen (18) years of age, and I (am) (am not) a party to the within cause of action. My address is:

_C S P. SAC_
_P. O. BOX 290066_
_REPRESA, CA. 95671_

On, _May 3_, _2016_, I served the following documents:

1. _AMENDED COMPLAINT & BRIEF_
2. _____
3. _____
4. _____
5. _____

on the below named individuals by depositing true and correct copies thereof in the United States mail in Represa, California, with postage prepaid thereon, addressed as follows:

1. _U.S.C.P._
   _Office of Clerk_
   _U.S. Courthouse Room 68_
   _Los Angeles Ca._
   _90012_

2. _ATTORNEY GENERAL_
   _DEPARTMENT OF JUSTICE_
   _300 SOUTH SPRING ST_
   _Suit 1702_
   _LOS ANGELES, CA._
   _90013_

I have read the above statements and declare under the penalty of perjury of the laws of the state of California that he forging is true and correct.

Executed this _3_ day of _May_, _2016_, at California State Prison-Sacramento, Represa California.

_Mr. Lafonzer L_
Signature of Affiant

Mr. Kalonzo R. Turner #G05794
C.S.P. SAC A8-112
P.O. Box 290066
REPRESA, CA. 95671

Legal Mail

AGR

CSP-SAC MAILROOM

RECEIVED
MAY 04 2016

To: United States District Court
office of the Clerk
U.S. courthouse Room 68
Los Angeles, California.
90012

RECEIVED
CLERK U.S. DISTRICT COURT

MAY - 6 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY



Per Staff 5-3-16