XAVIER BECERRA
Attorney General of California
GRETCHEN K. BUECHSENSCHUETZ
Supervising Deputy Attorney General
DANIELLE R. HEMPLE
Deputy Attorney General
State Bar No. 287982
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 620-2559
  Fax:  (213) 897-7604
  E-mail:  Danielle.Hemple@doj.ca.gov
*Attorneys for Defendants*
*M. Buechter, A. Cain, B. Cash, L. Crawford,*
*T. Cromwell, A. Fears, J. Fernandez (Galpon),*
*C. Fortson, M. Godina, S. Lett, J. Mendoza,*
*B. Pollard, W. Puckett, N. Romero, C. Spencer,*
*and K. Thomas*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAFONZO R. TURNER,**<br><br>                       Plaintiff,<br><br>v.<br><br>**B. M. CASH, et al.,**<br><br>                      Defendants. | 2:14-cv-04758 JVS (AGR)<br><br>**DECLARATION OF M. VOONG, CHIEF, OFFICE OF APPEALS, IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON PLAINTIFF'S FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES** |

    I, M. VOONG, hereby declare:

    1.    I make the following declaration of facts based on my own knowledge and, if called, can testify competently thereto.

    2.    I am not a party to the above-titled action.

    3.    I am currently employed by the California Department of Corrections and Rehabilitation ("CDCR") as the Chief of the Office of Appeals ("OOA").[1] The

---

[1] The OOA was formerly known as the Inmate Appeals Branch ("IAB").

1

OOA, located in Sacramento, California, receives and processes all non-medical inmate appeals submitted to the third and final level of the CDCR's administrative appeal process. I am personally familiar with the OOA's procedures and, more generally, the provisions of Title 15 of the California Code of Regulations that govern the inmate appeals process throughout the CDCR. I have access to the official records of inmate appeals as they are kept in the normal course of business in this office.

4. Effective January 28, 2011, the regulations and processes of the CDCR's appeal system changed. However, because the claims of Plaintiff Lafonzo Turner (CDCR # G05794) that are referenced in paragraph 14 of this declaration arose in 2010, the information in this declaration with regard to the appeal regulations refers to the former appeal process, as those regulations were in effect at the time of the alleged events.

5. Under the prior appeal process, inmates under the CDCR's jurisdiction had the right to appeal "any departmental decision, action, condition, or policy which they c[ould] demonstrate as having an adverse effect upon their welfare." Cal. Code Regs. tit. 15, § 3084.1(a) (2009).[2]

6. The prior appeal process consisted of four levels (one informal level of review and three formal levels of review).

7. The informal level required the inmate to attempt to resolve the grievance informally with the involved staff. Cal. Code Regs. tit. 15, §§ 3084.2(b), 3084.5(a) (2009). The informal level was waived for certain types of appeals, *id.* §§ 3084.5(a)(3)(A)–(H), including appeals of "[a]lleged misconduct by a departmental peace officer," *id.* § 3084.5(a)(3)(G).

---

[2] All citations in this declaration to Title 15 of the California Code of Regulations refer to the version in effect and updated as of October 15, 2009, which is materially different than the current version of the code.

2

8.  To initiate the first formal level of review, an inmate was required to submit a CDCR Form 602 to the institution's appeals coordinator that described the problem and requested action. Cal. Code Regs. tit. 15, §§ 3084.2(a), 3084.2(c), 3084.5(b) (2009). Prior to accepting the appeal, the appeals coordinator screened and categorized the appeal and could reject an appeal for specified violations of the regulations. *Id.* §§ 3084.3(a), 3084.3(c)(1)–(8). Unless the appeal was rejected, or the appeals coordinator determined that the first-level review should be bypassed and the appeal forwarded directly to the second level, a written response to the appeal issue(s) was provided at the first level. *Id.* §§ 3084.5(b)(1)–(4), 3084.5(g).

9.  If the inmate was dissatisfied with the first-level response, he or she could submit the appeal to the second level of review. The second level of review was conducted by the institution head or designee, and a written response returned to the inmate. Cal. Code Regs. tit. 15, §§ 3084.5(e)(1), 3084.5(g) (2009).

10. If the inmate remained dissatisfied by the second-level response, the appeal could be submitted to the third and final level of review. Cal. Code Regs. tit. 15, § 3084.5(d) (2009). A decision at the third level constituted the CDCR director's decision on the appeal, *id.* § 3084.5(e)(2), and exhausted the department's administrative appeal process. To be exhausted at the third level, an appeal must have been both accepted for review at the third level and provided with a decision.

11. Upon receipt by the OOA, all appeals are assigned a log number and recorded in a computer database known as the Inmate/Parolee Appeals Tracking System – Level III ("IATS"). The IATS database documents and tracks the appeals processed and adjudicated at the third level, as well as appeals that were received but "screened-out" based on an identified deficiency. By reviewing the IATS database, I am able to verify the status of an appeal received by the OOA.

12. A true and correct copy of the IATS printout documenting the appeals received by the OOA from inmate Lafonzo Turner (CDCR # G05794) ("Plaintiff") as of July 7, 2017, is attached to this declaration as **Exhibit A**.

3

13. At the request of the Office of the Attorney General, I have reviewed the IATS attached as Exhibit A to ascertain if any appeals from Plaintiff were accepted for third-level review by the OOA between June 26, 2010, and June 19, 2014, and subsequently provided a decision. I found eight appeals that met this criterion:[3]

(a) Appeal No. LAC-10-00854 (assigned IAB No. 1000120 as its third-level tracking number). True and correct copies of documents maintained by the OOA related to Appeal No. LAC-10-00854 are attached to this declaration as **Exhibit B**.

(b) Appeal No. LAC-10-01114 (assigned IAB No. 1006025 as its third-level tracking number). True and correct copies of documents maintained by the OOA related to Appeal No. LAC-10-01114 are attached to this declaration as **Exhibit C**.

(c) Appeal No. LAC-10-01002 (assigned IAB No. 1007520 as its third-level tracking number). True and correct copies of documents maintained by the OOA related to Appeal No. LAC-10-01002 are attached to this declaration as **Exhibit D**.

(d) Appeal No. LAC-10-01509 (assigned IAB No. 1012459 as its third-level tracking number). True and correct copies of documents maintained by the OOA related to Appeal No. LAC-10-01509 are attached to this declaration as **Exhibit E**.

(e) Appeal No. LAC-10-01524 (assigned IAB No. 1013641 as its third-level tracking number). True and correct copies of documents maintained by the OOA related to Appeal No. LAC-10-01524 are attached to this declaration as **Exhibit F**.

---

[3] Appeal No. SAC-13-02475 (assigned IAB No. 1307195 as its third-level tracking number) was cancelled and not provided a final decision by the OOA. True and correct copies of documents maintained by the OOA related to Appeal No. SAC-13-02475 are attached to this declaration as **Exhibit I**.

(f) Appeal No. LAC-11-00589 (assigned IAB No. 1105107 as its third-level tracking number). True and correct copies of documents maintained by the OOA related to Appeal No. LAC-11-00589 are attached to this declaration as **Exhibit G**.

(g) Appeal No. PBSP-12-01651 (assigned IAB No. 1203554 as its third-level tracking number). True and correct copies of documents maintained by the OOA related to Appeal No. PBSP-12-01651 are attached to this declaration as **Exhibit H**.

(h) Appeal No. SAC-14-00698 (assigned IAB No. 1313746 as its third-level tracking number). True and correct copies of documents maintained by the OOA related to Appeal No. SAC-14-00698 are attached to this declaration as **Exhibit J**.

14. Also at the request of the Office of the Attorney General, I have reviewed the appeals listed in paragraph 13, above, to ascertain if they pertain to allegations that Plaintiff was subjected to excessive force on June 26, 2010, while incarcerated at California State Prison, Los Angeles County, in connection with a calculated cell extraction. Based on this review, I have determined that the eight appeals from Plaintiff that were accepted for third-level review between June 26, 2010, and June 19, 2014, and subsequently provided a decision, did not pertain to the aforementioned allegations. Therefore, Plaintiff did not exhaust an appeal at the third level related to the aforementioned allegations between June 26, 2010, and June 19, 2014, in accordance with the CDCR's rules and regulations.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on July 7, 2017, at Sacramento, California.

/s/ M. Voong
M. Voong
*Chief, Office of Appeals*

LA2016600251/62448821.doc

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Lafonzo R. Turner v. B. M. Cash, et al.**

No.:  **2:14-cv-04758 JVS (AGR)**

I declare:

I am employed in the Office of the Attorney General. I am 18 years of age or older and not a party to this matter; my business address is 300 South Spring Street, Suite 1702, Los Angeles, CA 90013.

On July 7, 2017, I served the attached **DECLARATION OF M. VOONG, CHIEF, OFFICE OF APPEALS, IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON PLAINTIFF'S FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Lafonzo R. Turner
CDCR G-05794
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 7, 2017, at Los Angeles, California.

Danielle R. Hemple
Declarant

*[Signature: Danielle R. Hemple]*

LA2016600251
62455670.doc