# Exhibit A

Office of Appeals                                                                                                                                        07/07/2017

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

Inmate / Parolee Appeals Tracking System - Level III

Appellant Appeal History

CDCR Number: G05794

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| G05794 | TURNER, LAFONZO | SVSP | 06/07/2017 | | |

**Accepted Appeals**

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0923003 | PROGRAM | Policy & Procedures | 05/11/2010 | LAC-10-00290 | 08/05/2010 | 08/25/2010 | DENIED |
| 0923162 | LEGAL | Processing of Appeals | 05/13/2010 | LAC-10-00361 | 08/09/2010 | 08/26/2010 | DENIED |
| 1000120 | STAFF COMPLAINTS | Misuse of Force | 07/06/2010 | LAC-10-00854 | 09/29/2010 | 10/28/2010 | DENIED |
| 1006025 | DISCIPLINARY | Division F | 09/20/2010 | LAC-10-01114 | 12/16/2010 | 02/02/2011 | DENIED |
| 1007520 | LEGAL | Copies | 10/12/2010 | LAC-10-01002 | 01/07/2011 | 02/16/2011 | DENIED |
| 1012459 | DISCIPLINARY | Division F | 12/22/2010 | LAC-10-01509 | 03/18/2011 | 04/14/2011 | DENIED |
| 1013641 | DISCIPLINARY | Division F | 01/10/2011 | LAC-10-01524 | 04/07/2011 | 05/03/2011 | DENIED |
| 1105107 | DISCIPLINARY | Division F | 10/19/2011 | LAC-11-00589 | 01/19/2012 | 01/25/2012 | DENIED |
| 1203554 | PROPERTY | Staff negligence | 10/19/2012 | PBSP-12-01651 | 01/18/2013 | 12/11/2012 | DENIED |
| 1307195 | LIVING CONDITIONS | Policy & Procedures | 12/12/2013 | SAC-13-02475 | 03/12/2014 | 02/10/2014 | CANCELLED |
| 1313746 | PROPERTY | Staff negligence | 05/16/2014 | SAC-14-00698 | 08/12/2014 | 08/12/2014 | DENIED |
| 1403152 | LEGAL | Processing of Appeals | 10/24/2014 | SAC-14-00833 | 01/22/2015 | 01/27/2015 | DENIED |
| 1410665 | LIVING CONDITIONS | Policy & Procedures | 02/20/2015 | SAC-14-02819 | 05/15/2015 | 04/29/2015 | DENIED |
| 1414195 | LIVING CONDITIONS | Adequacy of Environment | 06/29/2015 | SAC-15-00502 | 09/21/2015 | 08/31/2015 | DENIED |
| 1508730 | PROGRAM | Policy & Procedures | 06/10/2016 | SAC-15-01423 | 09/06/2016 | 08/23/2016 | DENIED |
| 1700946 | LEGAL | Processing of Appeals | 01/24/2017 | PBSP-16-02833 | 04/20/2017 | 03/29/2017 | DENIED |

**Screen Outs**

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 0822827 | PROPERTY | | 04/16/2009 | LAC-08-01915 | 04/22/2009 | | MISSING DOCUMENTATION |
| 0902769 | PROPERTY | | 08/12/2009 | | 08/27/2009 | | APPEAL |

Office of Appeals

07/07/2017

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | | Special Needs | |
|---|---|---|---|---|---|---|---|
| G05794 | TURNER, LAFONZO | SVSP | 06/07/2017 | | | | |
| | | | | | | | REJECTED/WITHDRAWN/CAN |
| 0923162 | LEGAL | Processing of Appeals | 09/03/2010 | LAC-10-00361 | 09/09/2010 | | APPEAL HAS BEEN FULLY ADJUDICATED |
| 1000120 | STAFF COMPLAINTS | Misuse of Force | 09/03/2010 | LAC-10-00854 | 09/09/2010 | | CORRESPONDENCE LETTER TO INMATE<br>APPEAL RECEIVED AND IN PROCESS IN IAB |
| 1006021 | DISCIPLINARY | | 09/20/2010 | LAC-10-01201 | 10/20/2010 | | REJECTED<br>MISSING DOCUMENTATION |
| 1203554 | PROPERTY | Staff negligence | 09/21/2012 | PBSP-12-01651 | 10/03/2012 | | R07 SUPPORTING DOCUMENTS NOT ATTACHED |
| 1403152 | LEGAL | Processing of Appeals | 08/28/2014 | SAC-14-00833 | 10/03/2014 | | R13 APPEAL INCOMPLETE (SIGN, DATE, ETC.) |
| 1406764 | LIVING CONDITIONS | | 11/19/2014 | SAC-14-01408 | 03/05/2015 | | C04 TIME CONSTRAINTS NOT MET |
| 1408425 | ADA | | 01/27/2015 | SAC-14-01498 | 02/10/2015 | | C04 TIME CONSTRAINTS NOT MET |
| 1414195 | LIVING CONDITIONS | Adequacy of Environment | 05/29/2015 | SAC-15-00502 | 06/22/2015 | | R13 APPEAL INCOMPLETE (SIGN, DATE, ETC.) |
| 1504341 | LIVING CONDITIONS | | 10/13/2015 | SAC-15-01680 | 11/19/2015 | | A01 REPEATED FILING OF CANCELLED APPEAL |
| 1506692 | DISCIPLINARY | | 12/09/2015 | SAC-15-01261 | 03/28/2016 | | A01 REPEATED FILING OF CANCELLED APPEAL |
| 1508730 | PROGRAM | Policy & Procedures | 02/03/2016 | SAC-15-01423 | 04/14/2016 | 05/26/2016 | |
| 1513062 | DISCIPLINARY | | 05/13/2016 | SAC-16-00967 | 06/08/2016 | | R07 SUPPORTING DOCUMENTS NOT ATTACHED |
| 1513745 | STAFF COMPLAINTS | | 05/23/2016 | SAC-16-01227 | 08/08/2016 | | R13 APPEAL INCOMPLETE (SIGN, DATE, ETC.) |
| 1513746 | STAFF COMPLAINTS | | 05/23/2016 | SAC-16-01578 | 08/08/2016 | | A01 REPEATED FILING OF CANCELLED APPEAL |

**Office of Appeals**  

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

## Inmate / Parolee Appeals Tracking System - Level III

07/07/2017

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | | Special Needs |
|---|---|---|---|---|---|---|
| G05794 | TURNER, LAFONZO | SVSP | 06/07/2017 | | | |
| 1703163 | LEGAL | | 03/23/2017 | PBSP-17-00115 | 04/21/2017 | R13 APPEAL INCOMPLETE (SIGN, DATE, ETC.) |
| 1704763 | PROPERTY | | 05/08/2017 | PBSP-16-02469 | 06/20/2017 | C04 TIME CONSTRAINTS NOT MET |

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Lafonzo R. Turner v. B. M. Cash, et al.**

No.:   **2:14-cv-04758 JVS (AGR)**

I declare:

I am employed in the Office of the Attorney General. I am 18 years of age or older and not a party to this matter; my business address is 300 South Spring Street, Suite 1702, Los Angeles, CA 90013.

On July 7, 2017, I served the attached **EXHIBIT A** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Lafonzo R. Turner
CDCR G-05794
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 7, 2017, at Los Angeles, California.

| Danielle R. Hemple | *Danielle R. Hemple* |
|---|---|
| Declarant | Signature |

LA2016600251
62455670.doc