# Exhibit B

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date: OCT 28 2010

In re: Lafonzo Turner, G05794
California State Prison, Los Angeles County
44750 - 60th Street West
Lancaster, CA 93536-7620

IAB Case No.: 1000120        Local Log No.: LAC-10-00854

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner S. Wright, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** It is the appellant's position on May 17, 2010; Correctional Officer (CO) Wood pepper sprayed him without cause. The appellant claims that he would not allow Inmate Bell, T43037 back into the cell, as he had not been seen by a doctor. CO Wood then opened the food port and sprayed him with pepper spray. The appellant requests to not be subjected to excessive force, abuse, or assault, that all staff involved be transferred, and he receive no reprisal for writing this appeal.

**II   SECOND LEVEL'S DECISION:** The reviewer found the allegations of staff misconduct presented in the written complaint has been completed. Based upon this review the appellant's appeal was handled as a Staff Complaint Appeal Inquiry. The following witnesses were questioned: COs Wood, and Enrique. The following information was reviewed as a result of the appellant's allegations of staff misconduct: The appellant's appeal and attachments, staff testimony, and the California Code of Regulations, Title 15, (CCR). The inquiry is complete, and staff did not violate CDCR policy in this issue. The appellant's appeal was granted in part at the Second Level of Review (SLR), in that an appeal inquiry was conducted.

**III   DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A. FINDINGS:** Upon review of the documentation submitted, it is determined that the appellant's allegations have been reviewed and evaluated by the administrative staff and an appeal inquiry has been completed at the SLR.

In event that staff misconduct was substantiated, the institution would take the appropriate course of action. All staff personnel matters are confidential in nature and not privy to the inquiries of other staff, the general public or the inmate population, and would not be released to the appellant. However, upon completion of final review, or culmination of an appeal inquiry, the appellant is to be notified by the respective staff that an inquiry has been completed. On September 1, 2010, the examiner reviewed the related confidential appeal inquiry report and verified that developed information supports the reviewer's conclusion. Although the appellant has the right to submit an appeal as a staff complaint, the request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the appeals process. Relief at the Director's Level of Review is not warranted.

**B. BASIS FOR THE DECISION:**
California Penal Code Section: 832.5, 832.7, 832.8
CCR: 3001, 3004, 3005, 3268, 3380, 3391

LAFONZO TURNER, G05794
CASE NO. 1000120
PAGE 2

**C. ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

S. WRIGHT, Appeals Examiner
Inmate Appeals Branch

D. FOSTON, Chief
Inmate Appeals Branch

cc:    Warden, LAC
        Appeals Coordinator, LAC

Misuse of force

2001 MISCONDUCT

# LEVEL REVIEW

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Institution/Parole Region _____   Log No. _____   Category AW A/B

1. _____   1. LAC-A-10-00854

2. _____   2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| L. TURNER | G-05714 | // // | A4-136 |

A. Describe Problem: ON 5-17-10 ME & MY CELLY M. BELL T-93037 WENT TO OUR SHOWER ESCORTED BY C/O ORTEGA & C/O SPINCLER IN THE SHOWER M. BELL SAID HE WAS SUICIDAL & I TOLD C/O THORTHEN & C/O ORTEZ & C/O ENRIQUES TOOK ME BACK TO MY CELL 3 HOURS LATER M. BELL CAME BACK & ONCE AT THE CELL I HEARD HIM TELLING C/O MORAN & ENRIQUIZ HE WAS STILL SUICIDAL & I WAS ASKED TO CUFF UP & I SAID DID BELL SEE A DR & BELL STATED NO AT WHICH POINT HE TOLD THE C/o's IF THEY PUT HIM BACK INTO THE CELL HE WOULD DO SOMTHING TO HIMSELF AT THAT POINT I STATED HE'S NOT COMPETENT IN HERE IF HE IS SUICIDAL C/O WOOD THEN NOW OPEN MY TRAY SLOT & SPRAYED ME WITH A WHOLE CAN OF

If you need more space, attach one additional sheet. C/O PEPPER SPRAY FOR NO REASON

B. Action Requested: NOT TO BE SUBJECT TO EXCESSIVE FORCE ABUSE ASSAULT. AND NOT PROTECTED BY OTHER CUSTODY THEY WHERE THE C/O WILLIAMS, ORTEGA MORAN ENRIQUIZ, WOOD ECT ALL 2ND WATCH TO BE IMMEDIEATLLY TRANSFRED FOR MY SAFETY OF REPRISAL

Inmate/Parolee Signature: _____   Date Submitted: 5-18-10

MAY 21 2010

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

**BYPASS**

Staff Signature: _____   Date Returned to Inmate: _____

INMATE APPEALS BRANCH
RECEIVED
JUL - 6 2010

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

**BYPASS**

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

1000120

G05794

LAC-A-10-00854

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

BYPASS

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved:                                                    Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

BYPASS

Signature: _____ Date Submitted: _____

Second Level ☐ Granted ☒ P. Granted ☐ Denied ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 6/2/10     Due Date: 7/6/10
☐ See Attached Letter

Signature: _____ Date Completed: 6/15/10

Warden/Superintendent Signature: _____ Date Returned to Inmate JUN 2 3 2010

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Dissatisfied per C.D.C.R (AB) all staff complaints shall be reviewed by the hiring authority or designee Not below chief deputy warden & LT. Harris is Not such Aswell & furthermore L.T.K Harris lied in regards to my Not providing additional information Aswell during the inquiry & interview Appellant was denied confedentiality because to Bell, S/G Vargas & Tomorako where present & Appellant due process/impartially have been Violated on all matters involving this wh..

Signature: _____ Date Submitted: _____

(SEE ATTACHED)

For the Director's Review, submit all documents to: Director of Corrections
                                                   P.O. Box 942883
                                                   Sacramento, CA 94283-0001
                                                   Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☒ Denied ☐ Other _____
☒ See Attached Letter
                                                                    OCT 2 8 2010
CDC 602 (12/87)                                        Date: _____

Furthermore Per C.D.C.R staff misconduct (1B):

1. An Allegation warrants A request for internal Affairs investigation when the (1c) Bupasses the first level to respond at second review & this was done in appeallant's instant appeal although Per Policy appeallants appeal was Not referred to (O.I.A)

2. Appeallants 602 was Not fully and/or completed in A fair & impartial manner to afford Appeallant any kind of re-valved &/or observed the incident, yet only C/o A. woods & enriquez/and based a inquire on their woefully inadequate survew of appeallant concerns. By I.E. & S.H.O. Aswell I.E. lied stating I called No witness ect ect this Being the same incident two different hearing processes it show regarless appeallant cant Not receive A fair review of said misconduct.

3. Appeallant 602 was inproperly & inadequalty deemed to Not have been misconduct violating C.D.C.R policy is only based on C/o. A woods D.I Fabricated R.V.R & L.T. Harrass after hearing after fact of material issue still was Bias when appeallant explained that the whole issue was About M. Bell being suicidal & appeallants right to be free from harm. that fact alone deemed M.Bell A threat to himself & others & appeallant does Not have to curse or assult him to excercise this right Not cuffing up for her safety is A right Not to be punished for & Assulted & Had A fabricated R.V.R I Had the truth.

Lofanoya R Turner          6-25-11

MISCONDUCT
of force

# INMATE/PAROLEE LEVEL REVIEW
## APPEAL FORM
CDC 602 (12/87)

Institution/Parole Region    Log No.    Category AW A/B

1. _____    1. LAC-A-10-0085Y

2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | | UNIT/ROOM NUMBER |
|---|---|---|---|---|
| L. TURNER | G-05794 | // | // | A4-136 |

A. Describe Problem: ON 5-17-10 ME & MY CELLY M.BELL T-93037 WENT TO OUR SHOWER ESCORTED BY C/O ORTEGA & C/O SPANCER IN THE SHOWER M.BELL SAID HE WAS SUICIDAL & I TOLD C/O THORNTON & C/O ORTEZ & C/O ENRIQUES TOOK ME BACK TO MY CELL 3 HOURS AFTER M.BELL CAME BACK & ONCE AT THE CELL I HEARD HIM TALKING C/O MORAN & ENRIQUEZ HE WAS STILL SUICIDAL & I WAS ASKED TO CUFF UP & I SAID DID BELL SEE A DR & BELL STATED NO AT WHICH POINT HE TOLD THE C/O'S IF THEY PUT HIM BACK INTO THE CELL HE WOULD DO SOMETHING TO HIMSELF AT THAT POINT I STATED HE'S NOT COMING IN HERE IF IS SUICIDAL C/O WOOD THAN OPEN MY TRAY SLOT & SPRAYED ME WITH A WHOLE CAN OF
If you need more space, attach one additional sheet C/O PEPPER SPRAY FOR NO REASON

B. Action Requested: NOT TO BE SUBJECT TO EXCESSIVE FORCE ABUSE ASSULT. AND NOT PROTECTED BY OTHER CUSTODY They WHERE THE WILLIAMS, ORTEGA, MORAN ENRIQUEZ, VELPORT ECT ALL 2nd WATCH TO BE IMMEDIATELL TRANSFRED FOR MY SAFETY OF REPRESAL

Inmate/Parolee Signature: _____    Date Submitted: 5-18-10

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

BYPASS

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim    CDC Appeal Number: _____

1000120

G05794

LAC-A-10-00854

First Level  ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

**BYPASS**

Staff Signature: _____  Title: _____  Date Completed: _____
Division Head Approved:                                                      Returned
Signature: _____  Title: _____  Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

**BYPASS**

Signature: _____  Date Submitted: _____

Second Level   ☐ Granted   ☒ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 6/2/10   Due Date: 7/6/10
☐ See Attached Letter

Signature: _____  Date Completed: 6/15/10

Warden/Superintendent Signature: _____  Date Returned to Inmate JUN 23 2010

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

① Dissatisfied per C.D.C.R (AB) all staff complaints shall
be reviewed by the hiring Authority or designee Not below Chief
deputy warden & LT. Harris is Not Such Aswell & furthermore L.T.K
Harris lied in regards to my Not providing additional information
Aswell during the inquiry & interview Appellant was denied confedentum
the because Lo Bell Sc Vengas & Tomorano where present & Appellam
due process importantly have been violated on all matter involving this wi

Signature: _____  Date Submitted: _____

( SEE ATTACHED )

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

*Continuence*

Furthermore Rer C.D.C.R staff misconduct (AB):

1. An Alleaation warrants A reauest for internal Affairs investigation when the (sc) Busasses the first level to respond at second review & this was done in appeallant's instant appeal although Rer Policy appeallant's appeal was Not referred to (OIA)

2. Appeallant's 602 was Not fully and/or completed in A fair & impartial manner to afford appeallant any kind of redress seeing that appeallant Named five C/o's who where involved &/or observed the incident yet only C/o A. Woods & enriquez GAVE STATEMENTS and based A inquire on this woefully inadequate surew of appeallant concerns. By I.E. & S.h.O. Aswell I.E. lied stating I called No witness ect ect this being the same incident two different hearing processes it show regacless appeallant cant Not receive A fair review of said misconduct.

3. Appeallant 602 was improperly & inadequatety deemed to Not have been misconduct valdateing C.R.C.R policy is only based on C/o A Wood's & Fabricator R.V.R & L.T. Harross after hearing after fact of material issue still was Bias when appeallant explained that the whole issue was About M.Bell being Suicedal & appeallant's right to be free from harm. that feet alone deemed M-Bell A threat to himself & others & appeallant does not have to Cuffing up for her use of assert thing to exercise this right not safety is A right Not A Privelege to be punished for & Issued & Had A fabricated R.V.R 2 Hide truth.

Sofanzo R Turner      6-26-11

State of California

ATTACHMENT E

# Memorandum

Date :     June 22, 2010

To :       Turner, G-05794
           California State Prison Los Angeles County

Subject:   **STAFF COMPLAINT RESPONSE - APPEAL # LAC-A-10-00854**

**APPEAL ISSUE**: You allege that on May 17, 2010 Correctional Officer Wood pepper sprayed you without cause. You stated that you would not allow Inmate Bell, T-43037, back into the cell as he had not been seen by a doctor. Officer Wood then opened the food port and sprayed you with OC pepper spray.

**DETERMINATION OF ISSUE**: A review of the allegations of staff misconduct presented in the written complaint has been completed. Based upon this review your appeal has been handled as follows:

☒   PROCESSED AS A STAFF COMPLAINT APPEAL INQUIRY
☐   REFERRED TO THE OFFICE OF INTERNAL AFFAIRS (OIA).

**SUMMARY FOR APPEAL INQUIRY:**
On June 12, 2010, Correctional Lieutenant (Lt.) R. Harris interviewed you regarding this appeal to give you an opportunity to explain your appeal and provide additional information/documentation. You did not have any additional information regarding this complaint.

☒   A Confidential Inquiry has been conducted.   Correctional Officers Wood and Enriquez were interviewed.   The following information was reviewed as a result of your allegations of staff misconduct: Your appeal with attachments, staff testimony, and CCR Title 15.

☐   This matter has been referred to the Office of Internal Affairs for follow-up and a possible investigation.   If investigated, upon completion of that investigation you will be notified as to whether the allegations were SUSTAINED, NOT SUSTAINED, UNFOUNDED, EXONERATED or that NO FINDING was possible. In the event that the matter is not investigated, but returned by OIA to the institution or region to conduct a Confidential Inquiry, you will be notified upon the completion of that inquiry as to whether it was determined  that staff violated, or did not violate policy.

**FINDINGS FOR AN APPEAL INQUIRY:**

Your appeal is PARTIALLY GRANTED at the ☐ First level ☒ Second level:

☒   An inquiry into your allegation has been conducted.

☐   An investigation is being conducted by the Office of Internal Affairs

ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE. As such, the details of any inquiry will not be shared with staff, members of the public, or inmates. Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process. However, you have the right to be notified if after a review of your allegations, it is determined that staff violated CDCR policy. In this case:

☐   The inquiry is not yet complete

☒   The inquiry is complete.  Staff did not violate CDCR policy.

Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process. If you wish to appeal the decision, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Director's Level of Review. Once a decision has been rendered at the Director's Level of Review, your administrative remedies will be considered exhausted.

Please print and sign below:

B.M. Cash
Warden
California State Prison/Los Angeles County

STATE OF CALIFORNIA
**RIGHTS AND RESPONSIBILITY STATEMENT**
CDCR 1858  (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

c/o WOOD 3891 MISCONDUCT

## RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer]   FOR ANY IMPROPER POLICE    [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS.  YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE.  THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY.  CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
|  |  | 5-18-10 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
|  |  | G-65799 | 5-18-10 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

MAY 2 1 2014

Department of Corrections and Rehabilitation
**INMATE APPEALS PROCESSING FORM**                                CDCR Appeal Number: 1000120

Name: TURNER, LAFONZO                    **Number:** G05794                    Now At: LAC

    Institution Log No: LAC-10-00854

    Date Accepted: 07/06/2010     **Due Date:** 09/29/2010     Date Closed:

    **NATURE OF COMPLAINT:** STAFF COMPLAINTS

==================================================================

NOTES:

                         9/1/10 *Appeal Inquiry recorded by*
                               A/C @ LAC

==================================================================

[ ] **ACCESS TO MEDICAL FILES:** I hereby authorize access to my medical files
    by the assigned Appeals Examiner as necessary to investigate the issues
    which I am appealing in this case.

    Signed: _____     Date: _____

    Witness: _____     Date: _____

[ ] **REQUEST TO WITHDRAW APPEAL:** I request that this appeal be withdrawn
    from consideration at the Director level of review because:

_____

_____

_____

    Signed: _____     Date: _____

    Witness: _____     Date: _____

==================================================================

REFERRAL: Appeals Examiner:

    Inmate Interviewed:     YES ____     NO ____                SEP 1 0 2010

        Date Interviewed: _____

==================================================================

OUTCOME: 1. Granted          3. Denied          5. Withdrawn

          2. Granted In Part     4. Cancelled

Inmate Appeals Branch

# EXAMINER WORKSHEET
(Chronological Summary)

| Date / Time | Comments / Notes | EXAMINER Initials |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

IAB Examiner Worksheet.doc

| R D | R D | | | | |
|---|---|---|---|---|---|
| OBIS/Logged-In | Foldered | Corrections | OBIS/Closed | Other_____ | Other_____ |

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Lafonzo R. Turner v. B. M. Cash, et al.**

No.:    **2:14-cv-04758 JVS (AGR)**

I declare:

I am employed in the Office of the Attorney General.  I am 18 years of age or older and not a party to this matter; my business address is 300 South Spring Street, Suite 1702, Los Angeles, CA  90013.

On July 7, 2017, I served the attached **EXHIBIT B** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Lafonzo R. Turner
CDCR G-05794
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA  93960

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 7, 2017, at Los Angeles, California.

Danielle R. Hemple
Declarant

*Danielle R. Hemple*
Signature

LA2016600251
62455670.doc