LAFONZO R. TURNER
P.O. BOX 1050
SALINAS VALLEY STATE PRISON

FILED
CLERK, U.S. DISTRICT COURT

AUG 1 7 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

IN THE UNITED STATE DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CV 14-4758

LAFONZO R. TURNER,
            PLAINTIFF,

     V.

B.M. CASH ET AL
        DEFENDANTS,

CASE NO.
MOTION FOR NOTICE AND
REQUEST FOR DEFENDANTS
MOTION FOR SUMMARY
JUDGMENT TO BE DENIED
BASED ON DEFENDENTS
IMPINGING PLAINTIFFS
ABILITY TO MEANINGFULLY
RESPOND TO SAID SUM. J.
MOTION.

      PLEASE TAKE NOTICE, PLAINTIFF MOVE'S THIS COURT FOR A JUDGMENT
OF DENIAL OF DEFENDANTS SUM.J. MOT. BY TAKING JUDICIAL NOTICE
OF THE ONLY CONSISTANT [FACT] DEFS/CDCR HAVE CONTINUEOUSLY AND
REPEATEDLY, TOSSED, DESTORYED, LOST, IMPEEDED, IMPINGED, TWARTED,
INTIMEDATED, WITHELD, ALL WITH MECHANATION'S FOR MECHANIS-
UM'S TO NOT ONLY CAUSE A RULING FOR DISMISSAL AS DEFS ACTIONS
ASWELL AS CDCR'S PRACTICE'S OF THE ABOVE BEAR A LEGALLY
SUFFICIENT NEXUS TO DEFENDANTS INITIAL ACTION AND AGAIN
AS THAN, AS NOW DEFS ASSERT AS A DEFENSE WHAT DEFS UNLAW-
FULLY TOOK FROM PLAINTIFF THAN AND TO DATE CONTINUE TO TAKE
DEPRIVE, IMPEED AND WITHIN THIS SAME ACTION ASSERT PLAINTIFF
HAS NOT EXHAUSTED, HAS NOT OPPOSED DEF.S SUM.J. MOT. WELL HOW
CAN PLAINTIFF WHEN EVERY PIECE OF EVIDENCE AND DOCUMENT RE-
LATED TO THIS CASE AS OF NOW PLAINTIFF HAS LOST DECLARATION
DOCUMENTS RELATED TO CELL SEARCH, DECLARATION FROM STAFF
MEMBER PSY-TECT S. LETT, DECLARATION OF INMATES PRESENT

1.

ON JUNE 26, 2010, ASWELL 695's RELATED TO THE JUNE 26, 2010 CELL EXTRACTION. NOT ALL OF PLAINTIFFS EVIDENCE WAS JUST STOLEN WITH REGARDS TO THE PROPERTY (I) JUST LOST DURING TRANSFER.

2. THE EVIDENCE THAT PLAINTIFF HAD BROUGHT TO REPLY TO DEFS SUM. J. MOT. WAS "STOLEN" ALONG WITH PI.'s TRANSCRIPTS, BUT THEREAFTER THE REMAINDER OF PLAINTIFFS PROPERTY LEFT AT LACASTER WHERE THE DEFENDANTS ARE OR WHERE IMPLOYED HAS "LOST", DISTROYED OR SERIOUSLY IMPEEDING, TWARTING AND IMPINGING PLAINTIFFS ABILITY TO PROSECUTE THE INSTANT CASE AT BAR.

3. FURTHERMORE THE PL. HAS SUBMITTED SEVERAL MOTION TO ADDRESS THIS PROPERTY / EVIDENCE / CASE FILES ETC. ISSUE, ASWELL THE DEPTY ATTORNEY GENERAL MS. HEMPLE HAS INTERVIEN ED AND CONTECTED BOTH (ME) AND CDCR (LAC) WITH NO RESULT.

4. WHEREFORE PLAINTIFF IS NOT AND CAN NOT HE BELIEVES (HE) WILL NOT BE ABLE TO BUILD THE AFFECTIVE OPPOSITION TO DEFS SUM. J. MOT. IF AT ALL. SEE EXHIBIT (A) AND DEFS RESPONSE TO THIS COURTS ORDER. WHEREIN PLAINTIFF ASK / REQUEST THIS COURT [VIEW] SUCH ABOUT DEF.S ACTION / INACTION AS REASON TO DENY DEF.S MOT. FOR SUM. J. IN THE INTRESS OF JUSTICE AS DEFUCT RULE'S REQUIR.

       PLAINTIFF DOE'S CONCEED THAT (HE) DOES HAVE SOME EVIDENCE, BUT THE EVIDENCE LOST HAS RESULTED IN IRREPAIRABLE HARM.

       I DECLARE UNDER THE PENALTY OF PERJURY AND STATE AND FEDERAL LAW THAT THE ABOVE IS TRUE AND CORRECT EXECUTED ON 8·7·17 AT SVSP.

       RESPECTFULLY SUBMITTED:

       Ms. Lafonzo R Turner



STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| TURNER | LAFONZO | G05794 | L. Turner |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM 8 to 2 | TOPIC ( IE. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C6-123 | P.I.P | | P.I.P. ALLOWABLE PROPERTY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I'M REQUESTING A WRITTEN RESPONSE THAT PRISONER ARE ALLOWED TO POSSES ALL THEIR FOOD CLOTHING, LEGAL AND PERSONAL PROPERTY TO THE EXTENT THAT A PRISONER'S SENDING INSTITUTION CAN SEND A PRISONERS PROPERTY IN IT'S ENTIERTY AND THE PROPERTY OFFICER HERE A (SVSP) P.I.P WILL ISSUE ME OUT WHAT IS EXCEPTABLE. THANK YOU

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**

☐ SENT THROUGH MAIL: ADDRESSED TO: U.S. PEREZ          DATE MAILED: 7/28/17

☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| Dychiolo | 7/28/17 | | (CIRCLE ONE) YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| U.S. Perez | 7.28.17 | (CIRCLE ONE) IN PERSON   BY US MAIL |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Perez A | 7/28/17 | Perez | 7/28/17 |

I/P That are admitted to the SV-PIP are able to have their property with them at our program. Property can be sent & will be logged by our MTA property officer. Our Treatment team will look over items once approved by the team (appliances) mainly will be delivery to the I/P, other items can be delivered, if Food, clothing, LEGAL Paper Work. Personal property

### SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)  (LAST NAME) TURNER | (FIRST NAME) LAFONZO | CDC NUMBER: G05794 | SIGNATURE: L. Turner |
|---|---|---|---|
| HOUSING/BED NUMBER: CG-123 | ASSIGNMENT: P.I.P | HOURS FROM 8 to 2 | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): PROPERTY OFFICER |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:
I RECEIVE A 602 RESPONSE AND TALKED WITH THE LA. ATTORNEY GENERAL THAT MY PROPERTY IS/HAS BEEN HEAR. BUT I HAVE NOT BEEN ISSUED MY PROPERTY. AS MARIN REFUSES TO COME TO THE BUILDING & RESPOND TO MY REQUEST.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***
☑ SENT THROUGH MAIL: ADDRESSED TO: MTA. MARIN          DATE MAILED: ___/___
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: C/O Aguilar | DATE: 8-2-17 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: MTA. MARIN | | DATE DELIVERED/MAILED: 8-2-2017 | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON  (BY US MAIL) |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: O MARIN | DATE: 8/4/17 | SIGNATURE: OMar | DATE RETURNED: 8/4/17 |
|---|---|---|---|

On 8/3/17 I spoke with apo and informed you that after checking your R&R additional property had not been delivered from Lancaster. On 8/4/17 SVSP R&R checked again and there is no property under your name.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

# PROOF OF SERVICE BY MAIL

I declare that:

I am (resident of / employed in) the county of SOLEDAD California. I am over the age of eighteen years, my (business / <u>residence</u>) address is:

L. TURNER

P.O. BOX 1050

SALINAS VALLEY STATE PRISON

On 8-7-17 , I served the attached

MOTION TO NOTICE

TO DENY DEF.S MOT. SUM, J.

w/ EXHIBIT (A)

on the 8-7-17 in said case, by placing a true copy there of enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at SALINAS VALLEY ST. PRISON addressed as follows

U.S.D.C

OFFICE OF THE clerk

U.S. Courthouse ROOM G8

LA, CA. 90012

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on (date) 8-7-17 , at SVSP California.

Type or print name MR. LAFONZO R. TURNER

Signature Mr. Lafonzo Turner

MR. LAFONZOTR. TURNER # G05744
P.O. BOX 1050
(SVSP) C6-123
SALINAS VALLEY STATE PRISON
SOLEDAD, CA. 93960

STATE PRISON
GENERATED MAIL

U.S. POSTAGE >> PITNEY BOWES
$ 000.46⁰
ZIP 93960
02 1W
0001393392 AUG 08 2017

AGR

To: united state District Court
office of the clerk
U.S. Courthous. Room No. 8
Los Angeles, Ca. 90012

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY
BY
CLERK, U.S. DISTRICT COURT
RECEIVED

