UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-4758-JVS (AGR) | Date | December 22, 2017 |
|---|---|---|---|
| Title | Lafonzo R. Turner v. B. M. Cash, et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff | | Attorneys Present for Defendant |
| None | | None |

**Proceedings:** **In Chambers: DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF SUMMARY JUDGMENT MOTION**

On December 5, 2016, Plaintiff filed a Second Amended Complaint ("SAC"). (Dkt. No. 94.) The official capacity claims and due process claims in the SAC were dismissed. (Dkt. No. 93.)

On July 7, 2017, Defendants filed a motion for summary judgment based on Plaintiff's failure to exhaust remedies based on his cell extraction on June 26, 2010. (Dkt. Nos. 115-116.) On July 11, 2017, the Court issued a briefing schedule ordering Defendants to file a reply within 30 days of service of Plaintiff's opposition. (Dkt. No. 119.)

Plaintiff sought and received multiple extensions. He also filed multiple opposition-related documents, on August 17, 2017, September 25, 2017, and October 5, 2017, with the latter document captioned as Plaintiff's Statement of Genuine Issues. (Dkt. Nos. 123, 131, 136.)

On October 26, 2017, the Court issued an order that, among other things, gave Plaintiff until November 2, 2017 to file any supplemental opposition to the summary judgment motion. (Dkt. Nos. 133, 137.) Plaintiff filed no further opposition documents by November 2, 2017 (or thereafter). On December 6, 2017, after Defendants did not file a reply by their December 5, 2017 deadline, the Magistrate Judge filed a Report recommending the denial of their summary judgment motion. (Dkt. No. 138.)

Now before the Court is Defendants' December 21, 2017 ex parte application seeking one of two alternative forms of relief. (Dkt. No. 140.) Principally, they seek to reopen briefing on their motion with an extension of their time to file a reply. They argue that the Court must have construed Plaintiff's October 5, 2017 Statement of Genuine Issues as his (final) opposition, i.e., that the Court did not wait as long as it should have waited. Not so. As discussed above, the Court waited until the December 5, 2017 deadline for Defendants' reply had lapsed. The Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-4758-JVS (AGR) | Date | December 22, 2017 |
|---|---|---|---|
| Title | Lafonzo R. Turner v. B. M. Cash, et al. | | |

filed the Report and Recommendation on December 6, 2017. The Court sees no reason to vacate the Report and reopen briefing.

In the alternative, Defendants request that they be permitted a 45-day extension of the current December 29, 2017 deadline for filing objections to the Report. They explain that this will require "counsel to gather sufficient documentary evidence to respond to" Plaintiff's oppositions.

IT IS ORDERED that Defendants' application is GRANTED IN PART AND DENIED IN PART, as follows:

1. Defendants' request to be permitted to file an out-of-time reply in support of their summary judgment motion is DENIED; and

2. The request to extend the deadline for filing objections to the pending Report is GRANTED. The new deadline is **February 12, 2018.**

Initials of Preparer          mp