XAVIER BECERRA
Attorney General of California
GRETCHEN K. BUECHSENSCHUETZ
Supervising Deputy Attorney General
DANIELLE R. HEMPLE
Deputy Attorney General
State Bar No. 287982
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6025
  Fax: (213) 897-7604
  E-mail: Danielle.Hemple@doj.ca.gov
*Attorneys for Defendants
M. Buechter, A. Cain, B. Cash, L. Crawford,
T. Cromwell, A. Fears, J. Fernandez (Galpon),
C. Fortson, M. Godina, S. Lett, J. Mendoza,
B. Pollard, W. Puckett, N. Romero, C. Spencer,
and K. Thomas*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAFONZO R. TURNER,**<br><br>                      Plaintiff,<br><br>v.<br><br>**B. M. CASH, et al.,**<br><br>                      Defendants. | 2:14-cv-04758 JVS (AGR)<br><br>**DEFENDANTS' OBJECTIONS TO REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 138)**<br><br>Judge:    The Honorable Alicia G. Rosenberg<br>Action Filed: June 19, 2014 |

Defendants M. Buechter, A. Cain, B. Cash, L. Crawford, T. Cromwell, A. Fears, J. Fernandez (Galpon), C. Fortson, M. Godina, S. Lett, J. Mendoza, B. Pollard, W. Puckett, N. Romero, C. Spencer, and K. Thomas ("Defendants") respectfully object to the Report and Recommendation issued on December 6, 2017 (ECF No. 138.)

/ / /

/ / /

1

## I. DEFENDANTS WERE NOT AFFORDED SUFFICIENT OPPORTUNITY TO REPLY TO PLAINTIFF'S CONSTRUED OPPOSITION.

Defendants object to the Magistrate Judge's issuance of the Report and Recommendation without providing Defendants a sufficient opportunity to file a reply. Although Plaintiff filed a document entitled "Statement of Genuine Issues in Opposition to Motion for Summary Judgment" (ECF No. 136), the Magistrate Judge did not construe that document as a full opposition to Defendants' motion for summary judgment. Rather, the Magistrate Judge noted that Plaintiff had filed the document and gave Plaintiff until November 2, 2017, to further oppose Defendants' motion. (ECF No. 137 at 4.) Thus, Defendants were unaware that the Magistrate Judge would construe that document as an opposition to which a reply by Defendants would be expected or that the passing of the November 2 deadline would trigger a specific due date for such a reply.

Defendants thus request that the Report and Recommendation be vacated and that they be afforded the opportunity to file a reply to what has been deemed Plaintiff's complete opposition, including with additional documentary evidence rebutting the evidence and claims proffered by Plaintiff.

## II. IF DEFENDANTS' MOTION IS DENIED, THE COURT SHOULD HOLD AN EVIDENTIARY HEARING TO RESOLVE DISPUTED ISSUES OF MATERIAL FACT.

Should the Report and Recommendation be adopted and Defendants' motion for summary judgment denied, Defendants request that the Court hold an evidentiary hearing to resolve issues of material fact regarding the issue of exhaustion of administrative remedies.

In the specific context of moving for summary judgment based on the failure to comply with the Prison Litigation Reform Act's exhaustion requirement, "the defendant's burden is to prove that there was an available administrative remedy, and that the prisoner did not exhaust that available remedy." *Albino v. Baca*, 747 F.3d 1162, 1172 (9th Cir.) (en banc). If the defendant satisfies this initial burden,

"the burden shifts to the prisoner to come forward with evidence showing that there is something in his particular case that made the existing and generally available administrative remedies effectively unavailable to him." *Id.* If the undisputed evidence, construed in the light most favorable to the prisoner, demonstrates a failure to exhaust available administrative remedies, then summary judgment should be granted. *Id.* at 1166. However, if material facts related to exhaustion remain disputed and summary judgment is not deemed appropriate, the court rather than a jury should decide the disputed factual issues in a preliminary proceeding. *Id.*

Pursuant to the Ninth Circuit's directive in *Albino*, Defendants respectfully request that the Court hold a hearing after the close of general discovery in this action regarding any disputed issues of material fact related to Plaintiff's exhaustion of administrative remedies.

Dated: February 12, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
GRETCHEN K. BUECHSENSCHUETZ
Supervising Deputy Attorney General

/s/ Danielle R. Hemple
DANIELLE R. HEMPLE
Deputy Attorney General
*Attorneys for Defendants*
M. Buechter, A. Cain, B. Cash, L. Crawford, T. Cromwell, A. Fears, J. Fernandez (Galpon), C. Fortson, M. Godina, S. Lett, J. Mendoza, B. Pollard, W. Puckett, N. Romero, C. Spencer, and K. Thomas

LA2016600251

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Lafonzo R. Turner v. B. M. Cash, et al.** | No. | **2:14-cv-04758-JVS-AGR** |

I hereby certify that on **February 12, 2018**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' OBJECTIONS TO REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 138)**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **February 12, 2018**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Lafonzo R. Turner
CDC# G-05794
California State Prison, Los Angeles County
P.O. Box 4670
Lancaster, CA 93539**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **February 12, 2018**, at Los Angeles, California.

| | |
|---|---|
| K. Hynds | */s/ K. Hynds* |
| Declarant | Signature |

LA2016600251
62703923.docx