UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 14-04758 JVS (AGRx) | Date | March 7, 2018 |
| Title | Lafonzo R. Turner v. B.M. Cash, et al. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)**   **Order Vacating Report and Recommendation and Directing Briefing Schedule for Reply**

    The Court has reviewed the Magistrate Judge's Report and Recommendation ("Report") concerning defendants B.M. Cash *et al.*'s ("defendants") motion for summary judgment and defendants' objection the Magistrate Judge's Report.  (Docket No. 138, 146.)

    In order permit the defendants to file a reply, the Court vacates the Report and directs the Magistrate Judge to establish a briefing schedule for a reply.

    The Court express no view on the merits of the motion at this time.

                                                                          : 00

Initials of Preparer   kjt