FILED
CLERK, U.S. DISTRICT COURT
SEP 10 2018
CENTRAL DISTRICT OF CALIFORNIA
BY [illegible] DEPUTY

Mr. Lafonzo Ray Turner
NAME
905794
CDCR #
CTC B 17
HOUSING
P.O. Box 3459
ADDRESS
Corcoran ca. 93212
CITY, STATE, ZIP

united state district court
central district of california
Court

Lofonzo R. Turner
Petitioner/Plaintiff,

vs.

MATTHEW CATES et al.,
B.M. CASH et al.,
Defendant(s)

Case No.: CV 14-4758-JVS(AGR)
CV 15-109-JVS (AGR)

MOTION FOR APPOINTMENT OF COUNSEL

On ____________, ______ the court set ____________, ______ as the deadline for ________________________ (Petitioner/Plaintiff) filing ________________________.

With good cause Petitioner/Plaintiff/Assistant is acting on his own behalf, moves the court for Appointed Counsel for the following reasons;

[Describe what you are trying to do, and why you need counsel

This motion was Prepared by Joe Santiago Steven AE-7273 A Jailhouse lawyer on behalf of Plaintiff, because of Plaintiff's Tramatic Brain injury Suffered on July 12, 2018 Plaintiff is Still in a medical buildings after being releast from the hospital and transferred to corcoran (ctc).

Here in the Present case, Plaintiff Suffers From a grave tramatic brain injury (diagnosis) with effects of confusion, Sight impairment, ability to concentrate with the additional

Infingments of ongoing migrains 24/7 headakes and dissyness when sitting up, among other things Plaintiff has been confined to a wheelchair with incontinance.

In the interest of Justice the appointment of counsel is necessary under 28 U.S.C. 1915 (e)(1) aswell and Furthermore Plaintiff has no access to the Law library or other inmates being that he is medical / ad-Seg.

wherein Plaintiff Falls under (A.D.A) 42 U.S.C. 12101 he can not read, comprehen or navegate a civil Suit at this time. See attached exhibits.

The under singed Jailhouse assistant declare under the penalty of purjury and under the color of State and federal laws, that the above is true and correct executed at C.S.P. Corcoran.

Dated this 16th day of August, 2018

X [signature] AZ-7273
Signature of Plaintiff/petitioner Assistant

mr. Lafonzo R. Turner
NAME Plaintiff

905794
CDCR #

C+C B17
HOUSING

P.O. Box 3459
ADDRESS

Corcoran, Ca. 93212
CTY, STATE, ZIP

Patient Name: TURNER, LAFONZO RAY
Date of Birth: 9/16/1972 00:00 PDT

EXHIBIT (A)

MRN: G05794
FIN: 10000001011215433G05794

* Auth (Verified) *

**PATIENT:** TURNER, LAFONZO
**DATE:** 07/12/2018
**DOB:** 09/16/1972
**Ordering MD:** WOJTAL, NICOLE, MD
1600 W AVE J
LANCASTER, CA 93534

**LOC:**
**Patient Type:** E
**Accession/ ACCT#** 5972072 / 1819300434
**Referring MD:**
Begin: 5:20 pm Completed: 5:30 pm

## CT -FACIAL BONES WITHOUT CONTRAST

Page 1 of 2

IMPRESSION:

1. Severely comminuted left orbital, zygomaticomaxillary complex, skull base, and maxillary sinus fractures as detailed above. No pneumocephalus.
2. Intact left globe without extraocular muscle entrapment.
3. Fluid levels within the sphenoid and left maxillary sinuses.
4. Left periorbital and maxillofacial soft tissue hematoma.

RPTAT:AAJJ
CLINICAL INFORMATION: Trauma. Facial pain.

TECHNIQUE: A noncontrast enhanced CT of the facial bones was performed on a multidetector CT scanner utilizing high-resolution axial images. Sagittal, coronal, and multiplanar reformatted images were made. The CTDIvol is 39.75 mGy and the DLP is 746.46 mGy-cm. One or more of the following dose reduction techniques were utilized: Automated exposure control, adjustment of the mA and/or kV according to patient size, use of iterative reconstruction technique. DICOM images are available.

COMPARISON:None.

FINDINGS:
Severely comminuted bilateral nasal bone fractures with nasal bridge soft tissue swelling. Comminuted minimally displaced fractures of the medial and lateral orbital walls as well as orbital floor and orbital roof posteriorly. Severely comminuted fracture of the left temporal bone and greater sphenoid wing laterally. No evidence of pneumocephalus.

Severely comminuted fractures of the left zygomatic arch, zygomaticomaxillary complex articulations, anterior and posterior lateral maxillary sinus wall fractures with extension posteriorly into the pterygoid plate.

Fluid levels within the left maxillary sinus and sphenoid sinus compatible with hemorrhage. Extensive soft tissue swelling and hematoma involving the left periorbital and maxillofacial soft

*Jennifer Hill, MD - Medical Director*

ANTELOPE VALLEY HOSPITAL
*A facility of Antelope Valley Healthcare District*

Patient Name: TURNER, LAFONZO
MRN/ACCT#: 01323495/1819300434
Accession#: 5972072
Sex/DOB: M - 9/16/1972
PatientType: E
ROOM:

Printed 7/12/2018 5:43:08P

RADIOLOGY

OneContent: Generated By 72134 Generated On: 07/20/2018 16:02 Page 1 of 2

Facility: COR

Patient Name: TURNER, LAFONZO RAY
Date of Birth: 9/16/1972 00:00 PDT

MRN: G05794
FIN: 10000001011215433G05794

* Auth (Verified) *

## CT -FACIAL BONES WITHOUT CONTRAST

Page 2 of 2

tissues.

The orbital contents, and globes are intact with symmetric appearance of the extraocular muscles and optic nerves. The right zygomaticomaxillary complex articulations are intact. The right pterygoid plates and skull base are intact.

The remaining paranasal sinuses, nasal cavity, and mastoid air cells are clear. The nasal septum is midline. The mandible is intact with normal articular normal articulation of the temporomandibular joints.

**Dictated and Electronically signed by:** JAMES PORT, MD
T: 7/12/2018 5:42:00PM 71 E-Signed: 7/12/2018 5:42:00PM

*Jennifer Hill, MD - Medical Director*

ANTELOPE VALLEY
HOSPITAL
*A facility of Antelope Valley Healthcare District*

Patient Name: **TURNER, LAFONZO**
MRN/ACCT#: 01323495/1819300434
Accession#: 5972072
Sex/DOB: M - 9/16/1972
PatientType: E
ROOM:

Printed 7/12/2018 5:43:08P

**RADIOLOGY**

**Page 2 of 2**

OneContent: Generated By 72134 Generated On: 07/20/2018 16:02 Page 2 of 2

Facility: COR

Page 44 of 250

Patient Name: TURNER, LAFONZO RAY
Date of Birth: 9/16/1972 00:00 PDT
MRN: G05794
FIN: 10000001011215433G05794

* Auth (Verified) *

| No Discharge Instructions |
|---|

Plan of Care

| Diagnosis (Problem) | Goal | Instructions |
|---|---|---|
| Traumatic brain injury (S06.9x0, S06.9x0S, S06.9x0A, S06.9x0D) | heal | as above |

Functional Status

| Functional Assessment | Onset Date | Resolution Date | Condition Status |
|---|---|---|---|
| Independent with repositioning | | | Active |
| Independent with toileting | | | Active |
| Independent with feeding | | | Active |
| **Cognitive Assessment** | **Onset Date** | **Resolution Date** | **Condition Status** |
| Alert | | | Active |

Facility: COR
Page 119 of 250

PROOF OF SERVICE

BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. §1746)

I, LAFONZO R. TURNER declare:

I am over 18 years of age and a party to this action. I am a resident of C.S.P. CORCORAN Prison, in the county of CORCORAN, State of California. My prison address is P.O. BOX 3457.

On 9/6/18 (date)

I served the attached: MOTION FOR COUNSEL (Describe Document)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

U.S.D.C.
Central Dist. of Ca.
OFC. OF Clerk
255 EAST Temple ST, ROOM 108
LA, CA. 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/6/18 (date)

[signature] Declarant's Signature

CORCORAN STATE PRISON
NAME MR. LAFONZO R. TURNER
CDCR NUMBER G05794
HOUSING C+C Huo
PO BOX 3457
CORCORAN, CA 93212

CORCORAN
STATE PRISON

CALIFORNIA STATE PRISON CORCORAN

U.S. POSTAGE PITNEY BOWES
ZIP 93212 $ 000.68⁰
02 1W
0001386349 SEP 07 2018

To: UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 10 2018
CENTRAL DISTRICT OF CALIFORNIA
BY

INDIGENT

9001283334 C032

LEGAL MAIL

STATE PRISON
GENERATED MAIL

9-6-18