1) LAFORNZO R. TURNER
2) CSP Corcoran
3) P.O. Box 3456
4) Corcoran, CA. 93212
5)
6)                    IN THE UNITED STATES DISTRICT COURT
7)                       CENTRAL DISTRICT OF CALIFORNIA
8) LAFORNZO R. TURNER    )      CASE NO:CV14-4758-JVS (AGR)
9)         Plaintiff    )
10)        Vs.          )      COUNSEL, INCORPATING BY REFFERANCE
11) B.M CASH ET AL.     )      PLAINTIFF PRIOR FILED APPOINTMENT OF
12)        Defendant    )      COUNSEL.
13) Plaintiff LAFONZO R. TURNER pursuant to §1915 Request this Court to
14) Appoint Counsel to Represent him in this case for the following reasons:
15) (1) Plaintiff has already placed this Court on Notice of the need for
16) Counsel due to Plaintiffs TRAUMATIC BRAIN wound and without this Court's
17) ruling on said Motion Sent/Forced Plaintiff into a Bias Defendant Reply
18) upon which Mr. Turner could not navigate and was clearly taken advantage
19) of. Although Mr. Turner has vocal abilities, at times he gets confused
20) and will forget or do or say things a legally competent person would not
21) say or do.
22) May this Honorable Court take notice: On behalf of Mr. Lafonzo R. Turner,
23) CDCR # G-05794. I, Ronald L. Sanders CDCR # C-44101, after having had
24) many hours of conversation with Plaintiff, have come to the aid and or
25) assistance of Plaintiff in all legal matters for the following reasons:
26) Plaintiff has sustained a Sever TRAUMATIC BRAIN Wound, thusly at times
27) becomes confused during the study, Explanation, or Articulation of
28)                              (1)

1) complex issues resulting, at times in a problem with reasonably
2) assessing knowledge and relating relevant information to the facts of
3) the matter. At times, when confronted with aggressive or stressful
4) circumstances. Plaintiff at times does not exhibit A reasonable level of
5) competent ability required of Accurate/Coherent verbal expression of
6) his intended thoughts. At times the results of his Mental Stress has
7) caused the onset of severe Migraine Headaches with Pain at a level where
8) Plaintiff is no longer able to participate in any kind of complex
9) thougnt process. (2)
10) The issues involved in this Case are complexed and Plaintiffs ability to
11) articulate his claims Pro Se. In light of the complexity of the legal
12) issues involved have been severly diminished. As it will obviously be
13) necessary to present Medical Expert Witnesses and to Cross-Examine
14) Medical Expert Witnesses called by Defendants or Both. As most Medical
15) needs and particularly in the instant Case at Bar is a close one based
16) on Medical Status that will turn on standards of care. Causation and
17) **EXCESSIVE FORCE** issues, policies and State Regulations that will
18) require the testimony of Experts. As well the Counsel of an Expert. As
19) the task is undoubtedly complex. CATALDO V. MADOX 207 WL 2733924 at
20) 207 U.S. Dist. Lexis 98521 at 5 (S.D. Cal. June 26, 2017).
21)                                        CONCLUSION
22) Plaintiff requests Judicial Notice [ R J N] and this Court incorporate
23) the Motion for Appointment of Counsel still before it in full with this
24) Motion and Grant Counsel for Mr. Turner to fully Represent him in a
25) Trial Proceeding. Solis V. County Los Angeles, 514 F. 3d 946, 958 (**9th**
26) **Cir. 2008**)
27)
28)                                        (2)

1) RESPECTFULLY SUBMITTED
2)
3) *Mr. Ronald L. Sanders*
4) RONALD L. SANDERS
5) ASSISTANT
6)
7) For *Lafonzo R. Turner*
8)
9) Pursuant to 28 USC 1746 I do Declare under the penalty of perjury the
10) the foregoing is true and correct on ~~November~~ January 17, 2019,
11) By: RONALD L. SANDERS
12)
13) FOR *Lafonzo R. Turner*
14)
15)
16)
17)
18)
19)
20)
21)
22)
23)
24)
25)
26)
27)
28)                         (3)

DECLARATION OF

I, LAFONZO R. TURNER and ROBERT TUNSTALL are above the age of 18 and declare as a party and a witness that the foregoing is true and correct as set.

Mr. Turner on 7/12/2018 suffered a Trumatic Brain Injury. Upon which Mr. Turner has ongoing effects of Post Concussion Sydrome (PCS). Acute signs/ Chronic signs and symtoms of problems concentrating, behavioral changes, dizzyness, drowsiness, migrain headaches, foginess and slow reation times.

Wherein Mr. Turner is unable to litegate Pro. Se. and require appointment of counsel.

As Mr. Turner is still in a Medical Facility (6) Months after 7/12/2018. I, LAFONZO R. TURNER and ROBERT TUNSTALL declares under the penalty of perjury pursuant to 28 U.S.C. §1746 that the above is true and correct on: January 29Th, 2019.

By: _Robert Tunstall_
    Robert Tunstall

For: _Mr. Lafonzo R. Turner_
    Mr. Lafonzo R. Turner

**CORCORAN STATE PRISON**

NAME MR. LAFONZO R. TURNER
CDCR NUMBER G05794
HOUSING INFD1-08
PO BOX 3456
CORCORAN, CA 93212
CALIFORNIA STATE PRISON, CORCORAN

— LEGAL MAIL —
**STATE PRISON GENERATED MAIL**

INDIGENT

TO: UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, Room 180
LOS ANGELES, CALIFORNIA, 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 30 2019

AGR

CORCORAN STATE PRISON



U.S. POSTAGE >> PITNEY BOWES
ZIP 93212 $ 000.50°
02 1W
0001386349 JAN 28 2019