LAFONZO R. TURNER
C.S.P. CORCORAN
P.O. BOX 3456
CORCORAN, CA. 93212

FILED
CLERK, U.S. DISTRICT COURT

FEB -4 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNAI

LAFONZO R. TURNER
PLAINTIFF

v.

DEFENTANT
B.M. CASH, ET AL.,

CASE NO. 2:14-CV-04758 JVS (AGR)
MOTION FOR APPOINTMENT
OF COUNSEL

Plaintiff, LAFONZO R. TURNER pursuant to 1915 request this court to appoint counsel to represent him in this case for the following reasons:

1. Plaintiff has already placed this court on notice of the need for counsel due to Plaintiff's traumatic brain wound and without this court's ruling on said motion sent/forced Plaintiff without counsel to proceed litigation (which Mr. Turner could not navigate and was clearly taken advantage of. Although Mr. Turner can talk, at times he gets confused and will forget or do or say things a legally competent person would not say or do. May this Honorable Court take notice: On behalf of Mr. Lafonzo R. Turner, CDCR# G-05794, I, Ronald L Sanders, CDCR# C-44101, after having had many hours of conversation with Plaintiff, have come to the aid + or assistance of Plaintiff in all legal matters for the following reasons: Plaintiff has sustained a traumatic brain wound, thusly at times becomes confused during the study explanation, or articulation of complex issues resulting at times in a problem with reasonably assessing knowledge and relating relevant information to the facts of the matter. Sometimes when confronted with aggressive or stressful circumstances, Plaintiff at times, does not exhibit a reasonable level of competent ability required of accurate and or coherent expression of his intended thoughts. The result of this mental stress at times has caused the onset of severe migraine headaches with pain at a level where at times he is no longer able to participate in any manner of complex thought processes.

2 The issues involved in this case are complexed and Plaintiff's ability to articulate his claims Pro Se, in light of the complexity of the legal issues involved have been severely diminished, as it will obviously be necessary to

present medical expert witnesses and to cross-examine medical expert witnesses called by Defendant or both, as most medical needs and particularly in the instant case at bar is a close one based on EXCESSIVE FORCE that will turn on standards or care, causation and medical treatment issues, policies and state regulations that will require the testimony of experts. As well the counsel of an expert, as the task is undoubtly complex CATALDO v. MADOX, 207 wl 2733924 at 2 207 U.S. Dist. Lexis 98521 at 5 (S.D. Cal. June 26, 2017).

## CONCLUSIOIN

Plaintiff requests judicial notice [R.J.N.] and this court incorporate the motion for appointment of counsel still before it in full with this motion and grant counsel for Mr. Turner to fully represent him in a trial proceeding. SOLIS v. COUNTY OF LOS ANGELES, 514 F. 3rd 946, 958 (9th Cir. 2008). SEE EXHIBIT (A)

RESPECTFULLY SUBMITTED

*Ronald L. Sanders*
BY: RONALD L. SANDERS
Assistant

*Lafonzo R. Turner*
FOR Lafonzo R. Turner
Plaintiff

Pursuant to 28 USC 1746 I do declare under the penalty of perjury the forgoing is true and correct on JANUARY 31, 2019

BY: RONALD L. SANDERS

FOR: Mr. Lafonzo R. Turner

EXHIBIT (A)

Patient Name: TURNER, LAFONZO RAY  
Date of Birth: 9/16/1972 00:00 PDT  

MRN: G05794  
FIN: 10000001011215433G05794  

* Auth (Verified) *

PATIENT: TURNER, LAFONZO  
DATE: 07/13/2018  
DOB: 09/16/1972  
Ordering MD: SAMUEL, CHRISTOJOHN, MD  

11550 INDIAN HILLS ROAD  
MISSION HILLS, CA 91345  

LOC: 23101 CCU3 /23101(661) 949-5444  
Patient Type: I  
Accession/ ACCT# 5972282 / 1819300434  
Referring MD:  
Begin: 10:25 am  Completed: 10:36 am  

## CT -BRAIN WITH AND WITHOUT CONTRAST C  
Page 1 of 2

IMPRESSION:

1. Decreased conspicuity in the left middle cranial fossa hematoma, likely epidural, measuring 10 mm AP by 5 mm transverse by 3 mm superior inferior dimensions.
2. No evidence for additional extra-axial hemorrhages or onset of parenchymal hemorrhages.
3. Multiple left orbital wall fractures involving the left orbital roof, medial and lateral and orbital floors.
4. No significant interval change in the right lateral sphenoid wall fracture involving the posterior basisphenoid and the left greater wing of the sphenoid with small 3 mm fracture fragment at the left inferior orbital fissure.
5. Acute air fluid level within the sphenoid sinus and soft tissue in the left ethmoid sinus secondary to adjacent left lamina papyracea fracture.

RPTAT: HDC  
CLINICAL INFORMATION: Headaches status post trauma

TECHNIQUE: A CT of the brain was performed on a GE LightSpeed 64-slice CT scanner utilizing axial imaging from the skull base through the vertex with and without IV contrast. 80 cc of Isovue -300 were given intravenously without complication. Multiplanar reformatted images were made. Images were reviewed on a PACS workstation. The CTDIvol is 101.40 (mGy) and the DLP is 1658.52 (mGycm). DICOM images are available.

One of the following 3 does reduction techniques were used during this CT examination:  
1) Automated exposure control  
2) Adjustment of the mA + / - kV according to patient size or  
3) Use of iterative reconstruction technique

COMPARISON: Multiple CTs of the brain on 07/12/2018 and MR brain 07/12/2018

Jennifer Hill, MD - Medical Director

Patient Name: TURNER, LAFONZO  
MRN/ACCT#: 01323495/1819300434  
Accession#: 5972282  
Sex/DOB: M - 9/16/1972  
PatientType: I  
ROOM: 23101 CCU3 /23101(661) 949-5444  

ANTELOPE VALLEY  
HOSPITAL  
A facility of Antelope Valley Healthcare District  

Printed  7/13/2018  10:45:23/

RADIOLOGY

Page 1 of 2  C

OneContent: Generated By 72134   Generated On: 07/20/2018 16:02   Page 1 of 2

Patient Name: TURNER, LAFONZO RAY  
Date of Birth: 9/16/1972 00:00 PDT

MRN: G05794  
FIN: 10000001011215433G05794

* Auth (Verified) *

## CT -BRAIN WITH AND WITHOUT CONTRAST C

Page 2 of 2

**FINDINGS:**
Decreased conspicuity is noted in the previously described small left middle cranial fossa hematoma, likely a small epidural hematoma, measures 10 mm AP by 5 mm in transverse dimensions. No evidence for additional extra-axial or parenchymal hemorrhages are present. The ventricles and sulci are otherwise normal in size and configuration. The density of the brain appears normal. The gray white matter differentiation appears well-preserved. The postcontrast images show no abnormal parenchymal, leptomeningeal, or dural enhancement.

The visualized scalp and calvarium again demonstrate multiple fractures involving the left orbital roof medial, lateral and orbital floor. A comminuted fracture extends from the right posterior lateral sphenoid wall extending across the bases sphenoid to the left greater wing of the sphenoid with a small 3 mm fracture fragment displaced perpendicular to the course of the left inferior orbital fissure. Acute air fluid levels is noted in the sphenoid sinus with soft tissue attenuation from the left lamina papyracea fracture into the left ethmoid sinus. The bilateral mastoid air cells and middle ear cavities are clear.

Dictated and Electronically signed by: DIANNA CHOOLJIAN, MD  
T: 7/13/2018 10:45:00AM 71   E-Signed: 7/13/2018 10:45:00AM

*Jennifer Hill, MD - Medical Director*

Patient Name: TURNER, LAFONZO  
MRN/ACCT#: 01323495/1819300434  
Accession#: 5972282  
Sex/DOB: M - 9/16/1972  
PatientType: I  
ROOM: 23101 CCU3 /23101(661) 949-5444

**ANTELOPE VALLEY HOSPITAL**  
*A facility of Antelope Valley Healthcare District*

Printed 7/13/2018 10:45:23/

RADIOLOGY

Page 2 of 2   C

OneContent: Generated By 72134   Generated On: 07/20/2018 16:02   Page 2 of 2

# PROOF OF SERVICE
## C.C.P § 2015.5, 28 USC 1745

I LAFONZO R. TURNER, AM OVER THE AGE 18. I'M A PARTY. MY ADDRESS IS: CORCORAN STATE PRISON
P.O. BOX 3456
CORCORAN, CA. 93212

ON JANUARY 31, 2019 I SERVED THE FOLLOWING DOCUMENTS: MOTION FOR COUNSEL.

ON THE BELOW NAMED INDIVIDUAL FOR US POSTIAL MAILING, CORCORAN STATE PRISON.

USDC
CENTRAL DIST. OF CA.
LOS ANGELES CA.

I DECLARE UNDER THE PENALTY OF PERJURY THE ABOVE IS TRUE AND CORRECT. EXECUTED JANUARY 31, 2019.

*Mh. Lafonyor T.*

CORCORAN STATE PRISON
NAME _Mr. LaDonzo R. Turner_
CDCR NUMBER _G05794_
HOUSING _IAFD1-08_
PO BOX _3456_
CORCORAN, CA 93212

— LEGAL MAIL —
**STATE PRISON GENERATED MAIL**

AGR

CORCORAN STATE PRISON



FEB - 4 2019
CLERK... CENTRAL DISTRICT OF CALIFORNIA

To: UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
CENTRAL DISTRICT OF CALIFORNIA
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CA. 90012

ZIP 93212 $ 000.65⁰
02 1W
0001386349 FEB 01 2019
U.S. POSTAGE » PITNEY BOWES

