Lafonzo R. Turner
California Health Care Facility
P.O. Box 32290
Stockton, CA 95213
C-3A-106

FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United State District Court
Central District California

Lafonzo R. Turner

v.

Matthew Cates, Et. Al.
B.M. Cash Et Al.

Case No. CV-00109 (AGR)
Case No. CV 14-4758
Motion For Stay
Attached Exhibits

Please take Notice to the Attached Exhibit. A 1083 property Inventory 6 Boxes of legal property.

Respectfully
Legal Assistant
By Dwayne Cook
For Lafonzo R. Turner
Plaintiff

# ATTACHMENT A

I Declare

All my property has been taken by manipulation and the Defendants in all Plaintiffs active cases are aware if not only through their agents, and have conspired to move me not in accordance to Policy causing my property + I to be seperated since Jan, 13, 2019.

All attempts have failed to request, my property as well 602/Appeal at. It has been 4 months.

My property was last at Duel Valley Institute, and my last request for it was to be sent to CSP Los Angeles. (see Attachment (A))

I Declare under the Penalty of Purjury the above is correct and True Per California and Federal Laws. Executed at CHCF on May 4, 2019

For: Lapanyor Lun

Written By: Ms Love Davis
BA-9412
Personal legal Assistance

There was in

Property Therein ≠ Signed this 1083 only to A extent of what is on this 1083 No specifics. Specifics of The extent Are Herein Named:

3 LEGAL BOOK
  A) Prisoners Self Help litigation manual
  B) Winning Habeas Corpos & post conviction Relief
  C) Federal rules of civil procedures (copied)

125 Legal minilla envelops

1 photo Ablum and numerous lose photo's last counted at 182

7/31/18   M. Lafunze R Lumc.

Sign this too

Other specifics that are miss are as set:

1 72 soups, 4 cheese crunchies, 1 sub sugar, 1 Folgers 8oz

1 Battery Charger Energizer

1 ½ bottle of body oil 16oz

1 RX D.M.E Glasses Coopers $350.00 w/case

1 collasable storage container

5 CD's Kindrick lamar Dame / Tory lanz I Told you / Rehonna Anti Drak more life & Drak Scorpion

2 Gray Laundry bags / Shopping bags

6 Bars of soap

2 ½ sented religious oils, 3 ¼ bottols of sented religious oils

Shoe's pair Nike sent from & was in R&R should have been issues per court order.

5 C.D. I was able to recover where all scratched beyond repair / destroyed by custody on purpose!

7/31/18         Lafonza R Turner

REASON FOR INVENTORY: INTAKE TO CTC  SENT TO: _____  # OF BOXES: 6  # OF BAGS: ____

### Personal Clothing
- ☐ Athletic Shorts
- ☐ Athletic Supporter
- ☐ Briefs / Boxers
- ☐ Hats and Caps
- ☐ Head Band
- ☐ Rain Coat / Poncho
- ☐ Shoelaces
- ☐ Shower Shoes
- ☐ Slippers / House Shoes
- ☐ Socks
- ☐ Sweat Pants
- ☐ Sweat Shirts
- ☐ Tennis Shoes
- ☐ Thermal Tops
- ☐ Thermal Bottoms
- ☐ Undershirts
- ☐ Wave Caps

### Female Specific
- ☐ Brassieres
- ☐ Pajama / Nightgown
- ☐ Panties
- ☐ Personal Jeans
- ☐ Robe
- ☐ Shorts
- ☐ Scarf
- ☐ Walking Shoes

### Personal Care/Hygiene
- ☐ After Shave
- ☐ Body Powder
- ☐ Comb/Hair Pick
- ☐ Cosmetic / Shave Bag
- ☐ Cotton Swabs
- ☐ Denture Adhesive
- ☐ Denture Cleanser
- ☐ Dental Flossers / Floss
- ☐ Depilatory's (Magic Shave)
- ☐ Deodorant
- ☐ Face Cream
- ☐ Conditioner
- ☐ Hair Oil / Grease
- ☐ Hair Ties
- ☐ Insect Repellant
- ☐ Laundry Detergent
- ☐ Laundry Soap
- ☐ Lip Balm
- ☐ Lotions / Baby Oil
- ☐ Medication Over Counter
- ☐ Mirror
- ☐ Mouth Wash
- ☐ Muscle / Vapor Rub
- ☐ Nail Clipper
- ☐ Paint Brush / Comb
- ☐ Perm Curl / Relax Kit
- ☐ Perm Wave Kit
- ☐ Perm Wave Rods
- ☐ Petroleum Jelly
- ☐ Razors, Disposable
- ☐ Shampoo
- ☐ Shaving Cream / Gel
- ☐ Soap Bars
- ☐ Soap liquid-body wash/dish
- ☐ Sunblock
- ☐ Toothbrush
- ☐ Toothbrush Holder
- ☐ Toothpaste / Powder
- ☐ Wash Cloths

### Female Specific
- ☐ Bath Towel
- ☐ Blush
- ☐ Brush
- ☐ Cotton Balls
- ☐ Douche
- ☐ Emery Board
- ☐ Eyebrow Pencil / Eyeliner
- ☐ Eye Shadow Kit
- ☐ Fabric Softener
- ☐ Facial Astringent
- ☐ Facial Cleanser
- ☐ Feminine Hygiene Wash
- ☐ Foundation
- ☐ Hair Clips / Scrunchies
- ☐ Hair Sprays
- ☐ Hair Rollers
- ☐ Lip gloss / Liner / Lipstick
- ☐ Mascara
- ☐ Pumice Stone
- ☐ Shower Bag
- ☐ Shower Cap
- ☐ Shower Puffs / Loofah
- ☐ Tweezers

### Food
- ☐ Artificial Sweetener
- ☐ Beverages
- ☐ Candy: Bags ___ Bars ___
- ☐ Canned Food
- ☐ Cereals
- ☐ Cheese
- ☐ Chips / Taco Shells
- ☐ Cocoa
- ☐ Cookies
- ☐ Coffee
- ☐ Condiments
- ☐ Crackers
- ☐ Creamer
- ☐ Dry Mix Drinks
- ☐ Food Pouches
- ☐ Supplements
- ☐ Meat / Dry
- ☐ Snack Items
- ☐ Nuts
- ☐ Peanut Butter
- ☐ Precooked Foods
- ☐ Protein Supplements
- ☐ Soups / Noodles
- ☐ Tea (Instant or Bags)
- ☐ Vitamins
- ☐ Dried Fruit/Veg (Female)

### Miscellaneous Items
- ☑ Address Book ........ (1)
- ☐ Audio Cassettes
- ☐ Ballpoint Pens
- ☐ Battery Recharger
- ☐ Batteries
- ☑ Books / Magazines / Newspapers
- ☐ Bowl
- ☐ Calendar
- ☐ Can Opener
- ☐ Card Stock / Drawing
- ☐ Chalk / Pastels
- ☐ Clock
- ☐ Combination Lock
- ☐ Compact Discs

### Correspondence Course
- ☐ Ear Plugs
- ☐ Envelopes
- ☐ Envelopes, Metered
- ☐ Extension Cord
- ☐ Greeting Cards
- ☐ Handkerchiefs / Bandanas
- ☐ Legal Material
- ☐ Legal Pads / Tablets
- ☐ Legal Size Folders Etc.
- ☐ Light Bulb
- ☐ Pencils
- ☐ Pencil Eraser
- ☐ Pencil Sharpener
- ☐ Photos, Loose
- ☐ Photo Albums
- ☐ Reading Glasses (Non-prescription - magnifying glasses)
- ☐ Stamps
- ☐ Stationery
- ☐ Sun Glasses
- ☐ Storage Container
- ☐ Tumbler / Cups
- ☐ Wallet

### Female Specific
- ☐ Antenna Wire (CIW only)
- ☐ Clothes Pins
- ☐ Eyeglass Repair Kit
- ☐ Footlocker (CIW only)
- ☐ Hangers
- ☐ Immersion Heater
- ☐ Umbrella (CIW only)

### Games
- ☐ Cards ☐ Checkers ☐ Chess
- ☐ Dominoes ☐ Scrabble
- ☐ Uno (Female Only)

### Religious Items
- ☐ Altar Cloth
- ☐ Head Band Bead
- ☐ Wrist Band Bead
- ☐ Choker Bead
- ☐ Beading Materials
- ☐ Bowl Chalice ☐ Chalk
- ☐ Religious Medallion & Chain  Color ____ Material ____
- ☐ Devotional Scapular
- ☐ Dream Catcher
- ☐ Feathers
- ☐ Head Gear ☐ Medicine Bag
- ☐ Miswak ☐ Powders
- ☐ Prayer Beads ☐ Prayer Oil
- ☐ Prayer / Holy cards / Photos
- ☐ Prayer Rug/Mat ☐ Prayer Shawl
- ☐ Rune Tiles ☐ Sea Salt
- ☐ Stones ___ ☐ Tohi Katan/Tsitsit
- ☐ Tarot / Rune Cards ☐ Wand
- ☐ Tefillin / Phylacteries
- ☐ Herbs: ____

### Registerable Property
- ☐ Audio Entertainment Appliance
  ☐ AM/FM ☐ CD ☐ Cassette
  Make: ____
  S/N: ____
- ☐ Calculator
- ☐ CD Wallet
- ☐ Ear Buds / Headphones
  Make: ____
- ☐ Fan
- ☐ Hair Clipper / Trimmer
  ☐ A/C ☐ Battery
  Make: ____
- ☐ Handicraft: ____
- ☐ Hot Pot
- ☐ Lamp/Book Light
  ☐ A/C ☐ Battery
  Make: ____
- ☐ Musical Instrument: ☐ String
  Make: ____
  S/N: ____
- ☐ Razor / Groomer
  Make: ____
  ☐ A/C ☐ Battery
- ☐ Wedding Ring
  ☐ White Metal ☐ Yellow Metal
  Stones ☐ Yes ☐ No
- ☐ Television: ☐ B&W ☐ Color
  ☐ With CD player ☐ With Radio
  Tested: ☐ Works ☐ Doesn't Work
  Make: ____
  S/N: ____
- ☐ Electronic Tablet
  Make: ____
  S/N: ____
- ☐ MP3
  Make: ____
  S/N: ____
- ☐ Adapter ☐ Coaxial Cable
  ☐ Splitter ☐ Digital Antenna
- ☐ Typewriter
  ☐ Manual ☐ A/C ☐ Battery
  Make: ____
  S/N: ____
- ☐ Watch: ☐ Wrist ☐ Pocket
  Make: ____ Color ____
- ☐ Battery Charger
  Make: ____

### Female Specific
- ☐ Chain / Necklace / Bracelet
  ☐ White Metal ☐ Yellow Metal
- ☐ Curling / Flat / Straightening Iron
  Make: ____
- ☐ Earrings: ____
- ☐ Hair Dryer
  Make: ____
- ☐ Hair Rollers
  Make: ____
- ☐ Pressing Comb
  Make: ____

### Health Care Appliances

---

X _With this signature, I agree to the above listed property in my (illegible signature)_ receipt of my personal property ... CDC #: ____    OVER →

X _With this signature, I am receiving the property as marked on this inventory sheet_   (signature) R.I. Cre 5774   7/31/18
Inmate Signature (upon inventory)   CDC #   Date

☐ Property Inventoried by: R. Pinzon   7/31/18
Staff Name (Print & Signature)   Date

☐ Property Received by: ____
Staff Name (Print & Signature)   Date

☐ Property Issued to Inmate by: R. Pinzon   7/31/18
Staff Name (Print & Signature - upon inventory)   Date

### Additional Items
(6) Boxes of Legal Work
Issued 7/31/18

DISTRIBUTION - Original: R&R   Copies: Inventory Officer, Inmate, Retained in Property being Shipped/Transported

## PROOF OF SERVICE BY MAIL

(C.C.P. §§1013(a), 2015.5; 28 U.S.C. §1746)

1  I, **LAFONZO R. TURNER**, hereby declare that I am over the age of 18. I am the petitioner
2  in the above-entitled cause of action, and my legal mailing address CHCF **C 3A** , P.O. Box
3  8457, Lancaster, CA 93539-8457.

4  On **May 17, 2019**, I delegated to prison officials the task of mailing, via the
5  institution's internal mail system (Houston v. Lack, 487 U.S. 266 [101 L. Ed. 2d 245; 108 S. Ct. 2379]
6  (1988)), the below-entitled legal document(s): **Motion for Stay**

15  by placing said documents in a properly addressed and sealed envelope, with postage fully prepaid, in
16  the United States Mail, deposited in the manner provided by CSP-LAC, and addressed as follows:

**United stat district court**

23  I further declare under penalty of perjury that the foregoing is true and correct to the best of my
24  knowledge. Executed this **17** day of **May**, 20**19** at the California State Prison - Los
25  Angeles County.

