LAFONZO R. TURNER
CALIFORNIA HEALTH CARE FACILITY
P.O. Box 32200
STOCKTON CA 95213



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LAFONZO R. TURNER ) CASE No; CV-14-4758-JVS-
PLAINTIFF )
) NOTICE TO THE COURT
)
Vs. )
)
)
B.M. CASH et. al.. )
DEFENDANTS )
)

TO HONORABLE PRESIDING JUDGE IN ABOVE ENTITLED CIVIL ACTION.

"WITH THE ASSSISTANCE OF LEGAL INMATE ASSISTANCE ON BEHALFO OF PLAINTIFF:

THE PLAINTIFF LAFONZO R. TURNER RESPECTFULLY SUBMITS THAT IN REGARDS TO CASE No: CV-15-109-JVS, TURNER -v- CATES, THE REQUIRED RETAINER HAS BEEN FILED, HOWEVER BECAUSE OF PLAINTIFFS TRAUMATIC BRAIN INJURY IT WAS NOT SIGNED AND RETURNED UNTIL HELP WAS PROVIDED TO READ AND EXPLAIN THE DOCUMENT.

FURTHERMORE PLAINTIFF CONTENDS THAT IN THE MATTER OF CASE NO: CV-14-4758, HE HAS NOT RECEIVED ANY RETAINER, NOR ANY COUNSEL HAS HAD CONTACTED PLAINTIFF AS OF YET, THUS THE RETAINER HAS NOT BEEN FILED TO THIS DATE.

THIS EXECUTED AT STOCKTON CALIFORNIA IN C.H.C.F. ON SEPTEMBER, 15 th, 2019.

RESPECTFULLY SUBMITTED

LEGAL ASSISTANCT
FOR:
LAFONZO R. TURNER PLAINTIFF

DATED: 09/15 th/2019

