# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| LAFONZO R. TURNER, | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:14 cv 04758 JVS AGR |
| v. | |
| B. M. Cash et al., | ORDER/REFERRAL TO ADR |
| Defendant(s). | |

The Court, having reviewed the parties' Request: ADR Procedure Selection (Form ADR 01), the Notice to Parties of Court Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and L.R. 26-1, hereby:

**ORDERS** this case referred to:

[x]  This matter is referred to the Prisoner Settlement Program. The parties are ordered to contact the Program administrator to make all necessary arrangements.

**IT IS FURTHER ORDERED:**

The ADR proceeding is to be completed by: November 9, 2020.

January 23, 2020
Dated:

_____
United States District Judge

cc: Prisoner Settlement Program