# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 14-04758JVS(AGRx) | Date | January 24, 2020 |
| Title | Lafonzo R Turner v B.M. Cash, et al | | |

Present: The Honorable **James V. Selna, US District Court Judge**

| Rolls Royce Paschal | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nicolette Glazer | Gregory Young |

**Proceedings:**   Scheduling Conference

     Cause called and counsel make their appearances.  The Court and counsel confer.   The Court sets the case management dates with the agreement of counsel as follows:

     **Jury Trial**                                                 **July 28, 2020 at 8:30 a.m.**

     **Final PreTrial Conference**           **July 13, 2020 at 11:00 a.m.**
       File PreTrial Documents not later than July 7, 2020
       File motions in limine not later than June 15, 2020
     **Discovery Cut-off**                              **April 14, 2020**
     **Expert Discovery Cut-off**              **May 1, 2020**
       Initial disclosure of Experts not later than April 14, 2020
       Rebuttal disclosure of Experts not later than April 21, 2020
     **Law and Motion Cut-off**                **June 8, 2020  at 1:30 p.m.**
      Motions to be filed and served not later than May 11, 2020

cc: ADR Office

                                       0  :  03

Initials of Preparer    rrp