UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:14-cv-04758-SB-AGR | Date: | April 16, 2021 |
|---|---|---|---|

| Title: | *Lafonzo R. Turner v. B. M. Cash, et al.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|
| Victor Cruz | Katie Thibodeaux |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Nicolette Glazer | Gregory Lane Young |

**Proceedings:**     STATUS CONFERENCE

The complaint was filed on June 19, 2014; and the answer was filed on June 16, 2017. On April 16, 2021, the parties appeared for a status conference. The parties shall address, in a joint status report filed by no later than May 14, 2021 whether Plaintiff may participate in the trial by videoconference from California Health Care Facility – Stockton. The Court further directed the parties to meet and confer regarding Plaintiff's deposition and any associated necessary accommodations; the Court expects that Plaintiff's deposition will take place forthwith and that Plaintiff will cooperate in that process to the full extent of his abilities.

The Court sets the pretrial and trial dates noted in the table below based on an evaluation of the complexity of the case. A more complete description of these deadlines is contained in the Mandatory Scheduling Conference Order (MSC Order). The deadlines below will *not* be continued absent *a timely showing of good cause*. **Good cause** requires a specific, detailed, and non-conclusory showing of diligence, describing: (i) all relevant work previously done, including when each separate item was completed, (ii) all relevant work that remains to be done, (iii)

why the remaining work could not previously have been done (including efforts made to complete each remaining item), and (iv) why the amount of time requested is needed to complete the remaining work.  A desire to engage is settlement discussions generally does not constitute good cause.  *The Attachment to this Order describes the requirements in more detail, and failure to comply with them will result in denial of the request with prejudice.*

| | |
|---|---|
| **Trial**   ☐ Court  ☒ Jury          (Mon., 8:30 a.m.) | 11/15/21 |
| **Pretrial Conference**          (Fri., 11:00 a.m.) (including hearing on motions in limine) | 11/5/21 |
| **Discovery Deadline – Nonexpert** | 7/16/21 |
| **Discovery Deadline – Expert** | 7/16/21 |
|   Initial Expert Disclosure | 5/28/21 |
|   Rebuttal Expert Disclosure | 6/18/21 |
| **Discovery Motion Hearing Deadline** | 7/16/21 |
| **Non-Discovery Motion Hearing Deadline** | 8/13/21 |
| **Settlement Conference Deadline** ☐ 1. Mag. J.  ☐ 2. Panel  ☐ 3. Private ☒ 4. Prison Settlement Program | 8/27/21 |
| **Post-Settlement Status Conf.** (Fri., 8:30 a.m.): | 9/10/21 |
| Status Report Due (3 court days before): | 9/7/21 |
| **Trial Filings (First Set) Deadline** | 10/8/21 |
| **Trial Filings (Second Set) Deadline** | 10/29/21 |

  **IT IS SO ORDERED**.


cc:  ADR

## ATTACHMENT

The parties should prepare this case without expecting an extension of any pretrial or trial deadline, even if the extension request is by stipulation. The Court applies the same standard of good cause for all requests (whether opposed or unopposed).

A continuance will be granted only for good cause as defined in the Order above. The showing shall be placed in a table in chronological order and shall include *all* discovery and significant procedural events from the outset of the case in the format illustrated below.

| Completed Work | | | |
|---|---|---|---|
| **Date** | **Pty** | **Event** | **Explanation** |
| __/__/__ | Π | Complaint | |
| __/__/__ | Δ | Answer | |
| __/__/__ | Π | Initial Disclosures | |
| __/__/__ | Δ | Initial Disclosures | |
| __/__/__ | Π | Interrog., RFPs, RFAs (Set #1)[1] | |
| __/__/__ | Δ | Interrog., RFPs, RFAs (Set #1) | |
| __/__/__ | Π | Smith Depo | |
| **Remaining Work[2]** | | | |
| __/__/__ | Π | Jones Depo | Detail: (1) why it was not already done; (2) prior efforts to complete it; and (3) why the amount of time requested is necessary. |

The requesting party/parties also must submit a proposed order *in Word format* using the exact "CMO Extension Template" as provided on the Court's website.

***Failure to comply with the above requirements will result in the denial of the request with prejudice.***

---

[1] Each discovery item must be separately listed *unless* they all occurred on the same date.

[2] Each remaining discovery item must be listed separately with a proposed date for completion in the first column, the party taking the discovery in the second column, a description of the discovery in the third column, and an explanation in the fourth column of (1) why the discovery was not already done, (2) the prior efforts to complete it, and (3) why the amount of time requested is necessary.

0/10