Nicolette Glazer Esq. (CSBN209713)
nicolette@glazerandglazer.com
LAW OFFICES OF LARRY R GLAZER
1999 Avenue of the Stars
11th Floor
Century City, CA 90067
T:310-407-5353
F:310-407-5354

PRO BONO ATTORNEY FOR PLAINTIFF
LAFONZO R TURNER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **LAFONZO R. TURNER,**<br><br>                                     Plaintiff,<br><br>               v.<br><br>**B. M. CASH, et al.,**<br><br>                                     Defendants. | 2:14-cv-04758 SB (AGR)<br><br>**STATUS REPORT**<br><br>Judge:          Honorable Stanley Blumenfeld, Jr. |

Plaintiff LaFonzo R. Turner and Defendants B.M. Cash, W. Puckett, C. Spencer, A. Fears, M. A. Buechter, S. Lett, M. Godina, A.Cain, B. Pollard, T. Cromwell, N. Romero, J. Fernandez, (Galpon), K. Thomas, Jr., C. Fortson, J. Mendoza, and L. Crawford, through their respective counsel, hereby respectfully submit this Joint status report:

   1.   Mr. Turner's deposition has been scheduled for 22 June 2021, the first available date that CHCF could accommodate for a video deposition.

1

2. If necessary, Mr. Turner could participate in a trial via videoconference from CHCF.

Dated:  May 14, 2021

                                          Respectfully submitted,

LAW OFFICES OF LARRY R. GLAZER

*/s/ Nicolette Glazer*
NICOLETTE GLAZER
 *Attorneys for Plaintiff*

ROB BONTA
Attorney General of California
GIAM M. NGUYEN
Supervising Deputy Attorney General

/s/Gregory Young
GREGORY YOUNG
Deputy Attorney General
 *Attorneys for Defendants*

CERTIFICATE OF SERVICE

A copy of this document was submitted via the ECF court filing system to the Court Clerk for filing on the docket and service on all parties entitled to service.

                                          */s/ Nicolette Glazer*
                                          NICOLETTE GLAZER
                                          *Attorneys for Plaintiff*