JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER,<br><br>Plaintiff,<br><br>v.<br><br>B. M. CASH *et al.*,<br><br>Defendants. | Case No. 2:14-cv-04758-SB-AGR<br><br><br>**FINAL JUDGMENT** |

For the reasons set forth in the separate order of dismissal entered this day, it is ORDERED AND ADJUDGED that Plaintiff LaFonzo R. Turner's claims are DISMISSED for want of prosecution and Plaintiff's violations of the Court's orders. This is a Final Judgment.

Dated:  May 10, 2022

Stanley Blumenfeld, Jr.
United States District Judge